# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | Case No. 19-12122 (KG) |
| | (Joint Administration Requested) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceedings as counsel on behalf of Washington Prime Group Inc. ("WPG") and requests that all notices given or required to be given in these cases, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affect WPG or these chapter 11 bankruptcy cases to be served upon:

> Ronald E. Gold
> Ohio Bar No. 0061351
> A.J. Webb
> Ohio Bar No. 0093655
> **Frost Brown Todd LLC**
> 3300 Great American Tower
> 301 East Fourth Street
> Cincinnati, OH 45202
> 513-651-6800 Telephone
> 513-651-6981 Facsimile
> E-mail rgold@fbtlaw.com
> awebb@fbtlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over WPG, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which WPG is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments WPG expressly reserves.

Date:   September 30, 2019                                Respectfully submitted,

                                                  **FROST BROWN TODD LLC**

By:   */s/ Ronald E. Gold*
      Ronald E. Gold, Esq.
      Ohio Bar No. 0061351
      A.J. Webb, Esq.
      Ohio Bar No. 0093655
      3300 Great American Tower
      301 East Fourth Street
      Cincinnati, Ohio  45202
      513-651-6800  Telephone
      513-651-6981  Facsimile
      E-mail rgold@fbtlaw.com
             awebb@fbtlaw.com

**COUNSEL FOR**
**WASHINGTON PRIME GROUP INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September, 2019, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

                                              */s/ Ronald E. Gold*
                                               Ronald E. Gold