# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (KG) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters their appearance for Federal Realty Investment Trust, UBS Realty Investors LLC, and Urban Edge Properties (the "Landlord Creditors") pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and requests that copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case, be served upon the Landlord Creditors through their undersigned counsel, as follows:

Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com
roglenl@ballardspahr.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Bran Partners, LLC (7248); and Riley Roe, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Notices* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of the Landlord Creditors including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlord Creditors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until the Landlord Creditors expressly state otherwise, Landlord Creditors do not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: September 30, 2019  
Wilmington, Delaware

*/s/ Leslie C. Heilman*  
Leslie C. Heilman (DE No. 4716)  
Laurel D. Roglen (DE No.5759)  
BALLARD SPAHR LLP  
919 N. Market Street, 11th Floor  
Wilmington, Delaware 19801-3034  
Telephone: (302) 252-4465  
Facsimile: (302) 252-4466  
E-mail: heilmanl@ballardspahr.com  
       roglenl@ballardspahr.com

*Counsel for Federal Realty Investment Trust, UBS Realty Investors LLC, and Urban Edge Properties*

## **CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, hereby certify that, on this 30th day of September 2019, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* to be served upon the following individuals as noted below.

Laura Davis Jones
James E. O'Neill
Timothy P. Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
***Proposed Counsel for the Debtors***
***Via Hand Delivery***

Juliet M. Sarkessian
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
***Via Hand Delivery***

Joshua A. Sussberg, P.C.
Aparna Yenamandra
Kirkland & Ellis LLP
 601 Lexington Avenue
New York, NY 10022
***Proposed Counsel for the Debtors***
***Via First Class Mail***

Anup Sathy, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
***Proposed Counsel for the Debtors***
***Via First Class Mail***

/s/ *Leslie C. Heilman*
Leslie C. Heilman (DE No. 4716)
BALLARD SPAHR LLP