## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FOREVER 21, INC., *et al*., | ) Case No. 19-12122 (KG) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Dustin P. Branch to represent Acadia Realty Limited Partnership, CenterCal Properties, LLC, Dimond Center Holdings LLC, KRE Broadway Mall Owner, LLC, Memorial City Mall LP, Montebello Town Center Investors LLC, Starwood Retail Partners LLC, PGIM Real Estate, Retail Properties of America, Inc., The Forbes Company, LLC, The Macerich Company, Trademark Property Company, White Plains Galleria Limited Partnership, and YTC Mall Owner, LLC in this action.

Dated: September 30, 2019
Wilmington, Delaware

*/s/ Leslie C. Heilman*
Leslie C. Heilman (DE 4716)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4465
E-mail:heilmanl@ballardspahr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Dustin P. Branch*
Dustin P. Branch, Esquire
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, California 90067-2909
Telephone: (424) 204-4400
E-mail:  branchd@ballardspahr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.