**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FOREVER 21, INC., *et al.,* | ) | Bk. No. 19-12122 (KG) |
| | ) | (Joint Administration Pending) |
| Debtors. | ) | |

**<u>MOTION AND ORDER FOR ADMISSION PRO HAC VICE</u>**

  Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Andrew S. Conway, Esquire of The Taubman Company, 200 East Long Lake Road, Suite 300, Bloomfield Hills, MI 48304 to represent the Taubman Landlords in this action.

             LAW OFFICE OF SUSAN E. KAUFMAN, LLC

             */s/ Susan E. Kaufman*
             Susan E. Kaufman, (DSB# 3381)
             919 North Market Street, Suite 460
             Wilmington, DE 19801
             (302) 472-7420 / (302) 792-7420 Fax
Dated: September 30, 2019      skaufman@skaufmanlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Michigan, New York and the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

             */s/ Andrew S. Conway*
             Andrew S. Conway, Esquire
             The Taubman Company
             200 East Long Lake Road, Suite 300
             Bloomfield Hills, MI 48304
             248- 258-7427

**ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.