UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   19-12122 |
| FOREVER 21, INC. | § | |
| DEBTORS(S), | § | CHAPTER   11 |

### NOTICE OF REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

# LOVE VINTAGE, INC.

creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed and/or emailed to the creditor in care of the undersigned at the address set forth below:

LAW OFFICES OF STEVEN J. BARKIN    Telephone: (213) 232-1666
3700 Wilshire Boulevard, Suite 950        Fax: (213) 232-1668
Los Angeles, CA 90010                       Email: stevenbarkin@gmail.com

### Certificate of Service

I do hereby certify that on 1st day of October, 2019, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

US  TRUSTEE (DELAWARE)                   LAURA DAVIS JONES
844 KING STREET, RM 2207                 PACHULSKI ZIEHL STANG ZIEHL &
LOCK BOX #35                             JONES, LLP
WILMINGTON, DE 19899-0035                919 N. MARKET STREET, 17TH FLOOR
                                         WILMINGTON, DE 19899

By: /s/ Steven J. Barkin
_____

Steven J. Barkin
SBN: 91575 CA