IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

IN THE MATTER OF:                                             CASE NO. 19-12122

FOREVER 21, INC

    DEBTOR                                                        CHAPTER 11

<u>NOTICE OF APPEARANCE</u>
<u>AND</u>
<u>REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS</u>

     Notice is hereby given that Tara LeDay, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for The County of Brazos, Texas, The County of Denton, Texas, The County of Hays, Texas and The County of Williamson, Texas, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated:  October 1, 2019

                                                      Respectfully submitted,

                                                      MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                      Attorneys for Claimants, The County of Brazos,
                                                      Texas, The County of Denton, Texas, The County of
                                                      Hays, Texas and The County of Williamson, Texas

                                                      <u>*/s/Tara LeDay*</u>
                                                      Tara LeDay
                                                      State Bar Number 24106701
                                                      P.O. Box 1269
                                                      Round Rock, Texas 78680
                                                      Telephone: (512) 323-3200
                                                      Fax: (512) 323-3205
                                                      Email: tleday@mvbalaw.com

CERTIFICATE OF SERVICE

    I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Laura Davis Jones, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801; Ciara Foster, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022; Jake William Gordon, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60634; Laura Davis Jones, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19801; Mark E. McKane, Esq., Kirkland & Ellis LLP, 555 California Street, San Francisco, California 94104; Jeff Michalik, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654; Anup Sathy, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654; Joshua A Sussberg, c/o Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022; Anne G. Wallice, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022; Aparna Yenamandra, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022; Juliet M. Sarkessian, U.S. Trustee's Office, 844 King Street Room 2207 Lockbox #35, Wilmington, Delaware 19899-0035; Transcriber, Reliable Companies, Attn: Gene Matthews 1007 North Orange Street Suite 110, Wilmington, Delaware 19801, and to those parties listed on the Court's Notice of Electronic Filing on October 1, 2019, by Electronic Notification or First Class U.S. Mail.

                                                        */s/Tara LeDay*
                                                        Tara LeDay