# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------x    Case No.: 19-12122 (KG)

**In re:**

    **FOREVER 21, Inc.** *et al.,*    Chapter 11

                                  **Debtors.**    (Joint Administration Requested)

------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that 5060 Montclair Plaza Lane Owner, LLC, a Delaware limited liability company (the "Landlord") appearing through its counsel, Goodkin Law Group, APC, requests that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

        Michael A. Shakouri, Esq.
        Goodkin Law Group, APC
        1800 Century Park East, Suite 1860
        Los Angeles, California 90067
        Telephone: (310) 552-3322
        Facsimile: (310) 943-1589
        Email: mshakouri@goodkinlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1) Which affect or seek to affect in any way any rights or interests of Landlords with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; (c) property or proceeds thereof in which Landlords claims an interest; (d) property or proceeds thereof in possession, custody or control of Landlords which the Debtors may seek to use; or

(2) Which require or seek to require any act, delivery of any property, payment or other conduct by Landlords.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver by the Appearing Party (1) to have final orders in matters entered only after de novo review by a District Judge where a bankruptcy judge may not enter final orders or judgments, (2) to trial by jury in any proceeding so triable in this or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) of any other rights, claims, actions, defenses, setoffs, or recoupments to which the Appearing Party is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 1, 2019         By:    */s/ Michael A. Shakouri*
                                      Michael A. Shakouri (SBN 272698)
                                      Goodkin Law Group, APC
                                      1800 Century Park East
                                      10th Floor
                                      Los Angeles, CA 90067
                                      Tel:  (310) 552-3322
                                      Fax: (310) 943-1589
                                      Email: mshakouri@goodkinlaw.com