**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOREVER 21, INC., et al.,[1] | ) | Case No. 19-12122 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND
<u>DEMAND FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of **WESTFIELD, LLC**, and its affiliates listed on <u>Schedule A</u> attached hereto, and **BROOKS SHOPPING CENTERS, LLC** (Cross County Shopping Center, Yonkers, NY) (collectively, the "<u>Landlords</u>"), as landlords, creditors and parties-in-interest in the above-captioned case.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

| | |
|---|---|
| Niclas A. Ferland, Esq. | Susan E. Kaufman, Esquire |
| Ilan Markus, Esq. | Law Office of Susan E. Kaufman, LLC |
| Barclay Damon LLP | 919 N. Market Street, Suite 460 |
| 545 Long Wharf Drive, 9th Floor | Wilmington, DE 19801 |
| New Haven, CT  06511 | Telephone: (302) 472-7420 |
| Telephone: (203) 672-2667 | Facsimile:  (302) 792-7420 |
| Facsimile:  (203) 654-6274 | Email: skaufman@skaufmanlaw.com |
| Email: nferland@barclydamon.com | |
|             imarkus@barclaydamon.com | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

906710164-1

PLEASE TAKE FURTHER NOTICE that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans and answering or reply papers in this case and in all contested matters.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby demands that the names and addresses set forth above be added to any short list in this case.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights of Landlords to (i) have final orders in non-core matters entered only after de novo review by a District Judge (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which it may be entitled, which it expressly reserves.

Dated: October 2, 2019
      Wilmington, Delaware

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
M. Claire McCudden (DSB # 5036)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Counsel to: Westfield, LLC and its affiliates listed on the attached Schedule A, and Brooks Shopping Centers, LLC