## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | Case No. 19-12122 (KG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF G&I VII RETAIL CARRIAGE LLC AND G&I VII RENO OPERATING LLC PURSUANT TO FED. R. BANKR. P. 2002 AND 9010 AND DEL. BANKR. L.R. 2002-1(d)

Pursuant to Fed.R.Bankr.P. 2002 and 9010(b), the undersigned counsel enter their appearance for G&I VII Retail Carriage LLC ("G&I VII Retail") and G&I VII Reno Operating LLC ("G&I VII Reno" and together collectively, "G&I VII"), and request that G&I VII be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the below-listed counsel at the following mail or e-mail address, or facsimile number:

J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE  19801
Telephone:  (302) 830-2312
Facsimile:   (302) 397-2566
Email: jfalgowski@burr.com

Joe A. Joseph, Esquire
Regan Loper, Esquire
Burr & Forman LLP
420 N. 20th Street, 3400
Birmingham, AL  35203
Telephone:  (205) 251-3000
Facsimile:   (205) 458-5100
Email:  jjoseph@burr.com
Email:  rloper@burr.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive G&I VII's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which G&I VII is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  October 2, 2019

BURR & FORMAN LLP

/s/ J. Cory Falgowski
J. Cory Falgowski (No. 4546)
1201 N. Market Street, Suite 1407
Wilmington, DE  19801
Telephone:  (302) 830-2312
Facsimile:  (302) 397-2566
Email:  jfalgowski@burr.com

*Counsel for G&I VII Retail Carriage LLC*
*and G&I VII Reno Operaring LLC*