IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

    Forever 21, Inc., *et al.*,[1]

                    Debtors.

Chapter 11

Case No. 19-12122 (KG)

(Jointly Administered)

---

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned, appearing for Bloomfield Holdings, LLC and Pyramid Management Group, LLC (collectively the "Creditors"), pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given to or required to be served in this case be given and served upon the undersigned at the office, address and telephone numbers set forth below:

Kevin M. Newman
BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 413-7115
Facsimile: (315) 703-7349
Email: knewman@barclaydamon.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

19240707.1

transmitted or conveyed by mail delivery, telephone, telex or otherwise, which affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby requests that the name and address set forth herein be added to the mailing matrix in this case.

**PLEASE TAKE FURTHER NOTICE**, that the Creditors intend that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) Creditors' rights to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) Creditors' rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case, (3) Creditors' rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) Creditors' rights to have any claims constitutionally required to be determined by the District Court be determined therein, (5) Creditors' rights to have any matter heard by an arbitrator, or (6) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditors are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditors expressly reserve.

Dated:  October 2, 2019
       Syracuse, New York

**BARCLAY DAMON LLP**
*Attorneys for Bloomfield Holdings, LLC and Pyramid Management Group, LLC*

By:    /s/Kevin M. Newman
Kevin M. Newman
Office and Post Office Address
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone:    (315) 413-7115
Facsimile:     (315) 703-7349

19240707.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

Forever 21, Inc., *et al.*,

Debtors.

---

Chapter 11

Case No. 19-12122 (KG)

(Jointly Administered)

## **AFFIDAVIT OF SERVICE**

*STATE OF NEW YORK     )*
*COUNTY OF ONONDAGA   ) ss.:*

　　**DEBORAH S. MILLER**, being duly sworn, deposes and says:

　　1.　That she is in the employ of Barclay Damon LLP, attorneys for *Bloomfield Holdings, LLC and Pyramid Management Group, LLC* in the above-captioned bankruptcy proceeding.

　　2.　That on the 2nd day of October, 2019, she electronically filed *Notice of Appearance and Demand for Service of Papers* with the Clerk of the Bankruptcy Court for the District of Delaware using the CM/ECF system, which sent notification of such filing to all counsel of record.

　　3.　That on the 2nd day of October, 2019, she served a copy of *Notice of Appearance and Demand for Service of Papers* upon the parties set forth on the attached **Service List A** via first class mail by depositing copies of same in a properly addressed, postage paid envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

　　　　　　　　　　　　　　　　　　　　　　　*/s/Deborah S. Miller*

Sworn to before me this 2nd
day of October, 2019.

*/s/Audrey A. Vrooman*
Notary Public, State of New York
Qual. In Onondaga Cty No. 01VR4762616
Commission Expires July 31, 2022

19240707.1

## **Service List A**

| | |
|---|---|
| Michael J. Barrie<br>Benesch, Friedlander, Coplan & Aronoff<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801 | Prime Clerk LLC<br>One Grand Central Place<br>60 East 42nd St, Suite 1440<br>New York, NY 10165 |
| Robert B. Berner<br>BAILEY CAVALIERI LLC<br>1250 Kettering Tower<br>Dayton, OH 45423 | Jennifer D. Raviele<br>Michael W Reining<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Julia Frost-Davies<br>Morgan Lewis & Bockius LLP<br>One Federal Street<br>Boston, MA 02110-1726 | Matthew T. Schaeffer<br>BAILEY CAVALIERI LLC<br>10 West Broad Street<br>Suite 2100<br>Columbus, OH 43215 |
| Jake William Gordon<br>Anup Sathy<br>Jeff Michalik<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60634 | Thomas W. Stone<br>Nold Muchinsky PLLC<br>10500 NE 8th Street<br>Suite 930<br>Bellevue, WA 98004 |
| Adam C. Harris<br>G. Scott Leonard<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | Anne G. Wallice<br>Aparna Yenamandra<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| Ilan Markus<br>Barclay Damon LLP<br>545 Long Wharf Drive, 9th Floor<br>New Haven, CT 06511 | Nahal Zarnighian<br>Ballard Spahr LLP<br>2029 Century Park East<br>Los Angeles, CA 90067 |
| Mark E. McKane<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104 | Juliet M. Sarkessian<br>US Trustee's Office<br>844 King Street, Rm 2207, Lockbox 35<br>Wilmington, DE 19899-0035 |