# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| FOREVER 21, INC., et al.,[1] | Case No. 19-12122 (KG) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF
## PAPERS AND REQUEST TO BE ADDED TO DEBTORS' MATRIX

Please take notice that Honigman LLP hereby appears in the above-captioned case as counsel for QKC Maui Owner, LLC and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the following attorneys, and that the undersigned be added to the mailing matrix on file with the Clerk of the Court:

> Lawrence A. Lichtman, Esq.
> Honigman LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI  48226
> Telephone:  (313) 465-7590
> Facsimile:  (313) 465-7591
> Email:  llichtman@honigman.com

Please take notice that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation,

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21, Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928).  The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

32386685.1

orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, email, facsimile or otherwise.

The foregoing request also includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

PLEASE TAKE FURTHER NOTICE THAT, this neither this *Notice of Appearance, Request for Service of Papers and Request To Be Added to Debtors' Matrix* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of QKC Maui Owner, LLC, including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which QKC Maui Owner, LLC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until QKC Maui Owner, LLC expressly states otherwise, QKC Maui Owner, LLC, does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States

Constitution.

                    HONIGMAN LLP
                    Attorneys for QKC Maui Owner, LLC

                    By: */s/ Lawrence A. Lichtman*
                          Lawrence A. Lichtman
                          *Not Admitted in Delaware*
                    2290 First National Building
                    660 Woodward Avenue
                    Detroit, MI  48226-3583
                    Telephone:  (313) 465-7590
                    Facsimile:  (313) 465-7591
Dated:  October 3, 2019      llichtman@honigman.com

32386685.1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| FOREVER 21, INC., et al.,[1] | Case No. 19-12122 (KG) |
| | (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2019, I caused to be electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

By: */s/ Lawrence A. Lichtman*
Lawrence A. Lichtman

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21, Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

32386685.1