IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FOREVER 21, INC., et al., | Case No. 19-12122-KG-11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Stockton Street Properties, Inc., a Florida corporation, as Landlord of the premises located at 2 Stockton Street, San Francisco California by and through its attorneys, **VALINOTI, SPECTER & DITO, LLP**, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

**VALINOTI, SPECTER & DITO, LLP**
555 Montgomery Street, Suite 605
San Francisco, CA 94111
Telephone: (415) 986-1338
Fax: (650) 745-1126
Email: jdito@valinoti-dito.com
Attn.: Jeffrey A. Dito, Esq.

Invesco Real Estate
c/o Kevin Pirozzoli
101 California Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 445-3355
E-Mail: Kevin.pirozzoli@invesco.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

Dated: October 3, 2019        VALINOTI, SPECTER & DITO, LLP


By: /s/ Jeffrey A. Dito
Jeffrey A. Dito, CA Bar # 125003
555 Montgomery Street, Suite 605
San Francisco, CA 94111
(415) 986-1338
Fax: (650) 745-1126
Attorneys for Landlord and Creditor Stockton Street Properties, Inc., a Florida corporation

## CERTIFICATE OF SERVICE

I, Jeffrey A. Dito, do hereby certify that a true and correct copy of the above Notice of Appearance and Request For Notice, has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. Mail on October 3, 2019.

/s/ Jeffrey A. Dito