**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| **FOREVER 21, INC., et al.** ) | **Case No. 19-12122 (KG)** |
| ) | |
| **Debtors.** ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**
**AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of creditors, CBL & Associates Management, Inc. ("CBL").  Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, all notices given or required to be given and all papers served in this case should be delivered to and served upon the parties identified below at the following addresses and further request to be added to the Master Service List:

> Caleb T. Holzaepfel
> Husch Blackwell LLP
> 736 Georgia Avenue, Suite 300
> Chattanooga, TN 37402
> Telephone: (423) 755-2654
> Facsimile: (423) 266-5499
> caleb.holzaepfel@huschblackwell.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in this case.

DocID: 4836-4358-9800.1

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive CBL's (i) right to have final orders in noncore matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which CBL is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. Dated this 4th day of October 2019.

                                                Respectfully Submitted,

                                                /s/ *Caleb T. Holzaepfel*
                                                Caleb T. Holzaepfel *(admitted pro hac vice)*
                                                Husch Blackwell LLP
                                                736 Georgia Avenue, Suite 300
                                                Chattanooga, TN 37402
                                                Telephone: (423) 755-2654
                                                Facsimile: (423) 266-5499
                                                caleb.holzaepfel@huschblackwell.com

                                              *Counsel for CBL & Associates Management, Inc.*

**CERTIFICATE OF SERVICE**

     I certify that on October 4th, 2019, a true and correct copy of the foregoing *Notice of Appearance* was electronically filed served upon all parties receiving electronic notice through the Court's ECF/CM filing and notification system.

                                                /s/ *Caleb Holzaepfel*
                                                Caleb Holzaepfel