**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FOREVER 21, INC., *et al.*, | Case No. 19-12122 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Jarret P. Hitchings, Esq., of the law firm Duane Morris LLP, and Kevin S. Neiman, Esq., of the Law Offices of Kevin S. Neiman, pc, hereby appear in the above-referenced chapter 11 cases as counsel for Northwood PL Holdings LP ("Northwood"), and, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007 and 9010, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), including Local Rules 2002-1, 3017-1 and 9006-1, request that copies of all notices and pleadings given or filed in these cases be given and served upon counsel at the following addresses and contact information:

| | |
|---|---|
| DUANE MORRIS LLP<br>Jarret P. Hitchings<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE  19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>E-mail: jphitchings@duanemorris.com | LAW OFFICES OF KEVIN S. NEIMAN, PC<br>Kevin S. Neiman<br>999 18th Street, Suite 1230 S<br>Denver, CO 80202<br>Telephone: (303) 996-8637<br>Facsimile: (877) 611-6839<br>E-mail: kevin@ksnpc.com |

DM3\6112341.1

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases or the rights of Northwood.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of Northwood including, without limitation (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Northwood is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.  This Notice of Appearance is also not intended, and shall not be deemed or construed, to be a consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or the Federal Rules of Civil Procedure.

Dated: October 4, 2019
      Wilmington, Delaware

DUANE MORRIS LLP

*/s/ Jarret P. Hitchings*
Jarret P. Hitchings (DE 5564)
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: jphitchings@duanemorris.com

-and-

LAW OFFICES OF KEVIN S. NEIMAN, PC

Kevin S. Neiman, Esq.
999 18th Street, Suite 1230 S
Denver, CO 80202
Telephone: (303) 996-8637
Facsimile: (877) 611-6839
E-mail: kevin@ksnpc.com

*Counsel to Northwood PL Holdings LP*