UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

Forever 21 Retail, Inc.

      Debtor.

Case No. 19-12127
Chapter 11

FILED 2019 OCT -4 PM 12:30
CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for the following party (ies) in interest

EASTVIEW MALL, LLC
GREECE RIDGE, LLC

(hereinafter "Landlord(s)") and, pursuant 11 U.S.C. §1109 (b), demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon: Donald C. Cowan, Jr., 1265 Scottsville Road, Rochester, New York 14624 (phone: 585-464-9400; fax: 585-464-8419).

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. §1109 (b), the foregoing demand includes not only notices and papers referred to in Rule 2002, but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects any of the debtors or the property of any of the debtors.

Dated: Oct. 3, 2019

by: /s/ Donald C. Cowan, Jr.
Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, New York 14624
(585) 464-9400

TO: SEE ATTACHED LIST

## CERTIFICATE OF SERVICE

FILED
2019 OCT -4 PM 12: 30
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I, Kara J. Selke, do hereby certify that I have served the foregoing Notice of Appearance by causing a copy to be mailed, first class, postage prepaid to the persons shown on the attached Service List on this 3rd day of October, 2019.

_Kara J. Selke_
Kara J. Selke

## SERVICE LIST

Pachulski Stang Ziehl & Jones LLP
Attorney for the Debtor
Laura Davis Jones
James E. O'Neill
Timothy P. Cairns
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE   19899-8705


Office of the United States Trustee
Linda Richenderfer
844 King Street, Suite 2207
Wilmington, DE 19801


Forever 21 Retail, Inc., et al.
Debtor
3880 N. Mission Road
Los Angeles, CA 90031