IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | * | |
| **FOREVER 21, INC.,** *et al.*, | * | Case Number: 19-12122 |
| | * | |
| Debtors.[1] | * | (Jointly Administered) |
| | * | |

* * * * * * * * * * * * * *

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that DLA Piper LLP (US), as counsel to MC ASB 10 SSS, LLC (the "Landlord"), a creditor and party in interest in the above-captioned cases, hereby enters its appearance in the above-captioned cases and requests, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that any and all notices, papers and pleadings filed or served in the above-captioned cases be given to and served upon the undersigned at the address set forth below:

> R. Craig Martin
> DLA Piper LLP (US)
> 1201 North Market Street, Suite 2100
> Wilmington, DE 19801
> Telephone:   (302) 468-5655
> Facsimile:   (302) 778-7834
> Email:        craig.martin@us.dlapiper.com
>
> Richard M. Kremen, Esq.
> Kristy N. Grace, Esq.
> DLA Piper LLP (US)
> 6225 Smith Avenue
> Baltimore, MD 21209
> Telephone:   (410) 580-3000
> Facsimile:   (410) 580-3001
> Email:        richard.kremen@us.dlapiper.com
>              kristy.grace@us.dlapiper.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928).

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and/or orders relating to any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telecopy or otherwise, which may in any way affect or seek to affect any right or interest of the Landlord.

**PLEASE TAKE FURTHER NOTICE** that the filing of this pleading is intended to constitute only a special appearance to the extent that a general appearance would constitute a waiver of any right.  Neither this request for notice nor any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any:  (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity.  All of such rights hereby are reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these cases.

Dated: October 4, 2019

Respectfully submitted,

 /s/  R. Craig Martin
R. Craig Martin (DE Bar No. 5032)
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5655
Facsimile: (302) 778-7834
Craig.Martin@dlapiper.com

*Attorneys for the Landlord*

## **CERTIFICATE OF SERVICE**

I, R. Craig Martin, hereby certify that on this 4th day of October, 2019, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* to be served upon the parties on the below service list via first class mail.

/s/ *R. Craig Martin*
R. Craig Martin (DE#5032)

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705

Juliet M. Sarkessian
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19899-0035

EAST\169563320.1