# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Forever 21, Inc., *et al.*,[1]<br><br>                               Debtor. | Chapter 11<br><br>Case No. 19-12122 (KG)<br><br>(Jointly Administered) |

## REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned respectfully requests that all documents filed with the Court and all notices which the Court and/or other parties provide in accordance with Rule 2002 be served at the address set forth below:

    JEFFREY A. KRIEGER
    GREENBERG GLUSKER FIELDS CLAMAN
    & MACHTINGER LLP
    1900 Avenue of the Stars, Ste. 2100
    Los Angeles, CA 90067
    Telephone: 310 553-3610
    Fax: 310 553-0687
    Email: JKrieger@GreenbergGlusker.com

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, pleadings, appendices, exhibits, requests or demand, whether formal or informal, whether written or oral, and whether transmitted electronically or conveyed by mail, courier service, delivery service, telephone facsimile, or otherwise.

This Request and any later appearance, pleading, claim or suit shall (i) not be, and shall not be deemed to be, a consent to jurisdiction of, or venue, in the United States Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928).

20246-00002/3246051.1

for the District of Delaware and (ii) not waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case controversy, or proceeding related to this case, or (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated:   October 4, 2019    By: */s/ Jeffrey A. Krieger*
                                                JEFFREY A. KRIEGER
                                                California State Bar No. 156535
                                                1900 Avenue of the Stars
                                                21st Floor
                                                Los Angeles, CA  90067
                                                Telephone:   310.553.3610
                                                Facsimile:   310.553.0687

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, I caused a copy of the foregoing to be served by the Court's ECF system to all parties receiving notices in this case.

                                                                      */s/ Julie King*