IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

―――――――――――――――――――――――――――x
In re:                                          :    Chapter 11
                                                :
FOREVER 21, INC., *et al.*,[1]                  :    Case No. 19-12122 (KG)
                                                :
                        Debtors.                :    (Jointly Administered)
                                                :
―――――――――――――――――――――――――――x

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES

***PLEASE TAKE NOTICE*** that Blank Rome LLP hereby enters its appearance, pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), on behalf of Kin Properties, Inc., Mulison LLC and Esther Jeffrey LLC (collectively, "***Landlords***"). Mulison LLC and Esther Jeffrey LLC, together as sublandlord, and debtor Forever 21 Retail, Inc., as subtenant, are parties to that certain Sublease dated as of October 16, 2014, relating to the premises located at 3401 Dale Road, Modesto, California 95356.[2]

***PLEASE TAKE FURTHER NOTICE*** that the undersigned attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and Bankruptcy Code sections 342, 1102(a)(1), and 1109(b), that copies of all notices and pleadings given or filed in the above-captioned cases (the "***Cases***") and all related proceedings be given and served upon the following persons at the addresses, facsimile numbers, or electronic mail addresses set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

[2] The Landlords were incorrectly identified as "Macerich" on Exhibit 1A to the Consulting Agreement (Docket No. 81-1).

|  |  |
|---|---|
| Jeffrey Rhodes, Esq. | Victoria Guilfoyle, Esq. |
| **BLANK ROME LLP** | **BLANK ROME LLP** |
| 1825 Eye Street NW | 1201 N. Market Street, Suite 800 |
| Washington, D.C. 20006 | Wilmington, Delaware 19801 |
| Telephone: (202) 420-3150 | Telephone: (302) 425-6404 |
| Facsimile: (202) 379-9367 | Facsimile: (302) 428-5101 |
| Email: jrhodes@blankrome.com | Email: guilfoyle@blankrome.com |

***PLEASE TAKE FURTHER NOTICE*** that, pursuant to Fed. R. Bankr. P. 2002, the undersigned counsel hereby request copies of all papers including, without limitation, all motions, notices, applications, orders, reports, legal memoranda, exhibits and all other papers which are filed with the Court or served upon any party. All copies should be sent to the above-listed counsel by electronic mail and/or by mail to the addresses appearing above.

***PLEASE TAKE FURTHER NOTICE*** that this request includes not only the notices and papers referred to in the Bankruptcy Code and Bankruptcy Rules, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or whether made by mail, email, hand delivery, telephone, facsimile, or otherwise which affect or seek to affect in any way the rights or interests of any party in the Cases.

***PLEASE TAKE FURTHER NOTICE*** that this request pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a submission by any Landlord to the jurisdiction or power of this Court or a waiver of any substantive or procedural rights of any Landlord, including without limitation, to: (a) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (b) have final orders in non-core matters entered only after *de novo* review by the District Court; (c) a trial by jury in any proceeding so triable in the Cases or any case, controversy, or proceeding related to the Cases; (d) require that where any adversary proceeding is to be initiated against any Landlord in these Cases or any related case or where any proceeding is to be initiated by complaint against any Landlord under applicable non-bankruptcy

200467.01610/122066533v.1

law, service shall be made on each Landlord, as applicable, in accordance with applicable Federal Rules of Civil Procedure and applicable non-bankruptcy law, and that service upon undersigned counsel is insufficient for such purposes; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which any Landlord is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments each Landlord expressly reserves.

**BLANK ROME LLP**

Dated: October 11, 2019

/s/ *Victoria Guilfoyle*
Victoria Guilfoyle (DE No. 5183)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6404
Facsimile: (302) 428-5101
Email: guilfoyle@blankrome.com

Jeffrey Rhodes
1825 Eye Street NW
Washington, D.C. 20006
Telephone: (202) 420-3150
Facsimile: (202) 379-9367
Email: jrhodes@blankrome.com

*Attorneys for Kin Properties, Inc., Mulison LLC and Esther Jeffrey LLC*