**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF: : Chapter 11
:
Forever 21, Inc. : Case No. 19-12122 (KG)
:
: Jointly Administered
: NOTICE OF APPOINTMENT OF
Debtor(s). : COMMITTEE OF UNSECURED
--------------------------------- : CREDITORS

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **KNF International Co. LTD**, Attn: Heong Sam Ma, 1F, 960, Daichi-Dong, Kangnam-GU, Seoul, South Korea, Phone: 821053191073, Fax: 8225553764, Email: samma@knf:international.com

2. **Intec, Ltd**, Attn: Sungsoo Kim, 18Fl, Centerpoint Seocho BD, 304 Hyoryeong-ro, Seocho-gu, Seoul, Korea, Phone:44-0-742-592-3863, Email: sskim@intecltd.com

3. **Eroglu Giyim Sanayi Ticaret, A.S.,** Attn: Suat Eroglu, Colin's GmbH Sachsenstr 22 6875 Ketsch, Phone: 06202-97848-42. Fax: 06202-97848-69, Email: suat.erogly@colinsjeans.com

4. **Simon Property Group, Inc.,** Attn: Ronald Tucker, 225 W. Washington Street, Indianapolis, IN 46204, Phone: 317-263-2346, Email: rtucker@simon.com

5. **Brookfield Property REIT, Inc.,** Attn: Julie Minnick-Bowden, 350 N. Orleans St., Suite 300, Chicago, IL 60654, Phone: 312-960-2707, Fax: 312-442-6374

6. **The Macerich Company,** Attn: William Palmer, 1175 Pittsford-Victor Road, Pittsford, NY 14534, Phone: 585-249-4421, Fax: 585-218-9846

7. **AT&T Services, Inc.,** Attn: Nicole Gladden Matthews, 15 E. Midland Avenue, 2nd Floor, Paramus, NJ 07652, Phone: 201-614-6238, Fax: 678-297-4195

      ANDREW R. VARA
      Acting United States Trustee, Region 3

      /s/ *Juliet Sarkessian* for
      T. PATRICK TINKER
      ASSISTANT UNITED STATES TRUSTEE

DATED: October 11, 2019

Attorney assigned to this Case: Juliet Sarkessian, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura David Jones, Esq., Phone: 302-652-4100, Fax: 302-652-4400