UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2019 OCT 16 AM 8:43
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE MATTER OF: )
) CHAPTER 11
FOREVER 21 RETAIL, INC., )
)
Debtor(s). ) CASE NO. 19-12127-KG

## REQUEST FOR NOTICE

PLEASE TAKE NOTICE, Pursuant to Bankruptcy Rules 2002, 3017, 9007, 9010 and 11 U.S.C. §342, request is hereby made that all paper, pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

**Chatham County Tax Commissioner**
**Attn: THERESA C. HARRELSON**
**Post Office Box 8324**
**Savannah, Georgia 31412-8324**
**Tel: 912.652.7109**

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes without limitation, orders and notices of any application, motion, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether conveyed by mail, telephone, telegraph, telex or otherwise, which may affect the rights or interests, in any way of the Chatham County Tax Commissioner in the above-captioned matter.

This 10 day of October, 2019.

*[signature]*

Daniel T. Powers
Chatham County Tax Commissioner

Chatham County Tax Commissioner
Attn: Theresa C. Harrelson
Post Office Box 8324
Savannah, GA 31412
Tel:    912.652.7109
Fax:    912.652.7101