IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Forever 21, Inc. *et al.,* | ) | (Jointly Administered) |
| | ) | |
| | ) | Case No.: 19-12122 (MFW) |
| Debtors.[1] | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Austria Legal, LLC, enters its appearance as counsel for Blue Dot USA Inc dba Wax Jean (hereinafter "Wax Jean") and requests that all notices given or required to be given pursuant to Bankruptcy Rules 2002 and 9007 or otherwise, including, but not limited to notices, applications, motions, petitions, orders, pleadings, complaints for demands, be given to and served upon them as follows:

Matthew P. Austria
**AUSTRIA LEGAL, LLC**
1007 N. Orange Street, 4th Floor
Wilmington, Delaware 19801
Telephone: (302) 521-5197
Fax: (302) 425-0232
Email: maustria@austriallc.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928).

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Wax Jean's right to have final orders in <u>Stern</u> matters entered only by a district judge; (ii) Wax Jean's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Wax Jean's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any lack of venue or jurisdiction by this Court over this cause or any adversary proceeding, contested matter, or other proceeding; (v) the right to service under Bankruptcy Rule 7004 in adversary proceedings, and counsel is not appointed as its agent for service of process in any such adversary proceedings; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which Wax Jean is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Wax Jean expressly reserves.

Dated: October 17, 2019
Wilmington, Delaware

**AUSTRIA LEGAL, LLC**

*/s/ Matthew P. Austria*
Matthew P. Austria (DE # 4827)
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 521-5197
Fax: (302) 425-0232
E-mail: maustria@austriallc.com

**Counsel for Blue Dot USA Inc**