# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FOREVER 21, INC., et al.[1], | : | Case No. 19-12122(KG) |
| | : | |
| *Debtors.* | : | Jointly Administered |
| | : | |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR
### NOTICES PURSUANT TO FED. R. BANKR. P. 2002 AND 9010

PLEASE TAKE NOTICE that the undersigned appears for Eroglu Giyim Sanayi Ticaret, A.S. ("Creditor"), a creditor and party in interest herein, pursuant to Fed. R. Bankr. P. 2002 and 9010(b), and demands that all notices given or required to be given in these cases and all papers served in these cases be given to and served upon the undersigned at the offices and telephone numbers set forth below:

Charles A. McCauley, III, Esquire
DE Bar No. 4738
Offit Kurman, P.A.
1201 North Orange Street
Suite 10 East
Wilmington, DE 19801
Telephone: (302) 351-0905
Facsimile: (302) 351-0915
E-mail: cmccauley@offitkurman.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in Fed. R. Bankr. P. 2002, but also includes, without limitation, all orders and notices, applications, motions, pleadings, request, proofs of claim or interest,

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's Federal Tax Identification Number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150).

complaints or demands, whether formal or informal, objections, plans or reorganization or liquidation and monthly operating reports, whether written or oral, and however transmitted.

PLEASE TAKE FURTHER NOTICE that Creditor does not, by the Notice, nor by any subsequent pleading or appearance, waive (1) its right to have final orders in noncore matters entered only after *de novo* review by a district judge; (2) its right to trial by jury in any proceeding so triable in this case; (3) its right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or, (4) other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, or in law or in equity, all of which rights it expressly reserves.

        Respectfully submitted,

        **OFFIT KURMAN, P.A.**

By: */S/ Charles A. McCauley, III*
    CHARLES A. MCCAULEY
    DE Bar No. 4738
    1201 North Orange Street
    Suite 10 East
    Wilmington, DE 19801
    Telephone: (302) 351-0905
    Facsimile: (302) 351-0915
    E-mail: cmccauley@offitkurman.com

    *Attorneys for Creditor,*
    *Eroglu Giyim Sanayi Ticaret, A.S.*

Dated: October 17, 2019

4851-7376-3754, v. 1