# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOREVER 21, INC., et al. | ) | Case No. 19-12122(KG) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

TO:   Clerk of the Court
      United States Bankruptcy Court
      District of Delaware
      824 Market Street
      Wilmington, DE 19801

Please enter the appearance of Eric W. Sleeper, Esq. of the firm of Barton LLP as counsel for CRS Denim Garments Egypt SAE ("CRS Denim"). CRS Denim is a creditor and, pursuant to the Bankruptcy Code, hereby requests that all notices given or required to be given in these cases be given to and served upon:

> Eric W. Sleeper, Esq.
> BARTON LLP
> 711 Third Avenue
> 14th Floor
> New York, NY 10017
> Telephone:   (212) 687-6262
> Facsimile:   (212) 687-3667
> E-Mail:      esleeper@bartonesq.com

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also

Includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, filed in these jointly administered Chapter 11 cases.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of CRS Denim's rights: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which CRS Denim is or may be entitled, in law or in equity, all of which CRS Denim hereby expressly reserves.

Dated: October 17, 2019

**BARTON LLP**

*/s/ Eric W. Sleeper*
Eric W. Sleeper, Esq.
711 Third Avenue
14th Floor
New York, NY 10017
Telephone:   (212) 687-6262
Facsimile:   (212) 687-3667
E-Mail:      esleeper@bartonesq.com