**IBM CORPORATION**
Av. Pasteur 146 & 138
Rio de Janeiro, RJ, 22290-240
Brasil
800-426-3552 ext. 5042
cgoulart@br.ibm.com

FILED

October 09, 2019

2019 OCT 16 PM 12: 49

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**UNITED STATES BANKRUPTCY COURT**
District of Delaware

RE: Forever 21, Inc.

CHAPTER 11
CASE# 19-12122

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that IBM Credit LLC a creditor and party-in-interest herein, hereby appears in the chapter 11 case, and requests that, pursuant to Rule 2002 of the Bankruptcy Rules, copies of all notices, motions, applications, petitions, pleadings, and orders be duly served on the undersigned at the address herein below noted and be emailed to the attention of:

cgoulart@br.ibm.com
ATTN: Cristina Goulart
IBM Corporation

**INTERNATIONAL BUSINESS MACHINES CORPORATION**

BY: */s/ Cristina Goulart*
Cristina Goulart
IBM Corporation

TO: Clerk's Office
824 Market Street, 3rd Floor,
Wilmington, DE 19801