**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | Case No. 19-12122 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** pursuant to section 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that **Kramer Levin Naftalis & Frankel LLP** and **Saul Ewing Arnstein & Lehr LLP** appear as proposed counsel for and on behalf of the **Official Committee of Unsecured Creditors of Forever 21, Inc., *et al.*** (the "Committee") in these bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that the Committee requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

| | |
|---|---|
| Robert T. Schmidt, Esquire | Lucian B. Murley, Esquire |
| Adam C. Rogoff, Esquire | Saul Ewing Arnstein & Lehr LLP |
| Nathaniel Allard, Esquire | 1201 North Market Street, Suite 2300 |
| Kramer Levin Naftalis & Frankel LLP | P.O. Box 1266 |
| 1177 Avenue of the Americas | Wilmington, DE 19899 |
| New York, NY 10036 | Telephone: (302) 421-6898 |
| Telephone: (212) 715-9527 / 9285 / 9107 | Facsimile: (302) 421-6813 |
| Facsimile: (212-715-9528 / 8265 / 8307 | luke.murley@saul.com |
| rschmidt@kramerlevin.com | |
| arogoff@kramerlevin.com | |
| nallard@kramerlevin.com | |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing, demand, order, or any other paper filed in the proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of (a) the rights of the Committee (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, (iv) to have any claims constitutionally required to be determined by the District Court be determined therein, or (v) to have any matter heard by an arbitrator or (b) any other rights, claims, actions, defenses (including defenses to jurisdictions), setoffs, or recoupments to which the Committee may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

Dated: October 18, 2019

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6898
luke.murley@saul.com

   -and-

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Robert T. Schmidt
Adam Rogoff
Nathaniel Allard
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
rschmidt@kramerlevin.com
arogoff@kramerlevin.com
nallard@kramerlevin.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Forever 21, Inc., et al.*