IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters their appearance for Acadia Realty Limited Partnership, Centennial Real Estate Company, LLC, CenterCal Properties, LLC, CRVI SBP, LLC, Dimond Center Holding LLC, KRE Broadway Mall Owner, LLC, Memorial City Mall LP, Metropolis Lifestyle Center, LLC, Montebello Town Center Investors LLC, Starwood Retail Partners LLC, PGIM Real Estate, Retail Properties of America, Inc., The Forbes Company, LLC, The Macerich Company, Trademark Property Company, White Plains Galleria Limited Partnership, and YTC Mall Owner, LLC (the "Landlord Creditors") pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and requests that copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case, be served upon the Landlord Creditors through their undersigned counsel, as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Bran Partners, LLC (7248); and Riley Roe, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

| | |
|---|---|
| Dustin P. Branch, Esquire | Leslie C. Heilman, Esquire |
| Nahal Zarnighian, Esquire | Laurel D. Roglen, Esquire |
| BALLARD SPAHR LLP | BALLARD SPAHR LLP |
| 2029 Century Park East, Suite 800 | 919 N. Market Street, 11th Floor |
| Los Angeles, CA 90067-2909 | Wilmington, DE 19801-3034 |
| Telephone: (424) 204-4400 | Telephone: (302) 252-4465 |
| Facsimile: (424) 204-4350 | Facsimile: (302) 252-4466 |
| E-mail: branchd@ballardspahr.com | E-mail: heilmanl@ballardspahr.com |
| zarnighiann@ballardspahr.com | roglenl@ballardspahr.com |

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Notices* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of the Landlord Creditors including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlord Creditors are

or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until the Landlord Creditors expressly state otherwise, Landlord Creditors do not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

| | |
|---|---|
| Dated: October 18, 2019<br>Wilmington, Delaware | */s/ Leslie C. Heilman*<br>Leslie C. Heilman (DE No. 4716)<br>Laurel D. Roglen (DE No.5759)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3034<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: heilmanl@ballardspahr.com<br><br>and<br><br>Dustin P. Branch, Esquire<br>Nahal Zarnighian, Esquire<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 800<br>Los Angeles, CA 90067-2909<br>Telephone: (424) 204-4400<br>Facsimile: (424) 204-4350<br>E-mail: branchd@ballardspahr.com<br>           zarnighiann@ballardspahr.com<br><br>*Counsel for Acadia Realty Limited Partnership, Centennial Real Estate Company, LLC, CenterCal Properties, LLC, CRVI SBP, LLC, Dimond Center Holding LLC, KRE Broadway Mall Owner, LLC, Memorial City Mall LP, Metropolis Lifestyle Center, LLC, Montebello Town Center Investors LLC, Starwood Retail Partners LLC, PGIM Real Estate, Retail Properties of America, Inc., The Forbes Company, LLC, The Macerich Company, Trademark Property Company, White Plains Galleria Limited Partnership, and YTC Mall Owner, LLC* |

**CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, hereby certify that, on this 18th day of October 2019, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* to be served upon the following individuals as noted below.

Laura Davis Jones
James E. O'Neill
Timothy P. Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
*Proposed Counsel for the Debtors*
*Via Hand Delivery*

Juliet M. Sarkessian
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*Via Hand Delivery*

Joshua A. Sussberg, P.C.
Aparna Yenamandra
Kirkland & Ellis LLP
 601 Lexington Avenue
New York, NY 10022
*Proposed Counsel for the Debtors*
*Via First Class Mail*

Anup Sathy, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
*Proposed Counsel for the Debtors*
*Via First Class Mail*

/s/ *Leslie C. Heilman*
Leslie C. Heilman (DE No. 4716)
BALLARD SPAHR LLP