# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Forever 21, Inc., et al., | Case No. 1:19-bk-12122-KG |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## CERTIFICATION OF GOVERNMENT ATTORNEY

TO THE CLERK;

Please enter the appearance of the undersigned attorney, Peter Muthig, as counsel for the Maricopa County Treasurer in this matter.

The undersigned attorney, Peter Muthig, makes this certification of government attorney pursuant to Local Rule 9010-1(e)(i).

1. The undersigned attorney is admitted to the bars of the United States Supreme Court, United States Court of Appeals for the Ninth Circuit, the United States District Court for the District of Arizona, the United States District Courts for the Northern, Eastern and Central Districts of California, the Supreme Court of Arizona, and the Supreme Court of California (currently voluntarily inactive in California).

2. The undersigned attorney is in good standing in all jurisdictions in which he has been admitted.

3. The undersigned attorney will be bound by the Local Rules of the United States Bankruptcy Court for the District of Delaware, and the undersigned attorney submits to the jurisdiction of this Court for disciplinary purposes.

DATED October 18, 2019.

| | |
|---|---|
| 1 | |
| 2 | ALLISTER ADEL<br>MARICOPA COUNTY ATTORNEY |
| 3 | /s/ Peter Muthig<br>Peter Muthig (AZ Bar No. 018526)<br>Deputy County Attorney |
| 4 | MARICOPA COUNTY ATTORNEY'S OFFICE<br>CIVIL SERVICES DIVISION |
| 5 | 222 North Central Avenue, Suite 1100<br>Phoenix, Arizona 85004-2206 |
| 6 | Telephone (602) 506-1923<br>muthigk@mcao.maricopa.gov |
| 7 | *Attorneys for Maricopa County Treasurer* |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was served this 18th day of October 2019, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

/s/ Peter Muthig
Peter Muthig (AZ Bar No. 018526)
Deputy County Attorney
MARICOPA COUNTY ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
222 North Central Avenue, Suite 1100
Phoenix, Arizona 85004-2206
Telephone (602) 506-1923
muthigk@mcao.maricopa.gov
*Attorneys for Maricopa County Treasurer*