# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FOREVER 21, INC., *et al*.,[1] | Case No. 19-12122 (KG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Sullivan & Cromwell LLP and Young Conaway Stargatt & Taylor, LLP, hereby enter their appearance as counsel to Vornado Realty Trust and its landlord affiliates ("Vornado") in the above-captioned cases, and request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this case be given and served upon the undersigned counsel as follows:

| | |
|---|---|
| Brian D. Glueckstein, Esq. | Pauline K. Morgan, Esq. (No. 3650) |
| David R. Zylberberg, Esq. | Sean T. Greecher, Esq. (No. 4484) |
| SULLIVAN & CROMWELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| 125 Broad Street | Rodney Square |
| New York, NY 10004 | 1000 North King Street |
| Telephone: (212) 558-4000 | Wilmington, DE 19801 |
| Email: gluecksteinb@sullcrom.com | Telephone: (302) 571-6600 |
| zylberbergd@sullcrom.com | **CM/ECF Noticing**: bankfilings@ycst.com |
| | Email: pmorgan@ycst.com |
| | sgreecher@ycst.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as (a) a consent by Vornado to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Vornado or (b) a waiver of any right of Vornado (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to other rights, claims, actions, defenses, setoffs, or recoupments to which Vornado is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.  This Notice of Appearance shall not be deemed to constitute consent to electronic

service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Date: October 21, 2019
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean T. Greecher*
Pauline K. Morgan, Esq. (No. 3650)
Sean T. Greecher, Esq. (No. 4484)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600

-and-

Brian D. Glueckstein, Esq.
David R. Zylberberg, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000

*Counsel to Vornado Realty Trust and its Landlord Affiliates*