**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | Case No. 19-12122 (KG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that LimNexus LLP and Drinker Biddle & Reath LLP hereby enter their appearance (the "Notice of Appearance"), in the above-captioned cases as co-counsel to Ubase International, Inc. pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). LimNexus LLP and Drinker Biddle & Reath LLP hereby request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

Sung Jin Hwang, Esq.
James Till, Esq.
David Nealy, Esq.
LimNexus LLP
707 Wilshire Boulevard, 46th Floor
Los Angeles, CA 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511
SungJun.Hwang@limnexus.com
James.Till@limnexus.com
David.Nealy@limnexus.com

Patrick A. Jackson, Esq.
Joseph N. Argentina, Jr., Esq.
Drinker Biddle & Reath LLP
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Patrick.Jackson@dbr.com
Joseph.Argentina@dbr.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters entered only after *de novo* review by a district court judge, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) any right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

120994048.1

- 3 -

| | |
|---|---|
| Dated: October 24, 2019<br>Wilmington, Delaware | **DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Patrick A. Jackson*<br>Patrick A. Jackson (Del. Bar No. 4976)<br>Joseph N. Argentina, Jr. (Del. Bar No. 5453)<br>222 Delaware Ave., Suite 1410<br>Wilmington, DE 19801-1621<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>steven.kortanek@dbr.com<br>patrick.jackson@dbr.com<br>joseph.argentina@dbr.com<br><br>-and-<br><br>**LIMNEXUS LLP**<br><br>Sung Jin Hwang, Esq.<br>James Till, Esq.<br>David Nealy, Esq.<br>LimNexus LLP<br>707 Wilshire Boulevard, 46th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 955-9500<br>Facsimile: (213) 955-9511<br>SungJun.Hwang@limnexus.com<br>James.Till@limnexus.com<br>David.Nealy@limnexus.com<br><br>*Counsel for Ubase International, Inc.* |