IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FOREVER 21, INC., *et al.*, | Case No. 19-12122 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that 601 Pine Street Investment Group, Inc. ("Landlord"), creditor and party-in-interest in the above-captioned cases, hereby appears by its counsel, Connolly Gallagher LLP and Davis Wright Tremaine LLP, and such counsel hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, including email addresses, telephone, and facsimile numbers:

| | |
|---|---|
| Karen C. Bifferato, Esquire<br>Kelly M. Conlan, Esquire<br>**CONNOLLY GALLAGHER LLP**<br>1201 N. Market Street, 20th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 757-7300<br>Email: kbifferato@connollygallagher.com<br>Email:  kconlan@connollygallagher.com | Rhys Matthew Farren, Esquire<br>**DAVIS WRIGHT TREMAINE LLP**<br>929 108th Avenue NE, Suite 1500<br>Bellevue, WA  98004<br>Telephone:  (425) 646-6132<br>Email:  rhysfarren@dwt.com |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings related thereto.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of (a) Landlord's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Landlord is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments, Landlord expressly reserves.

Dated:  October 24, 2019                                  CONNOLLY GALLAGHER LLP

/s/ Karen C. Bifferato
Karen C. Bifferato (#3279)
Kelly M. Conlan (#4786)
1201 N. Market Street, 20th Floor
Wilmington, DE  19801
Telephone: (302) 757-7300
Facsimile:  (302) 757-7299
Email: kbifferato@connollygallagher.com
Email: kconlan@connollygallagher.com

-and-

        Rhys Matthew Farren, Esquire
**DAVIS WRIGHT TREMAINE LLP**
929 108th Avenue NE, Suite 1500
Bellevue, WA  98004
Telephone:  (425) 646-6132
Email:  rhysfarren@dwt.com

*Attorneys for Landlord*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of October, 2019, a copy of the foregoing *Notice of Appearance and Request for Notices and Papers* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case.

Dated: October 24, 2019

                                              */s/ Karen C. Bifferato*
                                              Karen C. Bifferato