IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (KG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Docket No. 81** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION SEEKING ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO ENTER INTO THE CONSULTING AGREEMENT, (II) APPROVING PROCEDURES FOR STORE CLOSING SALES, AND (III) GRANTING RELATED RELIEF**

The undersigned proposed counsel for the above captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1. On October 1, 2019, the Debtors filed the *Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into the Consulting Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief* (the "Motion") [Docket No. 81] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

2. Pursuant to the notice of hearing on the Motion [Docket No. 162], responses were due to be filed on or about October 21, 2019 at 4:00 p.m. (the "Objection Deadline"). The Debtors granted an extension of the Objection Deadline for the Office of the United States Trustee (the "UST") and a group of landlords including CL Investment Group, Gregory Greenfield & Associates; Hines; JLL; QIC Properties US, Inc., Regency Centers; ShopCore Properties; SITE Centers Corp.; and Turnberry Associates (collectively, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

"Landlords") to October 23, 2019 at 5:00 p.m.  The Debtors granted an extension of the Objection Deadline for the Official Committee of Unsecured Creditors (the "Committee") to October 24, 2019 at 7:00 p.m.

3. The Debtors received Responses from (a) Maricopa County Treasurer [Docket No. 229]; (b) Bellevue Square, LLC and Bellevue Square Merchants' Association [Docket No. 248]; (c) MC ASB SSS, LLC [Docket No. 250]; and (d) Comenity Capital Bank [Docket No. 253] (the "Objecting Parties").

4. The Debtors received informal comments to the Motion from the UST, the Committee and the Landlords.

5. Attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order") incorporating the comments of the UST, the Committee and various Landlords and resolving the responses filed by the Objecting Parties.

6. The Proposed Order has been circulated to the UST, the Committee, the Landlords and the Objecting Parties.  The UST, the Committee, the Landlords and the Objecting Parties have no objection to entry of the Proposed Order.

7. Attached hereto as **Exhibit B** is a blackline of the Proposed Order, showing changes made from the original form of order attached to the Motion.

8. Accordingly, the Debtors respectfully request entry of the Proposed Order attached hereto as **Exhibit A** at the Court's convenience.

*[Signature on next page]*

| | |
|---|---|
| Dated:  October 28, 2019<br>Wilmington, Delaware | */s/ James E. ONeill*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Timothy P. Cairns (DE Bar No. 4228)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:          ljones@pszjlaw.com<br>                      joneill@pszjlaw.com<br>                      tcairns@pszjlaw.com<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>-and-<br><br>Anup Sathy, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Proposed Co-Counsel for the Debtors and Debtors in Possession* |