**Exhibit A**

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Docket No. 192** |

STIPULATION
RESOLVING RECTENWALD
BROTHERS CONSTRUCTION INC.'S MOTION FOR
ORDER TO COMPEL ASSUMPTION OR REJECTION OF GENERAL CONTRACT

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and Rectenwald Brothers Construction Inc. ("RBC," and together with the Debtors, the "Parties"), by and through their undersigned counsel, hereby enter into this stipulation (the "Stipulation") as set forth below.

**WHEREAS**, on or about July 9, 2019, RBC and the Debtors entered into the Standard Form of Agreement Between Owner and Contractor (the "General Contract"), whereby RBC agreed to construct the retail development project known as "Forever21 American Dream, East Rutherford, New Jersey" (the "Project");

**WHEREAS**, on October 11, 2019, RBC filed in the United States Bankruptcy Court for the District of Delaware (the "Court") *Rectenwald Brothers Construction Inc.'s Motion for Order*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

*to (I) Compel Assumption or Rejection of General Contract and (II) To Terminate, Annul, or Modify the Automatic Stay to (A) File Construction Lien and, in the Alternative to Compelling Assumption or Rejection, (B) Terminate the General Contract* [Docket No. 192] (the "Motion to Compel"); and

**WHEREAS** the Parties have agreed to a date by which the Debtors shall make a decision to assume or reject the General Contract and desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, which agreement, when "so-ordered" by the Court, shall constitute an order of the Court, as follows:

1. On or before November 6, 2019 (the "Decision Date"), the Debtors shall provide written notice to RBC of the Debtors' decision to assume or reject the General Contract.

2. If the Debtors provide notice of their intention to assume the General Contract (such written notice, the "Assumption Notice"), the Debtors shall thereafter work expeditiously and in good faith to formally seek the assumption of the General Contract as provided for in chapter 11 of title 11 of the United States Code and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Code for the District of Delaware (the "Assumption Procedures"), and RBC retains all of its rights and remedies under the Assumption Procedures. RBC shall be excused from performing under the General Contract until the Assumption Procedures culminate in the entry of an order approving the assumption of the General Contract, which shall be effectuated in the form of a stipulation and agreed order.

3. If the Debtors provide notice of their intention to reject the General Contract (such written notice, the "Rejection Notice"), RBC shall be authorized to take any and all action as

permitted by the order entered by the Court authorizing the *Debtors' Motion Seeking Entry of an Order (I) Authorizing and Approving Procedures to Reject, Assume, or Assume and Assign Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 21].

4. Upon entry of an order approving this Stipulation, the Motion to Compel shall be adjourned to the hearing scheduled for November 26, 2019, at 10:00 a.m., prevailing Eastern Time, to address, if necessary, that portion of the Motion to Compel seeking stay relief, and the Debtors objection deadline shall be extended until November 19, 2019, at 4:00 p.m., prevailing Eastern Time.

5. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

6. This Stipulation shall be binding on and inure to the benefit of the Parties hereto and their respective successors and assigns.

7. This Stipulation shall not be modified, altered, amended, or vacated without written consent of the Parties. Any such modification, alteration, amendment, or vacation, in whole or in part, shall be subject to the approval of the Court.

8. This Stipulation contains the entire agreement by and between the Parties with respect to the relief RBC requested in the Motion to Compel and all prior understandings or agreements related to the relief RBC requested in the Motion to Compel, if any, are merged into this Stipulation; *provided*, however, for avoidance of doubt, this Stipulation shall not be interpreted to amend or modify the General Contract.

9. Each of the undersigned counsel represents that they have been authorized to execute this Stipulation on behalf of their respective clients.

10. This Stipulation may be executed in multiple counterparts, any of which may be transmitted by facsimile or electronic mail, and each of which shall be deemed an original, but all of which together shall constitute one instrument.

11. The Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Stipulation.

12. The Court shall have exclusive jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation. Any motion or application brought before the Court to resolve a dispute arising from or related to this Stipulation shall be brought on notice as provided by and in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the District of Delaware.

*[Remainder of page intentionally left blank]*

Dated:   October 28, 2019
         Wilmington, Delaware

| | |
|---|---|
| /s/ Davis Lee Wright | /s/ Laura Davis Jones |
| Davis Lee Wright | Laura Davis Jones (DE Bar No. 2436) |
| **ROBINSON & COLE LLP** | James E. O'Neill (DE Bar No. 4042) |
| 1000 N. West Street, Suite 1200 | Timothy P. Cairns (DE Bar No. 4228) |
| Wilmington, DE 19801 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| Telephone:   (302) 516-1703 | 919 North Market Street, 17th Floor |
| Facsimile:   (302) 351-8618 | P.O. Box 8705 |
| *Counsel for Rectenwald Brothers Construction Inc.* | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone:   (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

*Proposed Co-Counsel for the Debtors and Debtors in Possession*