# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (KG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket Nos. [73, 252, 254, 226, 260, 254,** |
|  | ) **231 313, 257, 256, 255, 274]** |

## DEBTORS' NOTICE OF INTENTION TO CALL WITNESSES
## FOR NOVEMBER 5, 2019 HEARING

The above-captioned debtors and debtors in possession (collectively, the "Debtors") provide notice of their intention to call witnesses in connection with *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 24] (the "Motion") seeking entry of an order (the "Final Order") scheduled for hearing on November 5, 2019, at 1:00 p.m. (prevailing Eastern Time) before the Honorable Kevin Gross.

The Debtors may call Tyler W. Cowan and/or Jonathan Goulding (listed in alphabetical order) to testify at the hearing regarding the marketing and negotiating of the DIP Facilities, the benefits the DIP Facilities provide to the estates, and the anticipated use of the funds of the DIP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

Facilities.  The Debtors reserve the right (a) to call any additional witness if needed for rebuttal or impeachment; (b) to cross-examine any witness identified by another party; and (c) to call any witness designated by any other party, regardless whether such witness is called by that party to testify.  The Debtors also reserve their right to withdraw any designated witness.

| | |
|---|---|
| Dated:  November 4, 2019<br>Wilmington, Delaware | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Timothy P. Cairns (DE Bar No. 4228)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:          ljones@pszjlaw.com<br>                    joneill@pszjlaw.com<br>                    tcairns@pszjlaw.com<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>-and-<br><br>Anup Sathy, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Proposed Co-Counsel for the Debtors and Debtors in Possession* |