## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## SECOND AMENDED[2] NOTICE OF AGENDA ON MATTERS SCHEDULED FOR HEARING ON NOVEMBER 5, 2019, AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[3]

## I.    CONTINUED MATTERS

1.    **K&E Retention Application.**    *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors In Possession Effective* Nunc Pro Tunc *to the Petition Date* [Filed: 10/10/19] (Docket No. 185)

Response/Objection Deadline:  October 24, 2019, at 4:00 p.m. (ET).  Extended to October 31, 2019, at 4:00 p.m. (ET) for the official committee of unsecured creditors (the "Creditors' Committee").  **Extended to November 19, 2019, at 4:00 p.m. (ET) for the United States Trustee.**

Responses/Objections Received:   Informal comments from the United States Trustee.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928).  The location of the Debtors' service address is:  3880 N. Mission Road, Los Angeles, California 90031.

[2]    Amended items noted in bold.

[3]    Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (888-882-6878) or by facsimile (310-743-1850).

Related Documents:

    i.      **First Supplemental Declaration of Joshua A. Sussberg in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International, LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Filed: 11/1/19] (Docket No. 381)**

    ii.      **First Supplemental Declaration of Jonathan Goulding in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International, LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Filed: 11/1/19] (Docket No. 382)**

    iii.     **Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 11/1/19] (Docket No. 383)**

Status: **On November 1, 2019, the Debtors filed a proposed form of order under certification of counsel resolving the informal comments of the United States Trustee.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.**

2.    **Wages Motion.**  *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Filed: 9/30/19] (Docket No. 11)

Response/Objection Deadline:  October 21, 2019, at 4:00 p.m. (ET).  Extended to October 24, 2019, at 7:00 p.m. (ET) for the Creditors' Committee. Extended to November 19, 2019, at 4:00 p.m. (ET) for the United States Trustee.

Responses/Objections Received:  Informal comments from Chubb Insurance Company ("Chubb"), the Creditors' Committee, and the United States Trustee.

Related Documents:

i.     [Signed] Interim Order  (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed: 10/1/19] (Docket No. 107)

ii.     Notice of Entry of Interim Order and Final Hearing Regarding Debtors'
        Motion Seeking Entry of Interim and Final Orders (I) Authorizing the
        Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other
        Compensation, and Reimbursable Employee Expenses and (B) Continue
        Employee Benefits Programs and (II) Granting Related Relief
        [Filed: 10/3/19] (Docket No. 160)

iii.    Certification of Counsel Regarding Debtors' Motion Seeking Entry of
        Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition
        Employee Wages, Salaries, Other Compensation, and Reimbursable
        Employee Expenses and (B) Continue Employee Benefits Programs and
        (II) Granting Related Relief [Filed: 10/27/19] (Docket No. 323)

iv.     [Signed] Second Interim Order (I) Authorizing the Debtors to (A) Pay
        Prepetition Employee Wages, Salaries, Other Compensation, and
        Reimbursable Employee Expenses and (B) Continue Employee Benefits
        Programs and (II) Granting Related Relief [Filed: 10/28/19] (Docket
        No. 336)

v.      Declaration of Jonathan Goulding in Support of Debtors' Motion for Entry
        of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay
        Prepetition Employee Wages, Salaries, Other Compensation, and
        Reimbursable Employee Expenses and (B) Continue Employee Benefits
        Programs and (II) Granting Related Relief [To Be Filed]

Status: The hearing on this matter has been continued to November 26, 2019 at
        10:00 a.m. (ET).

## II.     MATTERS FILED UNDER CERTIFICATION

3.      **PSZJ Retention Application.**  *Debtors' Application Pursuant to Section 327(a) of
        the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure,
        and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang
        Ziehl & Jones LLP as Co-Counsel and Conflicts Counsel for the Debtors and
        Debtors In Possession* Nunc Pro Tunc *to the Petition Date* [Filed: 10/10/19]
        (Docket No. 186)

Response/Objection Deadline:  October 24, 2019, at 4:00 p.m. (ET).  Extended to
October 31, 2019, at 4:00 p.m. (ET) for the United States Trustee and the Creditors'
Committee.

Responses/Objections Received:  Informal comments from the United States
Trustee.

Related Documents:

   i.      Supplemental Declaration of Laura Davis Jones in Support of Application to Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel and Conflicts Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 10/31/2019] (Docket No. 363)

   ii.     Certification of Counsel Regarding Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel and Conflicts Counsel for the Debtors and Debtors In Possession *Nunc Pro Tunc* to the Petition Date [Filed: 11/1/19] (Docket No. 373)

   iii.    **[Signed] Order Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel and Conflicts Counsel for the Debtors and Debtors In Possession *Nunc Pro Tunc* to the Petition Date [Filed: 11/4/19] (Docket No. 387)**

Status: **The Court has entered the order on this matter and it is now resolved.**

4.    **RCS Retention Application.**  *Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of RCS Real Estate Advisors as Real Estate Advisor to the Debtors and Debtors In Possession, Effective* Nunc Pro Tunc *to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h), and (IV) Granting Related Relief* [Filed: 10/10/19] (Docket No. 187)

Response/Objection Deadline:  October 24, 2019, at 4:00 p.m. (ET).  Extended to October 31, 2019, at 4:00 p.m. (ET) for the United States Trustee and the Creditors' Committee.

Responses/Objections Received:   Informal comments from the United States Trustee and the Creditors' Committee.

Related Documents:

   i.      Certification of Counsel Regarding Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of RCS Real Estate Advisors as Real Estate Advisor to the Debtors and Debtors In Possession, Effective *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h), and (IV) Granting Related Relief [Filed: 11/1/19] (Docket No. 369)

    ii.    **[Signed] Order Authorizing the Employment and Retention of RCS Real Estate Advisors as Real Estate Advisor to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(H), and (IV) Granting Related Relief [Filed: 11/4/19] (Docket No. 385)**

    <u>Status</u>: **The Court has entered the order on this matter and it is now resolved.**

5.    **Alvarez & Marsal Retention Application.** *Debtors' Application Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Jonathan Goulding as Chief Restructuring Officer for the Debtors* Nunc Pro Tunc *to the Petition Date* [Filed: 10/10/19] (Docket No. 188)

    <u>Response/Objection Deadline</u>:  October 24, 2019, at 4:00 p.m. (ET).  Extended to October 31, 2019, at 4:00 p.m. (ET) for the United States Trustee and the Creditors' Committee.

    <u>Responses/Objections Received</u>:  Informal comments received from the United States Trustee and the Creditors' Committee.

    <u>Related Documents</u>:

    i.    Supplemental Declaration of Jonathan Goulding in Support of Debtors' Application Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Jonathan Goulding as Chief Restructuring Officer for the Debtors *Nunc Pro Tunc* to the Petition Date [Filed: 11/1/19] (Docket No. 370)

    ii.    Certification of Counsel Regarding Debtors' Application Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Jonathan Goulding as Chief Restructuring Officer for the Debtors *Nunc Pro Tunc* to the Petition Date [Filed: 11/1/19] (Docket No. 374)

    iii.    **[Signed] Order Authorizing the Debtors, pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Jonathan Goulding as Chief Restructuring Officer for the Debtors *Nunc Pro Tunc* to the Petition Date [Filed: 11/4/19] (Docket No. 388)**

Status: **The Court has entered the order on this matter and it is now resolved.**


6.      **Lazard Retention Application.**   *Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Lazard Frères & Co. LLC as Investment Banker to the Debtors and Debtors In Possession, Effective* Nunc Pro Tunc *to the Petition Date, (II) Approving the Terms of the Lazard Agreement, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h), and (IV) Granting Related Relief* [Filed: 10/10/19] (Docket No. 189)

Response/Objection Deadline:  October 24, 2019, at 4:00 p.m. (ET).  Extended to October 31, 2019, at 4:00 p.m. (ET) for the United States Trustee and the Creditors' Committee.

Responses/Objections Received:   Informal comments from the United States Trustee and the Creditors' Committee.

Related Documents:

   i.      Supplemental Declaration of Tyler W. Cowan in Support of the Debtor's Application for an Order (I) Authorizing the Employment and Retention of Lazard Frères & Co. LLC as Investment Banker Effective *Nunc Pro Tunc* to the Petition Date; (II) Approving the Terms of the Lazard Agreement; (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016 2(h); and (IV) Granting Related Relief [Filed: 11/1/19] (Docket No. 371)

   ii.     Certification of Counsel Regarding Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Lazard Frères & Co. LLC as Investment Banker to the Debtors and Debtors In Possession, Effective *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Lazard Agreement, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h), and (IV) Granting Related Relief [Filed: 11/1/19] (Docket No. 372)

   iii.    **[Signed] Order (1) Authorizing the Employment and Retention of Lazard Freres & Co. LLC as Investment Banker to the Debtors and Debtors in Possession, Effective *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Lazard Agreement, (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016 2(H), and (IV) Granting Related Relief [Filed: 11/4/19] (Docket No. 386)**

Status:    **The Court has entered the order on this matter and it is now resolved.**

## III.   MATTERS GOING FORWARD:

7.  **Bar Date Motion.** *Debtors' Motion Seeking Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(B)(9), (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units, (III) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (IV) Approving the Form of and Manner for Filing Proofs of Claim, (V) Approving Notice of Bar Dates, and (VI) Granting Related Relief* [Filed: 10/14/19] (Docket No. 200)

Response/Objection Deadline:  October 21, 2019, at 4:00 p.m. (ET).  Extended to October 23, 2019, at 4:00 p.m. (ET) for the United States Trustee and to October 30, 2019, at 4:00 p.m. (ET) for the Creditors' Committee.   Further extended to November 2, 2019 at 5:00 p.m. (ET) for the Creditors' Committee.

Responses/Objections Received:   Informal comments from the United States Trustee, the Creditors' Committee, and various landlords.

Related Documents:  None.

Status:  The hearing on this matter is going forward.

8.  **DIP Financing Motion** *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Filed: 9/30/19] (Docket No. 24)

Response/Objection Deadline:  October 21, 2019, at 4:00 p.m. (ET).  Extended to October 23, 2019, at 4:00 p.m. (ET) for RGIS Inventory Specialists ("RGIS") and to October 30, 2019, at 7:00 p.m. (ET) for the Creditors' Committee.  **The Creditors' Committee's objection deadline continues to be extended as the parties further discuss to try to resolve remaining open issues in advance of the hearing.**

Responses/Objections Received:

i.    Informal comments from Chubb, RGIS, the United States Trustee, the Creditors' Committee, certain landlords, and certain Texas taxing authorities

ii.    The Texas Taxing Authorities' Objection to the Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens

and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 10/7/19] (Docket No. 173)

iii.    Limited Objection of Brooks Shopping Centers, LLC, Pyramid Management Group, LLC, and Westfield, LLC to the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 10/18/19] (Docket No. 226)

iv.    Objection to Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 10/18/19] (Docket No. 231)

v.    Joinder of Taubman Landlords to Limited Objection of Brooks Shopping Centers, LLC, Pyramid Management Group, LLC, and Westfield, LLC to the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 10/21/19] (Docket No. 247)

vi.    Comenity Capital Bank's Limited Objection and Reservation of Rights with Respect to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 10/21/19] (Docket No. 252)

vii.    Limited Objection of Acadia Realty Limited Partnership, Centennial Real Estate Company, LLC, Centercal Properties, LLC, CRVI SBP LLC, Dimond Center Holdings LLC, Federal Realty Investment Trust, Galleria Mall Investors LP, GS Pacific ER LLC, Ingram North Loop Shopping

Center, L.P., KRE Broadway Mall Owner LLC, Memorial City Mall LP, Metropolis Lifestyle Center, LLC, Montebello Town Center Investors, LLC PGIM Real Estate, Retail Properties of America, Inc., Starwood Retail Partners LLC, the Forbes Company, the Macerich Company, Trademark Property Company, UBS Realty Investors LLC, Urban Edge Properties, White Plains Galleria Limited Partnership, and YTC Mall Owner, LLC to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 10/21/19] (Docket No. 254)

viii.    Limited Objection and Joinder of CAPREF Lloyd II LLC, CAPREF Burbank LLC, and CAPREF Strand LLC to the Limited Objection of Brooks Shopping Centers, LLC, Pyramid Management Group, LLC, and Westfield, LLC to the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 10/21/19] (Docket No. 255)

ix.    Limited Objection and Joinder of Stockton Street Properties, Inc. to the Limited Objection of Brooks Shopping Centers, LLC, Pyramid Management Group, LLC, and Westfield, LLC to the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 10/21/19] (Docket No. 256)

x.    Limited Objection and Joinder of Prep Hillside Real Estate LLC to the Limited Objection of Brooks Shopping Centers, LLC, Pyramid Management Group, LLC, and Westfield, LLC to the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 10/21/19] (Docket No. 257)

xi.   Joinder of Macomb Center Partners, LLC Vestar DRM-OPCO, LLC Vestar CPT Tempe Marketplace, LLC and CPT Riverside Plaza, LLC to the Limited Objection of Brooks Shopping Centers, LLC, Pyramid Management Group, LLC, and Westfield, LLC to the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV)  Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 10/21/19] (Docket No. 260)

xii.  Joinder of CBL & Associates Management, Inc. to the Limited Objection of Brooks Shopping Centers, LLC, Pyramid Management Group, LLC, and Westfield, LLC to the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 10/22/19] (Docket No. 274)

xiii. Joinder of Washington Prime Group Inc. to the Limited Objection of Certain Landlords to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed 10/25/19] (Docket No. 313)

Related Documents:

i.    Declaration of Jonathan Goulding in Support of the Debtors' Motion Seeking Entry of Interim and Final Orders  (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 9/30/19] (Docket No. 25)

ii.   Declaration of Christian Tempke in Support of the Debtors' Motion Seeking Entry of Interim and Final Orders  (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral,

(III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 9/30/19] (Docket No. 26)

iii.    Notice of Entry of Hearing on Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 9/30/19] (Docket No. 52)

iv.    Notice of Filing of Exhibits and Revised Exhibits to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 10/1/19] (Docket No. 83)

v.    [Signed] Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 10/2/19] (Docket No. 133)

vi.    Notice of Entry of Interim Order and Hearing on Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition ABL Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 10/3/19] (Docket No. 148)

vii.    **Comenity Capital Bank's Notice of Intention to Call Witness for November 5, 2019 Hearing [Filed: 11/4/19] (Docket No. 391)**

viii.    **Debtors' Notice of Intention to Call Witness for November 5, 2019 Hearing [Filed: 11/4/19] (Docket No. 393)**

<u>Status</u>: **The parties continue to discuss to try to resolve remaining open issues in advance of the hearing.** The hearing on this matter is going forward.

Dated:  November 4, 2019
Wilmington, Delaware

/s/ Timothy P. Cairns
_____
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:        ljones@pszjlaw.com
              joneill@pszjlaw.com
              tcairns@pszjlaw.com

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Proposed Co-Counsel for the Debtors and Debtors in Possession*