**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOREVER 21, INC., *et al.*, | ) | Case No. 19-12122 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael P. Esser of Kirkland & Ellis LLP to represent the debtors and debtors in possession in the above-captioned cases and any related adversary proceedings.

Dated:   November 21, 2019            */s/ Laura Davis Jones*
                                                             Laura Davis Jones (DE Bar No. 2436)
                                                             Pachulski Stang Ziehl & Jones LLP
                                                             919 North Market Street, 17th Floor
                                                             P.O. Box 8705
                                                             Wilmington, Delaware 19899-8705 (Courier 19801)
                                                             Telephone: (302) 652-4100
                                                             Email: ljones@pszjlaw.com

                                                             *Counsel to the Debtors and Debtors in Possession*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

                                                             */s/ Michael P. Esser*
                                                             Michael P. Esser
                                                             Kirkland & Ellis LLP
                                                             555 California Street
                                                             San Francisco, California 94104
                                                             Telephone:  (415) 439-1400
                                                             Facsimile:  (415) 439-1500
                                                             Email:  michael.esser@kirkland.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.