**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF AGENDA ON MATTERS SCHEDULED FOR HEARING ON
DECEMBER 5, 2019, AT 2:00 P.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET
STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]**

## I.    RESOLVED MATTERS

1.    **Six Sigma Retention.** *Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Six Sigma Academy International, LLC as Operational Advisor, (II) Designating Matthew Katz as Chief Operating Officer* Nunc Pro Tunc *to the Petition Date, and (III) Granting Related Relief* [Filed: 11/5/19] (Docket No. 404)

Response/Objection Deadline:  November 19, 2019, at 4:00 p.m. (ET).  Extended to November 21, 2019, at 5:00 p.m. (ET) for the United States Trustee.

Responses/Objections Received:   Informal Comments from the United States Trustee.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928).  The location of the Debtors' service address is:  3880 N. Mission Road, Los Angeles, California 90031.

[2]    Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (888-882-6878) or by facsimile (310-743-1850).

Related Documents:

i.      Certification of Counsel Regarding Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Six Sigma Academy International, LLC as Operational Advisor, (II) Designating Matthew Katz as Chief Operating Officer *Nunc Pro Tunc* to the Petition Date, and (III) Granted Related Relief [Filed: 11/25/2019] (Docket No. 497)

ii.     [Signed] Order (I) Authorizing the Employment and Retention of Six Sigma Academy International, LLC as Operational Advisor, (II) Designating Matthew Katz as Chief Operating Officer *Nunc Pro Tunc* to the Petition Date, and (III) Granting Related Relief [Filed: 12/2/2019] (Docket No. 519)

Status:  The final order has been entered.  No hearing is necessary.

## II.    **MATTERS FILED UNDER CERTIFICATION**

2.     **KPMG Retention.**  *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of KPMG LLP as Auditor, Tax Compliance Service Provider, and Tax Consultant* Nunc Pro Tunc *to the Petition Date, (II) Approving the Terms of the Engagement Letters, (III) Waiving Certain Time Keeping Requirements Pursuant to Local Rule 2016-2(h), and (IV) Granting Related Relief* [Filed: 11/5/19] (Docket No. 406)

Response/Objection Deadline:  November 19, 2019, at 4:00 p.m. (ET).  Extended to December 3, 2019, at 10:00 a.m. (ET) for the United States Trustee.

Responses/Objections Received:  Informal Comments from the United States Trustee.

Related Documents:

i.     Supplemental Declaration of Charity A. Manley in Further Support of the Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of KPMG LLP as Auditor, Tax Compliance Service Provider and Tax Consultant *Nunc Pro Tunc* to the Petition Date; (II) Approving the Terms of the Engagement Letters; (III) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(H) and (IV) Granting Related Relief [Filed: 12/2/19] (Docket No. 523)

    ii.    Certification of Counsel Regarding Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of KPMG LLP as Auditor, Tax Compliance Service Provider, and Tax Consultant *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of the Engagement Letters, (III) Waiving Certain Time Keeping Requirements Pursuant to Local Rule 2016-2(H), and (IV) Granting Related Relief [Filed: 12/2/2019] (Docket No. 524)

<u>Status</u>: On December 2, 2019, the Debtors filed a proposed form of order under certification of counsel resolving the informal comments of the United States Trustee.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

3.    **OCP Motion.**  *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Filed: 11/12/19] (Docket No. 423)

<u>Response/Objection Deadline</u>:  November 19, 2019, at 4:00 p.m. (ET).  Extended to December 2, 2019, at 6:00 p.m. (ET) for the United States Trustee.

<u>Responses/Objections Received</u>:  Informal Comments from the United States Trustee.

<u>Related Documents</u>:

    i.    Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 12/2/2019] (Docket No. 525)

<u>Status</u>: On December 2, 2019, the Debtors filed a proposed form of order under certification of counsel resolving the informal comments of the United States Trustee.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

*[Remainder of page intentionally left blank]*

Dated:  December 3, 2019
Wilmington, Delaware

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:        ljones@pszjlaw.com
              joneill@pszjlaw.com
              tcairns@pszjlaw.com

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*