**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (KG) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF AGENDA ON MATTERS SCHEDULED FOR HEARING ON DECEMBER 19, 2019, AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801**[2]

**I.   CONTINUED MATTERS**

1. **Stay Relief Motion.** *Karina Lopez's Motion for Relief from the Automatic Stay* [Filed: 11/27/19] (Docket No. 506)

   Response/Objection Deadline: January 20, 2020, at 4:00 p.m. (ET).

   Responses/Objections Received: None.

   Related Documents: None.

   Status: Pursuant to an agreement between the Debtors and counsel for the Movant, the hearing on this matter has been continued to January 27, 2020, at 10:00 a.m (ET).

2. **Deloitte Tax Retention.** *Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Services Provider to the Debtors and Debtors in Possession, Effective Nunc Pro Tunc to the Petition Date, (II) Approving the Terms of the Deloitte Tax Agreements, and (III) Granting Related Relief* [Filed: 11/8/19] (Docket No. 416)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928).  The location of the Debtors' service address is:  3880 N. Mission Road, Los Angeles, California 90031.

[2]  Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (888-882-6878) or by facsimile (310-743-1850).

Response/Objection Deadline:  December 12, 2019, at 4:00 p.m. (ET).

Responses/Objections Received:  Informal comments from the United States Trustee and the Creditors' Committee.

Related Documents:  None.

Status:  Pursuant to an agreement between the Debtors and the United States Trustee, the hearing on this matter has been continued to January 3, 2020, at 11:00 a.m (ET).

### III.  MATTERS GOING FORWARD

3.  **Creditor Matrix Motion.**  *Debtors' Motion Seeking Entry of Interim and Final Orders Authorizing the Debtors' to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Redact Certain Personal Identification Information for the Debtors' Employees and European Member Countries' Citizens, and (IV) Granting Related Relief* [Filed: 9/30/19] (Docket No. 8)

Response/Objection Deadline: October 21, 2019, at 4:00 p.m. (ET).  Extended to October 24, 2019, at 7:00 p.m. (ET) for the Creditors' Committee and to December 12, 2019, at 4:00 p.m. (ET) for the United States Trustee.

Responses/Objections Received:

i.  United States Trustee's Objection to the Debtors' Motion Seeking Entry of Final Order Authorizing the Debtors to (I) File A Consolidated List of Creditors in Lieu of Submitting A Separate Mailing Matrix for Each Debtor, (II) File A Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Redact Certain Personal Identification Information for the Debtors' Employees and European Union Member Countries' Citizens, and (IV) Granting Related Relief [Filed: 12/12/19] (Docket No. 555)

Related Documents:

i.  Interim Order Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Redact Certain Personal Identification Information for the Debtors' Employees and European Member Countries' Citizens, and (IV) Granting Related Relief [Filed: 10/1/19] (Docket No. 100)

ii.  Notice of Entry of Interim Order and Final Hearing on Debtors' Motion

        Seeking Entry of Interim and Final Orders Authorizing the Debtors' to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Redact Certain Personal Identification Information for the Debtors' Employees and European Member Countries' Citizens, and (IV) Granting Related Relief [Filed: 10/3/19] (Docket No. 158)

iii.    List of Creditors Matrix (Sealed) [Filed: 11/01/2019] (Docket No. 379)

iv.    Debtors' Reply in Support of the Debtors' Motion Seeking Entry of Interim and Final Orders Authorizing the Debtors' to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Fifty Largest Unsecured Creditors, (III) Redact Certain Personal Identification Information for the Debtors' Employees and European Member Countries' Citizens, and (IV) Granting Related Relief [Filed: 12/6/19] (Docket No. 566)

Status: The parties continue to discuss to try to resolve remaining open issues in advance of the hearing. The hearing on this matter is going forward.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: December 17, 2019<br>Wilmington, Delaware | */s/ James E. O'Neill* |

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
Email:          ljones@pszjlaw.com
                    joneill@pszjlaw.com
                    tcairns@pszjlaw.com

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*