# EXHIBIT 1

**AFFIDAVIT OF DISINTERESTEDNESS AND DISCLOSURE STATEMENT OF DAVID KLAUDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (KG) |
| Debtors. | ) (Jointly Administered) |

## DECLARATION OF DISINTERESTEDNESS BY DAVID KLAUDER

I, David Klauder, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information and belief:

1. I am a Member of the firm of Bielli & Klauder, LLC ("Bielli & Klauder"), which maintains offices at 1204 N. King Street, Wilmington, DE 19801.

2. I submit this Declaration to establish that I am a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) in connection with my appointment as the independent Fee Examiner in the above-captioned chapter 11 cases of Forever 21, Inc., and its affiliated debtors (collectively, the "Debtors").

3. Except as otherwise indicated, I have personal knowledge of the facts set forth herein.

4. With respect to my "disinterestedness" under Section 101(14) of the Bankruptcy Code, I provide the following information:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

(a) Neither Bielli & Klauder nor I is, or has been, during the pendency of these chapter 11 cases, a creditor, equity security holder or insider of any of the Debtors.

(b) Neither any professional at Bielli & Klauder nor I is, and has not been, a director, officer or employee of any of the Debtors.

(c) Neither Bielli & Klauder nor I has an interest materially adverse to the interests of these bankruptcy estates or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with or interest in any of the Debtors, or for any other reason.

(d) Neither any professional at Bielli & Klauder nor I is a relative of any Bankruptcy Judge of the United States Bankruptcy Court for the District of Delaware, the United States Trustee (Region 3) or any person employed by the United States Trustee (Region 3).

(e) Neither Bielli & Klauder nor I represent or has represented in the past any of the Debtors or any of their affiliates.

(f) Except as indicated on Schedule I, neither Bielli & Klauder nor I represent or has represented in the past any party in interest in connection with the Debtors or their chapter 11 cases.

(g) Except as indicated on Schedule I, neither Bielli & Klauder nor I has any connection with any of the creditors or other parties in interest or their respective attorneys, financial consultants, and accountants that are included on the list of parties in interest provided by the Debtors' counsel except (i) we have in the past, currently, and may in the future, represent some of such entities in connection with matters unrelated to the Debtors or their chapter 11 cases, (ii) may hire the financial consultants or accountants included on the list as experts or consultants on behalf of one of our clients, or (iii) may represent a client in a matter in which such entities represent an adverse party or serve as an expert or consultant for an adverse party. Bielli & Klauder has not represented such entities or any other entities in connection with the Debtors or their chapter 11 cases and, if I am appointed the Fee Examiner, will not represent any other entity in connection with the Debtors or their chapter 11 cases.

2

5. As required by Section 504 of the Bankruptcy Code, I will not share any compensation or reimbursement received in connection with these chapter 11 cases with another person.

6. If I discover any facts bearing on the matters described herein, I will supplement the information contained in this Declaration.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: December 18, 2019
Wilmington, Delaware

**Bielli & Klauder, LLC**

David M. Klauder

## Schedule I

**Parties (or affiliates thereof) who are current or past clients of Bielli & Klauder, LLC, or with whom Bielli & Klauder, LLC has a connection in matters unrelated to the Debtors or their chapter 11 cases:**

| Name of Entity | Relationship to Debtors | Relationship to [Firm] |
|---|---|---|
| NONE | | |
| | | |
| | | |