**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| Allied Development of Alabama, LLC, | ) Adv. Proc. No. 19-50897 (KG) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Forever 21, Inc., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF AGENDA ON MATTERS SCHEDULED FOR HEARING ON JANUARY 3, 2020, AT 11:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]**

**I.    CONTINUED MATTER**

1. **Stay Relief Motion.** *Karina Lopez's Motion for Relief from the Automatic Stay* [Filed: 11/27/19] (Docket No. 506)

    Response/Objection Deadline:  January 20, 2020, at 4:00 p.m. (ET).

    Responses/Objections Received:  None.

    Related Documents:  None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928).  The location of the Debtors' service address is:  3880 N. Mission Road, Los Angeles, California 90031.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (888-882-6878) or by facsimile (310-743-1850).

Status: Pursuant to an agreement between the Debtors and counsel for the movant, the hearing on this matter has been continued to January 27, 2020, at 10:00 a.m. (ET).

## II. RESOLVED MATTER

2. **Connor Group Retention.** *Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Connor Group Global Services, LLC as Accounting Services Provider to the Debtors and Debtors in Possession, Effective* Nunc Pro Tunc *to the Petition Date, (II) Approving the Terms of Connor Group Agreements, and (III) Granting Related Relief* [Filed: 12/9/19] (Docket No. 543)

    Response/Objection Deadline: December 23, 2019, at 4:00 p.m. (ET).

    Responses/Objections Received: Informal comments received from the United States Trustee.

    Related Documents:

    i. Certification of Counsel Regarding Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Connor Group Global Services, LLC as Accounting Services Provider to the Debtors and Debtors in Possession, Effective *Nunc Pro Tunc* to the Petition Date, (II) Approving the Terms of Connor Group Agreements, and (III) Granting Related Relief [Filed: 12/27/19] (Docket No. 633)

    ii. [Signed] Order (I) Authorizing The Employment And Retention Of Connor Group Global Services, LLC As Accounting Services Provider To The Debtors And Debtors In Possession, Effective *Nunc Pro Tunc* To The Petition Date, (II) Approving The Terms Of Connor Group Agreements, As Modified By This Order, And (III) Granting Related Relief [Filed: 12/30/19] (Docket No. 635)

    Status: The order has been entered on this matter. No hearing is necessary.

## III. MATTER FILED UNDER CERTIFICATION

3. **Vendor Cap Motion.** *Debtors' Motion for Entry of an Order (I) Increasing the Critical and Foreign Vendor Caps, (II) Decreasing the 503(b)(9) Claimants Cap, and (III) Granting Related Relief* [Filed: 12/13/19] (Docket No. 565)

    Response/Objection Deadline: December 27, 2019, at 4:00 p.m. (ET).

    Responses/Objections Received: None.

Related Documents:

i. Certification of No Objection Regarding Debtors' Motion for Entry of an Order (I) Increasing the Critical and Foreign Vendor Caps, (II) Decreasing the 503(b)(9) Claimants Cap, and (III) Granting Related Relief [To Be Filed]

Status: The Debtors intend to file a proposed form of order under certification of no objection. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

### III. MATTERS GOING FORWARD

4. **Deloitte Tax Retention.** *Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Services Provider to the Debtors and Debtors in Possession, Effective* Nunc Pro Tunc *to the Petition Date, (II) Approving the Terms of the Deloitte Tax Agreements, and (III) Granting Related Relief* [Filed: 11/8/19] (Docket No. 416)

   Response/Objection Deadline: December 12, 2019, at 4:00 p.m. (ET).

   Responses/Objections Received: Informal comments from the United States Trustee.

   Related Documents: None at this time.

   Status: The parties continue discussions to try to resolve remaining open issues in advance of the hearing. The hearing on this matter is going forward.

5. **DIP Amendment Motion.** *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the Amendments to the DIP Agreements and (II) Granting Related Relief* [Filed: 12/16/19] (Docket No. 569)

   Response/Objection Deadline: December 30, 2019, at 4:00 p.m. (ET).

   Responses/Objections Received: Informal comments from the Creditors' Committee and the DIP Lenders.

   Related Documents:

   i. Notice of Revised DIP Amendment [Filed: 12/20/19] (Docket No. 610)

   Status: The objection deadline has not yet passed. Accordingly, a hearing will need to be held to the extent there are objections that are filed that remain unresolved.

## IV. PRETRIAL CONFERENCE

6. **Pretrial Conference re:** Adv. Proc. Case No. 19-50897, *Allied Development of Alabama, LLC vs. Forever 21, Inc., et al.*

    Response/Objection Deadline: December 26, 2019.

    Responses/Objections Received:

    i. Debtors' Motion to Dismiss the Complaint [Filed: 12/26/19] (Adv. Docket No. 4)

    ii. Opening Brief of Defendants Forever 21, Inc., *et al.*, in Support of Their Motion to Dismiss the Complaint [Filed: 12/26/19] (Adv. Docket No. 5)

    iii. Jatin Malhotra's Joinder to the Debtors' Motion to Dismiss the Complaint [Filed: 12/26/19] (Adv. Docket No. 6)

    Related Documents:

    i. Adversary Complaint for Damages, Declaratory Relief, and Related Relief [Filed: 11/22/19] (Adv. Docket No. 1)

    ii. Summons and Notice of Pretrial Conference [Filed: 11/26/19] (Adv. Docket No. 3)

    Status: The pretrial conference on this matter is going forward.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated:  December 30, 2019<br>Wilmington, Delaware | */s/ Timothy P. Cairns*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Timothy P. Cairns (DE Bar No. 4228)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:          ljones@pszjlaw.com<br>                    joneill@pszjlaw.com<br>                    tcairns@pszjlaw.com<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>-and-<br><br>Anup Sathy, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |