# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOREVER 21, INC., *et al.*,[1] | ) | Case No. 19-12122 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On December 23, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- First Monthly Fee Application of Lazard Frères & Co. LLC for Allowance of Compensation and Reimbursement of Expenses Incurred as Investment Banker to the Debtors and Debtors in Possession for the Period from September 29, 2019 to and Including November 30, 2019 [Docket No. 621]

- Revised Monthly Staffing Report by Six Sigma Academy International, LLC for the Period of September 30, 2019 through October 31, 2019. Objections Due by January 6, 2020 at 4:00 p.m. (ET) [Docket No. 622]

- Monthly Staffing Report by Six Sigma Academy International, LLC for the Period of November 1, 2019 through November 30, 2019. Objections Due by January 6, 2020 at 4:00 p.m. (ET) [Docket No. 623]

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

Dated: December 30, 2019

*Nicholas Vass* (signature)
Nicholas Vass

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 30, 2019, by Nicholas Vass, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Herbert Baer* (signature)

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO SONY INTERACTIVE ENTERTAINMENT AMERICA LLC | A.Y. STRAUSS LLC | ATTN: HEIKE M. VOGEL, ESQ. AND ERIC H. HORN, ESQ. 101 EISENHOWER PARKWAY, STE 412 ROSELAND NJ 07068 | hvogel@aystrauss.com ehorn@aystrauss.com | First Class Mail and Email |
| COUNSEL TO COMENITY CAPITAL BANK | BAILEY CAVALIERI LLC | ATTN: MATTHEW T. SCHAEFFER 10 WEST BROAD STREET SUITE 2100 COLUMBUS OH 43215 | mschaeffer@baileycav.com | First Class Mail and Email |
| COUNSEL TO COMENITY CAPITAL BANK | BAILEY CAVALIERI LLC | ATTN: ROBERT B. BERNER 1250 KETTERING TOWER DAYTON OH 45423 | rberner@baileycav.com | First Class Mail and Email |
| COUNSEL TO ACADIA REALTY LIMITED PARTNERSHIP, CENTERCAL PROPERTIES, LLC, KRE BROADWAY MALL OWNER, LLC, MEMORIAL CITY MALL LP, MONTEBELLO TOWN CENTER INVESTORS LLC, STARWOOD RETAIL PARTNERS LLC, PGIM REAL ESTATE, RETAIL PROPERTIES OF AMERICA, INC., THE FORBES COMPANY, LLC, THE MACERICH COMPANY, TRADEMARK PROPERTY COMPANY, WHITE PLAINS GALLERIA LIMITED PARTNERSHIP, YTC MALL OWNER, LLC, CENTENNIAL REAL ESTATE COMPANY, LLC, CRVI, DIMOND CENTER HOLDING, LLC, AND METROPOLIS LIFESTYLE CENTER, LLC | BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH, NAHAL ZARNIGHIAN 2029 CENTURY PARK EAST SUITE 800 LOS ANGELES CA 90067-2909 | branchd@ballardspahr.com zarnighiann@ballardspahr.com | First Class Mail and Email |
| COUNSEL TO FEDERAL REALTY INVESTMENT TRUST, UBS REALTY INVESTORS LLC, URBAN EDGE PROPERTIES, ACADIA REALTY LIMITED PARTNERSHIP, CENTERCAL PROPERTIES, LLC, KRE BROADWAY MALL OWNER, LLC, MEMORIAL CITY MALL LP, MONTEBELLO TOWN CENTER INVESTORS LLC, STARWOOD RETAIL PARTNERS LLC, PGIM REAL ESTATE, RETAIL PROPERTIES OF AMERICA, INC., THE FORBES COMPANY, LLC, THE MACERICH COMPANY, TRADEMARK PROPERTY COMPANY, WHITE PLAINS GALLERIA LIMITED PARTNERSHIP, YTC MALL OWNER, LLC, AND NORTH LOOP SHOPPING CENTER, L.P., GALLERIA MALL INVESTORS LP, CENTENNIAL REAL ESTATE COMPANY, LLC, CRVI, DIMOND CENTER HOLDING, LLC, AND METROPOLIS LIFESTYLE CENTER, LLC | BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, LAUREL D. ROGLEN 919 N. MARKET STREET 11TH FLOOR WILMINGTON DE 19801-3034 | heilmanl@ballardspahr.com roglenl@ballardspahr.com | First Class Mail and Email |
| COUNSEL TO WESTFIELD (URW), LLC, WESTFIELD, LLC AND BROOKS SHOPPING CENTERS, LLC | BARCLAY DAMON LLP | ATTN: NICLAS A. FERLAND, ILAN MARKUS 545 LONG WHARF DRIVE 9TH FLOOR NEW HAVEN CT 06511 | NFerland@barclaydamon.com imarkus@barclaydamon.com | First Class Mail and Email |
| FEE EXAMINER | BIELLI & KLAUDER, LLC | ATTN: DAVID KLAUDER, ESQ. 1204 N KING STREET WILMINGTON DE 19801 | dklauder@bk-legal.com | First Class Mail and Email |
| CHATHAM COUNTY TAX COMMISSIONER | CHATHAM COUNTY TAX COMMISSIONER | ATTN: THERESA C. HARRELSON PO BOX 8324 SAVANNAH GA 31412-8324 | | First Class Mail |
| INTERESTED PARTY | CIT GROUP INC. | ATTN: ROBERT FRANKLIN 201 S. TRYON STREET CHARLOTTE NC 28202 | robert.franklin@cit.com | First Class Mail and Email |
| COUNSEL TO OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES (UCTS), DEPARTMENT OF LABOR AND INDUSTRY, COMMONWEALTH OF PENNSYLVANIA | COMMONWEALTH OF PENNSLYVANIA DEPARTMENT OF LABOR | ATTN: DEB SECREST COLLECTIONS SUPPORT UNIT 651 BOAS ST, ROOM 925 HARRISBURG PA 17121 | RA-LI-UCTS-BANRUPT@STATE.PA.US | First Class Mail and Email |
| ATTORNEY GENERAL | COMMONWEALTH OF PUERTO RICO | ATTN: BANKRUPTCY DEPT APARTADO 9020192 SAN JUAN PR 00902-0192 | | First Class Mail |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON 820 N FRENCH ST WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | First Class Mail and Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | First Class Mail and Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | STATETREASURER@STATE.DE.US | First Class Mail and Email |
| COUNSEL TO EASTVIEW MALL, LLC AND GREECE RIDGE, LLC | DONALD C. COWAN, JR. | 1265 SCOTTSVILLE ROAD<br>ROCHESTER NY 14624 | | First Class Mail |
| COUNSEL TO ORACLE AMERICA, INC. | DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI<br>1979 MARCUS AVENUE<br>SUITE 210E<br>LAKE SUCCESS NY 11042 | amish@doshilegal.com | First Class Mail and Email |
| COUNSEL TO NORTHWOOD PL HOLDINGS LP AND ARAMARK SERVICES, LLP | DUANE MORRIS LLP | ATTN: JARRET P. HITCHINGS<br>222 DELAWARE AVENUE, SUITE 1600<br>WILMINGTON DE 19801-1659 | jphitchings@duanemorris.com | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 3 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPT<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103-2029 | | First Class Mail |
| COUNSEL TO CERTAIN OF THE LANDLORDS | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ATTN: BRAD ERIC SHELER AND JENNIFER L. RODBURG<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004 | brad.scheler@friedfrank.com<br>jennifer.rodburg@friedfrank.com | First Class Mail and Email |
| COUNSEL FOR I. REISS & CO. | GIBBONS P.C. | ATTN: MARK CONLAN, ESQ.<br>ONE GATEWAY CENTER<br>NEWWARK NJ 07102-5310 | | First Class Mail |
| COUNSEL TO GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | ATTN: JEFFREY A. KRIEGER<br>1900 AVENUE OF THE STARS, STE. 2100<br>LOS ANGELES CA 90067 | JKrieger@GreenbergGlusker.com | First Class Mail and Email |
| INTERESTED PARTY | HAHN & HESSEN LLP | ATTN: ROSANNE T. MATZAT<br>488 MADISON AVENUE<br>NEW YORK NY 10022 | RMatzat@hahnhessen.com | First Class Mail and Email |
| IBM CREDIT LLC | IBM CREDIT LLC | ATTN: PAUL WEARING<br>SPECIAL HANDLING GROUP<br>7100 HIGHLANDS PKWY<br>SMYRNA GA 30082 | cgoulart@br.ibm.com | First Class Mail and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| FIRST PRIORITY REPRESENTATIVE FOR AND ON BEHALF OF THE FIRST PRIORITY SECURED PARTIES | JPMORGAN CHASE BANK, N.A. | ATTN: ABL ACCOUNT EXECUTIVE<br>3 PARK PLAZA, SUITE 900<br>IRVINE CA 92614 | | First Class Mail |
| COUNSEL TO TC LENDING, LLC | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KERRI K. MUMFORD, JENNIFER L. CREE<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | landis@lrclaw.com<br>mumford@lrclaw.com<br>cree@lrclaw.com | First Class Mail and Email |
| COUNSEL TO TAUBMAN LANDLORDS, WESTFIELD, LLC AND BROOKS SHOPPING CENTERS, LLC | LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN<br>919 N. MARKET STREET<br>SUITE 460<br>WILMINGTON DE 19801 | skaufman@skaufmanlaw.com | First Class Mail and Email |
| COUNSEL TO NORTHWOOD PL HOLDINGS LP | LAW OFFICES OF KEVIN S. NEIMAN, PC | ATTN: KEVIN S. NEIMAN<br>999 18TH STREET, SUITE 1230 S<br>DENVER CO 80202 | kevin@ksnpc.com | First Class Mail and Email |
| COUNSEL TO COMCO, LLC AND 568 BROADWAY PROPERTY, LLC | LAZARUS & LAZARUS, P.C. | ATTN: HARLAN M. LAZARUS, ESQ<br>240 MADISON AVENUE<br>NEW YORK NY 10016 | hlazarus@lazarusandlazarus.com | First Class Mail and Email |
| COUNSEL TO NUECES COUNTY HIDALGO COUNTY CITY OF MCALLEN MCLENNAN COUNTY SAN MARCOS CISD | LINEBARGER GOGGAN BLAIR & SAMPSON | ATTN: DIANE W. SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | austin.bankruptcy@publicans.com | First Class Mail and Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO FORD MOTOR CREDIT COMPANY | MCCABE, WEISBERG & CONWAY, LLC | ATTN: JANET Z. CHARLTON, ESQUIRE & MICHAEL K. PAK, ESQUIRE<br>1407 FOULK ROAD, SUITE 204<br>FOULKSTONE PLAZA<br>WILMINGTON DE 19803 | jcharlton@mwc-law.com | First Class Mail and Email |
| COUNSEL TO THE DIP ABL ADMINISTRATIVE AGENT, AND JPMORGAN CHASE BANK, N.A., FIRST PRIORITY REPRESENTATIVE FOR AND ON BEHALF OF THE FIRST PRIORITY SECURED PARTIES | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JULIA FROST-DAVIES & CHRISTOPHER L. CARTER<br>ONE FEDERAL STREET<br>BOSTON MA 02110 | Julia.frost-davies@morganlewis.com<br>christopher.carter@morganlewis.com | First Class Mail and Email |
| COUNSEL TO CERTAIN MAJORITY EQUITY HOLDERS FOR DEBTOR FOREVER 21, INC. | MUNGER, TOLLES & OLSON LLP | ATTN: THOMAS B. WALPER<br>350 SOUTH GRAND AVENUE, 50TH FLOOR<br>LOS ANGELES CA 90071 | thomas.walper@mto.com | First Class Mail and Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | | First Class Mail |
| ATTORNEY GENERAL | OFFICE OF THE ATTORNEY GENERAL GUAM | ATTN: BANKRUPTCY DEPT<br>590 S. MARINE CORPS DR., SUITE 901<br>TAMUNING GU 96913 | | First Class Mail |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN<br>844 KING STREET, STE 2207<br>LOCKBOX 35<br>WILMINGTON DE 19801 | juliet.m.sarkessian@usdoj.gov | First Class Mail and Email |
| DEBTORS CANADIAN COUNSEL | OSLER, HOSKIN & HARCOURT LLP | ATTN: TRACY SANDLER, KARIN SACHAR, DAVID ROSENBLAT<br>100 KING STREET WEST<br>1 FIRST CANADIAN PLACE, SUITE 6200, P.O. BOX 50<br>TORONTO ON M5X 1B8 CANADA | tsandler@osler.com<br>ksachar@osler.com<br>drosenblat@osler.com | First Class Mail and Email |
| COUNSEL TO BOHANNON DEVELOPMENT COMPANY | PAHL & McCAY | ATTN: CATHERINE SCHOLMANN ROBERTSON<br>225 WEST SANTA CLARA STREET<br>SUITE 1500<br>SAN JOSE CA 95113 | crobertson@pahl-mccay.com | First Class Mail and Email |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC | PEPPER HAMILTON LLP | ATTN: DOUGLAS D. HERRMANN AND MARCY J. MCLAUGHLIN<br>HERCULES PLAZA<br>SUITE 5100<br>WILMINGTON DE 19899-1709 | herrmannd@pepperlaw.com<br>mclaughlinm@pepperlaw.com | First Class Mail and Email |
| COUNSEL TO MAVERICK COUNTY | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: CARLOS ARCE<br>613 NW LOOP 410<br>SUITE 550<br>SAN ANTONIO TX 78216 | carce@pbfcm.com | First Class Mail and Email |
| COUNSEL TO CITY OF MERCEDES | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: JOHN T. BANKS<br>3301 NORTHLAND DRIVE<br>SUITE 505<br>AUSTIN TX 78731 | jbanks@pbfcm.com | First Class Mail and Email |
| COUNSEL TO JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT | RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, DAVID T. QUEROLI<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | collins@rlf.com<br>queroli@rlf.com | First Class Mail and Email |
| COUNSEL TO GREATER LAKESIDE CORPORATION AND NORTH RIVERSIDE PARK ASSOCIATES LLC | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. | ATTN: FRED B. RINGEL<br>875 THIRD AVENUE, 9TH FLOOR<br>NEW YORK NY 10022 | fbr@robinsonbrog.com | First Class Mail and Email |
| COUNSEL TO THE DIP TERM LOAN ADMINISTRATIVE AGENT AND TC LENDING, LLC | SCHULTE ROTH & ZABEL LLP | ATTN: ADAM C. HARRIS, FREDERIC L. RAGUCCI, MARC B. FRIESS, AND G. SCOTT LEONARD<br>919 THIRD AVENUE<br>NEW YORK NY 10022 | Adam.Harris@srz.com<br>Frederic.Ragucci@srz.com<br>Marc.Friess@srz.com<br>gregory.leonard@srz.com | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| COUNSEL TO SIMON PROPERTY GROUP, L.P. | SIMON PROPERTY GROUP | ATTN: STEVEN E. FIVEL, GENERAL COUNSEL AND RONALD M. TUCKER<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204-3438 | sfivel@simon.com<br>rtucker@simon.com | First Class Mail and Email |
| ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. BOX 110300<br>JUNEAU AK 99811-0300 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>55 ELM ST.<br>HARTFORD CT 06106 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | | First Class Mail |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA  KS 66612-1597 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT  KY 40601 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON  MA 02108-1698 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>33 CAPITOL ST.<br>CONCORD NH 03301-0000 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, P.O. BOX 080<br>TRENTON NJ 08625-0080 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>THE CAPITOL<br>ALBANY  NY 12224-0341 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | | First Class Mail |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1162 COURT STREET NE<br>SALEM OR 97301 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>900 EAST MAIN STREET<br>RICHMOND VA 23219 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857<br>MADISON WI 53707-7857 | | First Class Mail |
| COUNSEL TO SONY INTERACTIVE ENTERTAINMENT AMERICA LLC | SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ.<br>901 NORTH MARKET STREET<br>SUITE 1300<br>WILMINGTON DE 19801 | | First Class Mail |
| COUNSEL TO COMENITY CAPITAL BANK | THE ROSNER LAW GROUP LLC | ATTN: FREDERICK B. ROSNER, SCOTT J. LEONHARDT<br>824 N. MARKET STREET<br>WILMINGTON DE 19801 | rosner@teamrosner.com<br>leonhardt@teamrosner.com | First Class Mail and Email |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | First Class Mail and Email |

In re: Forever 21, Inc., et al.
Case No. 19-12122 (KG)

Page 6 of 7

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | | First Class Mail |
| COUNSEL TO COMCO, LLC AND 568 BROADWAY PROPERTY, LLC | WOMBLE BOND DICKINSON (US) LLP | ATTN: KEVIN J MANGAN & S. ALEXANDER FARIS<br>1313 NORTH MARKET STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | Kevin.Mangan@wbd-us.com<br>Alexander.Faris@wbd-us.com | First Class Mail and Email |