**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Forever 21, Inc., *et al.*,[1] | ) Case No. 19-12122 (KG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket Nos. 401 and 477** |

**SUPPLEMENTAL DECLARATION OF JOSEPH A. MALFITANO IN SUPPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR ENTRY OF ORDER, PURSUANT TO SECTIONS 328(a) AND 1103 OF THE BANKRUPTCY CODE, AUTHORIZING THE EMPLOYMENT AND RETENTION OF MALFITANO ADVISORS, LLC AS THE COMMITTEE'S ASSET DISPOSITION CONSULTANT *NUNC PRO TUNC* TO OCTOBER 24, 2019**

I, Joseph A. Malfitano, hereby declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Founder and Managing Member of Malfitano Advisors, LLC ("**M-Advisors**").

2. I am duly authorized to make and submit this supplemental declaration (this "**Supplemental Declaration**") on behalf of M-Advisors in support of the *Official Committee of Unsecured Creditors' Application for Entry of Order, Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Authorizing the Employment and Retention of Malfitano Advisors, LLC as the Committee's Asset Disposition Consultant Nunc Pro Tunc to October 24, 2019*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

(the "**Application**").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3.  On November 5, 2019, the Official Committee of Unsecured Creditors (the "**Committee**") filed the Application.  In connection therewith, I submitted a declaration in support of the Application, which was attached to the Application as Exhibit A ("**Original Declaration**").

## SUPPLEMENTAL DISCLOSURE

4.  Subsequent to the filing the Original Declaration, certain additional parties in interest were brought to our attention that require additional disclosures.

5.  In matters unrelated to the Debtors, an affiliate of M-Advisors has provided legal services to Great American Group, LLC ("**GA**") and Tiger Capital Group, LLC ("**Tiger**").  GA and Tiger were recently disclosed to be part of the joint venture serving as agent to the Debtors in connection with the initial store closing event sale.  No legal services have been performed for GA or Tiger in the last twelve (12) months.

6.  In matters unrelated to the Debtors, M-Advisors was previously engaged by Quinn Emanuel Urquhart & Sullivan, LLP as an expert on behalf of Great American Group Advisory & Valuation Services, LLC ("**GA Valuation**").  Upon information and belief, GA Valuation is related to GA.

7.  I understand that the Debtors intend to file a motion to file under seal the identities of certain transaction counterparties to the Debtors' ongoing sale and exit financing process (the "**Transaction Counterparties**").  The identities of the Transaction Counterparties

---

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

-3-

are confidential. In matters unrelated to the Debtors, an affiliate of M-Advisors has provided legal services to one of the Transaction Counterparties.

8. To the best of my knowledge, M-Advisors is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 24, 2020

                    MALFITANO ADVISORS, LLC

                    */s/ Joseph A. Malfitano*
                    Joseph A. Malfitano
                    Founder & Managing Member

36483895.1 01/24/2020