**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FOREVER 21, INC., *et al.*, | ) ) ) | Case No. 19-12122 (KG) |
| Debtors. | ) ) | Jointly Administered |

## CERTIFICATE OF SERVICE

    I, Lucian B. Murley, hereby certify that on January 24, 2020, a copy of the foregoing *Supplemental Declaration of Joseph A. Malfitano in Support of the Official Committee of Unsecured Creditors' Application for Entry of Order, Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, Authorizing the Employment and Retention of Malfitano Advisors, LLC as the Committee's Asset Disposition Consultant Nunc Pro Tunc to October 24, 2019* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case who consented to electronic service and I caused a copy of the document to be served via First Class Mail on the parties on the attached service list.

                                          **SAUL EWING ARNSTEIN & LEHR LLP**

                                          By: */s/ Lucian B. Murley*
                                               Lucian B. Murley (DE Bar No. 4892)
                                               1201 N. Market Street, Suite 2300
                                             P. O. Box 1266
                                             Wilmington, DE 19899
                                             (302) 421-6898

Dated:  January 24, 2020

## FOREVER 21, INC.
### Service List

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Juliet M. Sarkessian, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esquire
David T. Queroli, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Douglas D. Herrmann, Esquire
Marcy J. McLaughlin, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
Wilmington, DE 19899-1709

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Jennifer L. Cree, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

Susan E. Kaufman, Esquire
Law Office Of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801

Frederick B. Rosner, Esquire
Scott J. Leonhardt, Esquire
The Rosner Law Group LLC
824 N. Market Street
Wilmington, DE 19801

Jarret P. Hitchings, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

Kevin J. Mangan, Esquire
S. Alexander Faris, Esquire
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801

William A. Hazeltine, Esquire
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801

Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Anup Sathy, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Joshua A. Sussberg, P.C.
Aparna Yenamandra, Esquire
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Forever 21, Inc.
Attn: Scott Hampton
3880 N. Mission Road
Los Angeles, CA 90031

36483895.1 01/24/2020

-2-

Tracy Sandler, Esquire
Osler, Hoskin & Harcourt LLP
100 King Street West
1 First Canadian Place, Suite 6200
P.O. Box 50
Toronto  ON M5X 1B8
Canada

Julia Frost-Davies, Esquire
Christopher L. Carter, Esquire
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110

Ronald M. Tucker, Esquire
Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-3438

Dustin P. Branch, Esquire
Nahal Zarnighian, Esquire
Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909

Matthew T. Schaeffer, Esquire
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, OH 43215

Robert B. Berner, Esquire
Bailey Cavalieri LLC
1250 Kettering Tower
Dayton, OH 45423

John T. Banks, Esquire
Perdue, Brandon, Fielder, Collins
  Mott, L.L.P.
3301 Northland Drive, Suite 505
Austin, TX 78731

Adam C. Harris, Esquire
G. Scott Leonard, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Carlos Arce, Esquire
Perdue, Brandon, Fielder, Collins
  & Mott, L.L.P.
613 NW Loop 410, Suite 550
San Antonio, TX 78216

Kate P. Foley, Esquire
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581

Paul W. Carey, Esquire
Mirick, O'Connell, DeMallie
  & Lougee, LLP
100 Front Street
Worcester, MA 01608

Diane W. Sanders, Esquire
Linebarger Goggan Blair & Sampson
PO Box 17428
Austin, TX 78760-7428

Steven J. Barkin, Esquire
Law Offices of Steven J. Barkin
3700 Wilshire Boulevard, Suite 950
Los Angeles, CA 90010

Kevin S. Neiman, Esquire
Law Offices Of Kevin S. Neiman, PC
999 18th Street, Suite 1230 S
Denver, CO 80202

Donald C. Cowan, Jr., Esquire
1265 Scottsville Road
Rochester, NY 14624

Jeffrey A. Krieger, Esquire
Greenberg Glusker Fields Claman
  & Machtinger LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067

Fred B. Ringel, Esquire
Robinson Brog Leinwand Greene
  Genovese & Gluck P.C.
875 Third Avenue, 9th Floor
New York, NY 10022

-3-

Paul Wearing
Special Handling Group
IBM Credit LLC
7100 Highlands Pkwy
Smyrna, GA 30082

Janet Z. Charlton, Esquire
Michael K. Pak, Esquire
McCabe, Weisberg & Conway, LLC
1407 Foulk Road, Suite 204
Foulkstone Plaza
Wilmington, DE 19803

Chatham County Tax Commissioner
Attn: Theresa C. Harrelson
Post Office Box 8324
Savannah, GA 31412-8324

Amish R. Doshi, Esquire
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042

Catherine Schlomann Robertson, Esquire
Pahl & McCay
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113

Harlan M. Lazarus, Esquire
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York, NY 10016

Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas street, Room 925
Harrisburg, PA 17121

Elizabeth B. Rose, Esquire
Kimberly B. Reeves, Esquire
Caiola & Rose, LLC
125 Clairemont Avenue, Suite 240
Decatur, GA 30030

Heike M. Vogel, Esquire
Eric H. Horn, Esquire
A.Y. Strauss LLC
101 Eisenhower Parkway, Suite 412
Roseland, NJ 07068

IBM Corporation
Attn: Cristina Goulart
Av. Pasteur 146 & 138
Rio de Janeiro, RJ, 22290-240
Brazil

-3-