# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | ) ) ) | Case No. 19-12122 (KG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, James Mapplethorpe, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 22, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Certificate of No Objection (No Order Required) Regarding Second Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from November 1, 2019 through November 30, 2019 (Related Document: 644) [Docket No. 755]

- First Monthly Fee Application of Expenses of Connor Group Global Services, LLC, Technical Accounting Consultant and Advisor to the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred During the period from October 1, 2019 to October 31, 2019 [Docket No. 761]

Dated: January 27, 2020

/s/ James Mapplethorpe

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 27, 2020, by James Mapplethorpe, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20__

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

SRF 39218

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO SONY INTERACTIVE ENTERTAINMENT AMERICA LLC | A.Y. STRAUSS LLC | ATTN: HEIKE M. VOGEL, ESQ. AND ERIC H. HORN, ESQ. 101 EISENHOWER PARKWAY, STE 412 ROSELAND NJ 07068 | hvogel@aystrauss.com ehorn@aystrauss.com | First Class Mail and Email |
| COUNSEL TO AMBIANCE USA., INC dba AMBIANCE APPAREL AND BLUE DOT USA INC dba WAX JEAN | AUSTRIA LEGAL, LLC | ATTN: MATTHEW P. AUSTRIA 1007 N. ORANGE STREET 4TH FLOOR WILMINGTON DE 19801 | maustria@austriallc.com | Email |
| COUNSEL TO COMENITY CAPITAL BANK | BAILEY CAVALIERI LLC | ATTN: MATTHEW T. SCHAEFFER 10 WEST BROAD STREET SUITE 2100 COLUMBUS OH 43215 | mschaeffer@baileycav.com | First Class Mail and Email |
| COUNSEL TO COMENITY CAPITAL BANK | BAILEY CAVALIERI LLC | ATTN: ROBERT B. BERNER 1250 KETTERING TOWER DAYTON OH 45423 | rberner@baileycav.com | First Class Mail and Email |
| COUNSEL TO ACADIA REALTY LIMITED PARTNERSHIP, CENTERCAL PROPERTIES, LLC, KRE BROADWAY MALL OWNER, LLC, MEMORIAL CITY MALL LP, MONTEBELLO TOWN CENTER INVESTORS LLC, STARWOOD RETAIL PARTNERS LLC, PGIM REAL ESTATE, RETAIL PROPERTIES OF AMERICA, INC., THE FORBES COMPANY, LLC, THE MACERICH COMPANY, TRADEMARK PROPERTY COMPANY, WHITE PLAINS GALLERIA LIMITED PARTNERSHIP, YTC MALL OWNER, LLC, CENTENNIAL REAL ESTATE COMPANY, LLC, CRVI, DIMOND CENTER HOLDING, LLC, AND METROPOLIS LIFESTYLE CENTER, LLC | BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH, NAHAL ZARNIGHIAN 2029 CENTURY PARK EAST SUITE 800 LOS ANGELES CA 90067-2909 | branchd@ballardspahr.com zarnighiann@ballardspahr.com | First Class Mail and Email |
| COUNSEL TO FEDERAL REALTY INVESTMENT TRUST, UBS REALTY INVESTORS LLC, URBAN EDGE PROPERTIES, ACADIA REALTY LIMITED PARTNERSHIP, CENTERCAL PROPERTIES, LLC, KRE BROADWAY MALL OWNER, LLC, MEMORIAL CITY MALL LP, MONTEBELLO TOWN CENTER INVESTORS LLC, STARWOOD RETAIL PARTNERS LLC, PGIM REAL ESTATE, RETAIL PROPERTIES OF AMERICA, INC., THE FORBES COMPANY, LLC, THE MACERICH COMPANY, TRADEMARK PROPERTY COMPANY, WHITE PLAINS GALLERIA LIMITED PARTNERSHIP, YTC MALL OWNER, LLC, AND NORTH LOOP SHOPPING CENTER, L.P., GALLERIA MALL INVESTORS LP, CENTENNIAL REAL ESTATE COMPANY, LLC, CRVI, DIMOND CENTER HOLDING, LLC, AND METROPOLIS LIFESTYLE CENTER, LLC | BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, LAUREL D. ROGLEN 919 N. MARKET STREET 11TH FLOOR WILMINGTON DE 19801-3034 | heilmanl@ballardspahr.com roglenl@ballardspahr.com | First Class Mail and Email |
| COUNSEL TO PORSCHE LEASING LTD | BALLARD SPAHR LLP | ATTN: MATTHEW G. SUMMERS, ESQ & CHANTELLE D. MCCLAMB, ESQ 919 N. MARKET STREET 11TH FLOOR WILMINGTON DE 19801 | summersm@ballardspahr.com mcclambc@ballardspahr.com | Email |
| COUNSEL TO BLOOMFIELD HOLDINGS, LLC AND PYRAMID MANAGEMENT GROUP, LLC | BARCLAY DAMON LLP | ATTN: KEVIN M. NEWMAN BARCLAY DAMON TOWER 125 EAST JEFFERSON STREET SYRACUSE NY 13202 | knewman@barclaydamon.com | Email |
| COUNSEL TO WESTFIELD (URW), LLC, WESTFIELD, LLC AND BROOKS SHOPPING CENTERS, LLC | BARCLAY DAMON LLP | ATTN: NICLAS A. FERLAND, ILAN MARKUS 545 LONG WHARF DRIVE 9TH FLOOR NEW HAVEN CT 06511 | NFerland@barclaydamon.com imarkus@barclaydamon.com | First Class Mail and Email |
| COUNSEL TO CRS DENIM GARMENTS SAE | BARTON LLP | ATTN: ERIC W. SLEEPER, ESQ 711 THIRD AVE 14TH FLOOR NEW YORK NY 10017 | esleeper@bartonesq.com | Email |
| COUNSEL FOR DIVISIONS, INC. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: ELLIOT M. SMITH 200 PUBLIC SQUARE SUITE 2300 CLEVELAND OH 44114 | esmith@beneschlaw.com | Email |
| COUNSEL FOR DIVISIONS, INC. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER 222 DELAWARE AVENUE SUITE 801 WILMINGTON DE 19801 | jhoover@beneschlaw.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CAPREF LLOYD II LLC, CAPREF STRAND LLC, AND CAPREF BURBANK LLC, AND PREP HILLSIDE REAL ESTATE LLC, AND STOCKTON STREET PROPERTIES, INC. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER, JOHN C. GENTILE, MICHAEL J. BARRIE, KEVIN M. CAPUZZI<br>222 DELAWARE AVENUE<br>SUITE 801<br>WILMINGTON DE 19801 | jhoover@beneschlaw.com<br>jgentile@beneschlaw.com<br>mbarrie@beneschlaw.com<br>kcapuzzi@beneschlaw.com | Email |
| FEE EXAMINER | BIELLI & KLAUDER, LLC | ATTN: DAVID KLAUDER, ESQ., THOMAS D. BIELLI, ESQ.<br>1204 N KING STREET<br>WILMINGTON DE 19801 | dklauder@bk-legal.com | First Class Mail and Email |
| COUNSEL TO KIN PROPERTIES, INC., MULISON LLC AND ESTHER JEFFREY LLC | BLANK ROME LLP | ATTN: JEFFREY RHODES, ESQ.<br>1825 EYE STREET NW<br>WASHINGTON DC 20006 | jrhodes@blankrome.com | Email |
| COUNSEL TO KIN PROPERTIES, INC., MULISON LLC AND ESTHER JEFFREY LLC | BLANK ROME LLP | ATTN: VICTORIA GUILFOYLE, ESQ.<br>1201 N. MARKET STREET, SUITE 800<br>WILMINGTON DE 19801 | guilfoyle@blankrome.com | Email |
| COUNSEL TO BROOKFIELD PROPERTY REIT INC. | BROOKFIELD PROPERTY REIT, INC. | ATTN: KRISTEN N. PATE<br>350 N. ORLEANS STREET,<br>SUITE 300<br>CHICAGO IL 60654-1607 | bk@brookfieldpropertiesretail.com | Email |
| COUNSEL TO SAP INDUSTRIES, INC. | BROWN CONNERY, LLP | ATTN: DONALD K. LUDMAN<br>6 NORTH BROAD STREET<br>SUITE 100<br>WOODBURY NJ 08096 | dludman@brownconnery.com | Email |
| INTERESTED PARTY | BRUTZKUS GUBNER | ATTN: JESSICA L. BAGDANOV, ESQ.<br>21650 OXNARD STREET<br>SUITE 500<br>WOODLAND HILLS CA 91367 | jbagdanov@bg.law | Email |
| COUNSEL TO LEEDS RETAIL CENTER, LLC, G&I VII RETAIL CARRIAGE LLC, AND G&I VII RENO OPERATING LLC | BURR & FORMAN LLP | ATTN: J. CORY FALGOWSKI<br>1201 N. MARKET STREET<br>SUITE 1407<br>WILMINGTON DE 19801 | jfalgowski@burr.com | Email |
| COUNSEL TO LEEDS RETAIL CENTER, LLC, G&I VII RETAIL CARRIAGE LLC, AND G&I VII RENO OPERATING LLC | BURR & FORMAN LLP | ATTN: JOE A. JOSEPH, REGAN LOPER<br>420 N. 20TH STREET, 3400<br>BIRMINGHAM AL 35203 | jjoseph@burr.com<br>rloper@burr.com | Email |
| COUNSEL TO THE MARION PLAZA, INC. DBA EASTWOOD MALL; HUNTINGTON MALL COMPANY DBA HUNTINGTON MALL AND CAFARO-PEACHCREEK JOINT VENTURE PARTNERSHIP DBA MILLCREEK MALL | CAFARO MANAGEMENT COMPANY | ATTN: RICHARD T. DAVIS<br>5577 YOUNGSTOWN-WARREN RD.<br>NILES OH 44446 | rdavis@cafarocompany.com | Email |
| COUNSEL TO JAMESTOWN, L.P. | CAIOLA & ROSE, LLC | ATTN: ELIZABETH B. ROSE, KIMBERLY B. REEVES<br>125 CLAIREMONT AVE., SUITE 240<br>Decatur GA 30030 | elizabeth@caiolarose.com<br>kimberly@caiolarose.com | Email |
| CHATHAM COUNTY TAX COMMISSIONER | CHATHAM COUNTY TAX COMMISSIONER | ATTN: THERESA C. HARRELSON<br>PO BOX 8324<br>SAVANNAH GA 31412-8324 | | First Class Mail |
| INTERESTED PARTY | CIT GROUP INC. | ATTN: ROBERT FRANKLIN<br>201 S. TRYON STREET<br>CHARLOTTE NC 28202 | robert.franklin@cit.com | First Class Mail and Email |
| COUNSEL TO MACOMB CENTER PARTNERS, LLC, VESTAR DRM-OPCO, LLC, VESTAR CPT TEMPE MARKETPLACE, LLC, AND CPT RIVERSIDE PLAZA, LLC | CLARK HILL, PLC | ATTN: DAVID M. BLAU<br>151 S. OLD WOODWARD AVE., STE. 200<br>BIRMINGHAM MI 48009 | dblau@clarkhill.com | Email |
| COUNSEL TO MACOMB CENTER PARTNERS, LLC, VESTAR DRM-OPCO, LLC, VESTAR CPT TEMPE MARKETPLACE, LLC, AND CPT RIVERSIDE PLAZA, LLC | CLARK HILL, PLC | ATTN: KAREN M. GRIVNER<br>824 N. MARKET ST., STE. 710<br>WILMINGTON DE 19801 | kgrivner@clarkhill.com | Email |
| COUNSEL TO OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES (UCTS), DEPARTMENT OF LABOR AND INDUSTRY, COMMONWEALTH OF PENNSYLVANIA | COMMONWEALTH OF PENNSLYVANIA DEPARTMENT OF LABOR | ATTN: DEB SECREST<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST, ROOM 925<br>HARRISBURG PA 17121 | RA-LI-UCTS-BANRUPT@STATE.PA.US | First Class Mail and Email |
| ATTORNEY GENERAL | COMMONWEALTH OF PUERTO RICO | ATTN: BANKRUPTCY DEPT<br>APARTADO 9020192<br>SAN JUAN PR 00902-0192 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO 601 PINE STREET INVESTMENT GROUP, INC. | CONNOLLY GALLAGHER LLP | ATTN: KAREN C. BIFFERATO, ESQ., KELLY M. CONLAN, ESQ. 1201 N. MARKET STREET, 20TH FLOOR Wilmington DE 19801 | kbifferato@connollygallagher.com kconlan@connollygallagher.com | Email |
| COUNSEL TO 601 PINE STREET INVESTMENT GROUP, INC. | DAVIS WRIGHT TREMAINE LLP | ATTN: RHYS MATTHEW FARREN, ESQ. 929 108TH AVENUE NE, SUITE 1500 Bellevue WA 98004 | rhysfarren@dwt.com | Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON 820 N FRENCH ST WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | First Class Mail and Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | First Class Mail and Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT 820 SILVER LAKE BLVD STE 100 DOVER DE 19904 | STATETREASURER@STATE.DE.US | First Class Mail and Email |
| COUNSEL TO MC ASB 10 SSS, LLC | DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN 1201 NORTH MARKET STREET, SUITE 2100 WILMINGTON DE 19801 | craig.martin@us.dlapiper.com Craig.Martin@dlapiper.com | Email |
| COUNSEL TO MC ASB 10 SSS, LLC | DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN, ESQ. AND KRISTY N. GRACE, ESQ. 6225 SMITH AVENUE BALTIMORE MD 21209 | richard.kremen@us.dlapiper.com kristy.grace@us.dlapiper.com | Email |
| COUNSEL TO EASTVIEW MALL, LLC AND GREECE RIDGE, LLC | DONALD C. COWAN, JR. | 1265 SCOTTSVILLE ROAD ROCHESTER NY 14624 | | First Class Mail |
| COUNSEL TO ORACLE AMERICA, INC. | DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI 1979 MARCUS AVENUE SUITE 210E LAKE SUCCESS NY 11042 | amish@doshilegal.com | First Class Mail and Email |
| COUNSEL TO NOBLAND INTERNATIONAL, INC., COUNSEL TO COUNSEL FOR UBASE INTERNATIONAL, INC. | DRINKER BIDDLE & REATH LLP | ATTN: PATRICK A. JACKSON & JOSEPH N. ARGENTINA, JR. 222 DELAWARE AVE., SUITE 1410 WILMINGTON DE 19801-1621 | patrick.jackson@dbr.com joseph.argentina@dbr.com | Email |
| COUNSEL TO NORTHWOOD PL HOLDINGS LP AND ARAMARK SERVICES, LLP | DUANE MORRIS LLP | ATTN: JARRET P. HITCHINGS 222 DELAWARE AVENUE, SUITE 1600 WILMINGTON DE 19801-1659 | jphitchings@duanemorris.com | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 3 | ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPT 1650 ARCH STREET PHILADELPHIA PA 19103-2029 | | First Class Mail |
| COUNSEL TO BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC. AND UNIVERSAL MUSIC GROUP INTERNATIONAL LIMITED | FOX ROTHSCHILD LLP | ATTN: TERENCE G. BANICH 321 N. CLARK ST. SUITE 800 CHICAGO IL 60654 | tbanich@foxrothschild.com | Email |
| COUNSEL TO CERTAIN OF THE LANDLORDS | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ATTN: BRAD ERIC SHELER AND JENNIFER L. RODBURG ONE NEW YORK PLAZA NEW YORK NY 10004 | brad.scheler@friedfrank.com jennifer.rodburg@friedfrank.com | First Class Mail and Email |
| COUNSEL TO WASHINGTON PRIME GROUP INC. | FROST BROWN TODD LLC | ATTN: RONALD E. GOLD, A.J. WEBB 3300 GREAT AMERICAN TOWER 301 EAST FOURTH STREET CINCINNATI OH 45202 | rgold@fbtlaw.com awebb@fbtlaw.com | Email |
| COUNSEL TO KUKDONG CORPORATION | GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, AMY D. BROWN 1201 NORTH ORANGE STREET SUITE 300 WILMINGTON DE 19801 | mbusenkell@gsbblaw.com abrown@gsbblaw.com | Email |
| COUNSEL FOR I. REISS & CO. | GIBBONS P.C. | ATTN: HOWARD A. COHEN, ESQ. 300 DELAWARE AVENUE SUITE 1015 WILMINGTON DE 19801-1761 | hcohen@gibbonslaw.com | Email |
| COUNSEL FOR I. REISS & CO. | GIBBONS P.C. | ATTN: MARK CONLAN, ESQ. ONE GATEWAY CENTER NEWWARK NJ 07102-5310 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO RIVERSIDE CALIFORNIA ASSOCIATES | GIBBONS P.C. | ATTN: MARK CONLAN, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310 | mconlan@gibbonslaw.com | Email |
| COUNSEL TO 5060 MONTCLAIR PLAZA LANE OWNER, LLC | GOODKIN LAW GROUP, APC | ATTN: MICHAEL A. SHAKOURI<br>1800 CENTURY PARK EAST<br>SUITE 1860<br>LOS ANGELES CA 90067 | mshakouri@goodkinlaw.com | Email |
| COUNSEL TO ALLSTATE ROAD (EDENS), LLC | GOULSTON & STORRS PC | ATTN: DOUGLAS B. ROSNER, ESQ. AND VANESSA P. MOODY, ESQ.<br>400 ATLANTIC AVENUE<br>BOSTON MA 02110-3333 | drosner@goulstonstorrs.com<br>vmoody@goulstonstorrs.com | Email |
| COUNSEL TO GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | ATTN: JEFFREY A. KRIEGER<br>1900 AVENUE OF THE STARS, STE. 2100<br>LOS ANGELES CA 90067 | JKrieger@GreenbergGlusker.com | First Class Mail and Email |
| INTERESTED PARTY | HAHN & HESSEN LLP | ATTN: ROSANNE T. MATZAT<br>488 MADISON AVENUE<br>NEW YORK NY 10022 | RMatzat@hahnhessen.com | First Class Mail and Email |
| COUNSEL TO PLAZA LAS AMERICAS, INC. AND PLAZA DEL CARIBE, S.E. | HOLLAND & KNIGHT LLP | ATTN: JOAQUIN J. ALEMANY<br>701 BRICKELL AVENUE<br>SUITE 3300<br>MIAMI FL 33131 | jjalemany@hklaw.com | Email |
| COUNSEL TO QKC MAUI OWNER, LLC | HONIGMAN LLP | ATTN: LAWRENCE A. LICHTMAN<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT MI 48226 | llichtman@honigman.com | Email |
| COUSNEL TO AFTERPAY US, INC. | HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER, ESQ. & NATHAN E. DELMAN, ESQ.<br>500 WEST MADISON STREET, SUITE 3700<br>CHICAGO IL 60661 | ahammer@hmblaw.com<br>ndelman@hmblaw.com | Email |
| COUNSEL TO CBL & ASSOCIATES MANAGEMENT, INC. | HUSCH BLACKWELL LLP | ATTN: CALEB T. HOLZAEPFEL<br>736 GEORGIA AVENUE, SUITE 300<br>CHATTANOOGA TN 37402 | caleb.holzaepfel@huschblackwell.com | Email |
| COUNSEL TO IBM CREDIT LLC | IBM CORPORATION | ATTN: CRISTINA GOULART<br>AV. PASTEUR 146 & 138<br>RIO DE JANEIRO RJ 22290-240 BRASIL | cgoulart@br.ibm.com | Email |
| IBM CREDIT LLC | IBM CREDIT LLC | ATTN: PAUL WEARING<br>SPECIAL HANDLING GROUP<br>7100 HIGHLANDS PKWY<br>SMYRNA GA 30082 | cgoulart@br.ibm.com | First Class Mail and Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO STOCKTON STREET PROPERTIES, INC. | INVESCO REAL ESTATE | ATTN: KEVIN PIROZZOLI<br>101 CALIFORNIA STREET<br>SUITE 1800<br>SAN FRANCISO CA 94111 | kevin.pirozzoli@invesco.com | Email |
| COUNSEL TO ALLIED DEVELOPMENT OF ALABAMA LLC | KASHISHIAN LAW LLC | ATTN: ANN KASHISHIAN<br>501 SILVERSIDE ROAD<br>WILMINGTON DE 19809 | amk@kashishianlaw.com | Email |
| COUNSEL TO GREGORY GREENFIELD & ASSOCIATES, LTD., JONES LANG LASALLE AMERICAS, INC., HINES GLOBAL REIT, REGENCY CENTERS, L.P., SHOPCORE PROPERTIES, L.P., SITE CENTERS CORP. AND TURNBERRY ASSOCIATES | KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE, JENNIFER D. RAVIELE, MICHAEL W. REINING<br>101 PARK AVENUE<br>NEW YORK NY 10178 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>mreining@kelleydrye.com | Email |
| COUNSEL TO DEBTOR | KIRKLAND & ELLIS LLP | ATTN: ANUP SATHY, P.C.<br>300 NORTH LASALLE STREET<br>CHICAGO IL 60654 | anup.sathy@kirkland.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO DEBTOR | KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, P.C., APARNA YENAMANDRA<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com | Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: ROBERT T. SCHMIDT, ADAM C. ROGOFF, & NATHANIEL ALLARD<br>1177 AVE OF THE AMERICAS<br>NEW YORK NY 10036 | rschmidt@kramerlevin.com<br>arogoff@kramerlevin.com<br>nallard@kramerlevin.com | Email |
| COUNSEL TO 17TH 7 CHESTNUT REALTY LLC AND PREIT SERVICES, LLC | KURTZMAN STEADY, LLC | ATTN: JEFFREY KURTZMAN<br>401 S. 2ND STREET<br>SUITE 200<br>PHILADELPHIA PA 19147 | kurtzman@kurtzmansteady.com | Email |
| COUNSEL TO TC LENDING, LLC | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KERRI K. MUMFORD, JENNIFER L. CREE<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | landis@lrclaw.com<br>mumford@lrclaw.com<br>cree@lrclaw.com | First Class Mail and Email |
| COUNSEL TO PCW PROPERTIES, LLC. | LAW OFFICE OF COREY E. TAYLOR, APC | ATTN: COREY E. TAYLOR<br>629 CAMINO DE LOS MARES<br>SUITE 305<br>SAN CLEMENTE CA 92673 | corey@taylorlawoc.com | Email |
| COUNSEL TO TAUBMAN LANDLORDS, WESTFIELD, LLC AND BROOKS SHOPPING CENTERS, LLC | LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN<br>919 N. MARKET STREET<br>SUITE 460<br>WILMINGTON DE 19801 | skaufman@skaufmanlaw.com | First Class Mail and Email |
| COUNSEL TO NORTHWOOD PL HOLDINGS LP | LAW OFFICES OF KEVIN S. NEIMAN, PC | ATTN: KEVIN S. NEIMAN<br>999 18TH STREET, SUITE 1230 S<br>DENVER CO 80202 | kevin@ksnpc.com | First Class Mail and Email |
| COUNSEL TO LOVE VINTAGE, INC. | LAW OFFICES OF STEVEN J. BARKIN | ATTN: STEVEN J. BARKIN<br>3700 WILSHIRE BOULEVARD<br>SUITE 950<br>LOS ANGELES CA 90010 | stevenbarkin@gmail.com | Email |
| COUNSEL TO COMCO, LLC AND 568 BROADWAY PROPERTY, LLC | LAZARUS & LAZARUS, P.C. | ATTN: HARLAN M. LAZARUS, ESQ<br>240 MADISON AVENUE<br>NEW YORK NY 10016 | hlazarus@lazarusandlazarus.com | First Class Mail and Email |
| COUNSEL TO KNF INTERNATIONAL CO. LTD. | LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: CHANG HO LEE, ESQ<br>633 WEST 5TH STREET<br>SUITE 4000<br>LOS ANGELES CA 90071 | scott.lee@lewisbrisbois.com | Email |
| COUNSEL TO KNF INTERNATIONAL CO. LTD. | LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: RICHARD LAUTER, ESQ<br>550 WEST ADAMS STREET<br>SUITE 300<br>CHICAGO IL 60661 | Richard.Lauter@lewisbrisbois.com | Email |
| COUNSEL TO NOBLAND INTERNATIONAL, INC., COUNSEL TO COUNSEL FOR UBASE INTERNATIONAL, INC. | LIMNEXUS LLP | ATTN: SUNG JIN HWANG, ESQ., JAMES TILL, ESQ., & DAVID NEALY, ESQ.<br>707 WILSHIRE BOULEVARD, 46TH FLOOR<br>LOS ANGELES CA 90017 | James.Till@limnexus.com<br>David.Nealy@limnexus.com | Email |
| COUNSEL TO NUECES COUNTY HIDALGO COUNTY CITY OF MCALLEN MCLENNAN COUNTY SAN MARCOS CISD | LINEBARGER GOGGAN BLAIR & SAMPSON | ATTN: DIANE W. SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | austin.bankruptcy@publicans.com | First Class Mail and Email |
| COUNSEL TO BEXAR COUNTY AND CITY OF EL PASO | LINEBARGER GOGGAN BLAIR & SAMPSON | ATTN: DON STECKER<br>711 NAVARRO STREET<br>SUITE 300<br>SAN ANTONIO TX 78205 | sanantonio.bankruptcy@publicans.com | Email |
| COUNSEL TO SMITH COUNTY, NORTHWEST ISD, TARRANT COUNTY, CITY OF FRISCO, DALLAS COUNTY AND ALLEN ISD | LINEBARGER GOGGAN BLAIR & SAMPSON | ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 100<br>DALLAS TX 75207 | dallas.bankruptcy@publicans.com | Email |
| COUNSEL TO CYPRESS - FAIRBANKS ISD, HARRIS COUNTY, JEFFERSON COUNTY, MONTGOMERY COUNTY, AND FORT BEND COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | houston_bankruptcy@publicans.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO MARICOPA COUNTY TREASURER | MARICOPA COUNTY ATTORNEYS OFFICE CIVIL SERVICES DIVISION | ATTN: PETER MUTHIG<br>222 NORTH CENTRAL AVENUE<br>SUITE 1100<br>PHOENIX AZ 85004-2206 | muthigk@mcao.maricopa.gov | Email |
| COUNSEL TO FORD MOTOR CREDIT COMPANY | MCCABE, WEISBERG & CONWAY, LLC | ATTN: JANET Z. CHARLTON, ESQUIRE & MICHAEL K. PAK, ESQUIRE<br>1407 FOULK ROAD, SUITE 204<br>FOULKSTONE PLAZA<br>WILMINGTON DE 19803 | jcharlton@mwc-law.com | First Class Mail and Email |
| COUNSEL TO AETNA INC., AETNA LIFE INSURANCE COMPANY AND AETNA DENTAL INC. | MCCARTER & ENGLISH, LLP | ATTN: KATE ROGGIO BUCK, MATTHEW J. RIFINO<br>RENAISSANCE CENTRE<br>405 N. KING STREET, 8TH FLOOR<br>WILMINGTON DE 19801 | kbuck@mccarter.com<br>mrifino@mccarter.com | Email |
| COUNSEL TO THE COUNTY OF BRAZOS, TEXAS, THE COUNTY OF DENTON, TEXAS, THE COUNTY OF HAYS, TEXAS AND THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY<br>P.O. BOX 1269<br>ROUND ROCK TX 78680 | tleday@mvbalaw.com | Email |
| COUNSEL TO ASHEVILLE RETAIL ASSOCIATES LLC, NED ALTOONA LLC AND PALM BEACH OUTLETS I, LLC, ASSIGNEE OF PALM BEACH MALL HOLDINGS LLC | MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | ATTN: KATE P. FOLEY<br>1800 WEST PARK DR.<br>SUITE 400<br>WESTBOROUGH MA 01581 | kfoley@mirickoconnell.com | Email |
| COUNSEL TO ASHEVILLE RETAIL ASSOCIATES LLC, NED ALTOONA LLC AND PALM BEACH OUTLETS I, LLC, ASSIGNEE OF PALM BEACH MALL HOLDINGS LLC | MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | ATTN: PAUL W. CAREY<br>100 FRONT STREET<br>WORCESTER MA 01608 | pcarey@mirickoconnell.com | Email |
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 | deecf@dor.mo.gov | Email |
| COUNSEL TO CAFARO MANAGEMENT COMPANY, D/B/A MILLCREEK MALL, THE MARION PLAZA, INC., D/B/A EASTWOOD MALL, HUNTINGTON MALL COMPANY, THE SHOPS AT SUMMERLIN NORTH, RIVERWALK MARKETPLACE (NEW ORLEANS) LLC, AND KIMCO LANDLORDS | MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY AND BRIAN J. MCLAUGHLIN<br>1201 N. ORANGE STREET<br>SUITE 400<br>WILMINGTON DE 19801 | rmersky@monlaw.com<br>bmclaughlin@monlaw.com | Email |
| COUNSEL TO THE DIP ABL ADMINISTRATIVE AGENT, AND JPMORGAN CHASE BANK, N.A., FIRST PRIORITY REPRESENTATIVE FOR AND ON BEHALF OF THE FIRST PRIORITY SECURED PARTIES | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JULIA FROST-DAVIES & CHRISTOPHER L. CARTER<br>ONE FEDERAL STREET<br>BOSTON MA 02110 | Julia.frost-davies@morganlewis.com<br>christopher.carter@morganlewis.com | First Class Mail and Email |
| COUNSEL TO KNF INTERNATIONAL CO. LTD. | MORRIS JAMES LLP | ATTN: JEFFREY R. WAXMAN, ESQ.<br>500 DELAWARE AVENUE<br>SUITE 1500<br>WILMINGTON DE 19801 | jwaxman@morrisjames.com | Email |
| COUNSEL TO CERTAIN MAJORITY EQUITY HOLDERS FOR DEBTOR FOREVER 21, INC. | MUNGER, TOLLES & OLSON LLP | ATTN: THOMAS B. WALPER<br>350 SOUTH GRAND AVENUE, 50TH FLOOR<br>LOS ANGELES CA 90071 | thomas.walper@mto.com | First Class Mail and Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | | First Class Mail |
| COUNSEL TO BELLEVUE SQUARE, LLC | NOLD MUCHINSKY PLLC | ATTN: BRIAN M. MUCHINSKY & THOMAS W. STONE<br>10500 NE 8TH STREET, SUITE 930<br>BELLEVUE WA 98004 | bmuchinsky@noldmuchlaw.com<br>tstone@noldmuchlaw.com | Email |
| ATTORNEY GENERAL | OFFICE OF THE ATTORNEY GENERAL GUAM | ATTN: BANKRUPTCY DEPT<br>590 S. MARINE CORPS DR., SUITE 901<br>TAMUNING GU 96913 | | First Class Mail |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN<br>844 KING STREET, STE 2207<br>LOCKBOX 35<br>WILMINGTON DE 19801 | juliet.m.sarkessian@usdoj.gov | First Class Mail and Email |
| COUNSEL TO EROGLU GIYIM SANAYI TICARET, A.S. | OFFIT KURMAN, P.A. | ATTN: CHARLES A. MCCAULEY, III ESQ.<br>1201 NORTH ORANGE STREET<br>SUITE 10 EAST<br>WILMINGTON DE 19801 | cmccauley@offitkurman.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO OKLAHOMA COUNTY TREASURER | OKLAHOMA COUNTY TREASURER | ATTN: GRETCHEN CRAWFORD, ASSISTANT DISTRICT ATTORNEY<br>320 ROBERT S. KERR, ROOM 505<br>OKLAHOMA CITY OK 73102 | grecra@oklahomacounty.org | Email |
| DEBTORS CANADIAN COUNSEL | OSLER, HOSKIN & HARCOURT LLP | ATTN: TRACY SANDLER, KARIN SACHAR, DAVID ROSENBLAT<br>100 KING STREET WEST<br>1 FIRST CANADIAN PLACE, SUITE 6200, P.O. BOX 50<br>TORONTO ON M5X 1B8 CANADA | tsandler@osler.com<br>ksachar@osler.com<br>drosenblat@osler.com | First Class Mail and Email |
| CO-COUNSEL TO DEBTOR | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES & JAMES E. O'NEILL<br>919 NORTH MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON DE 19899-8705 | ljones@pszjlaw.com<br>joneill@pszjlaw.com | Email |
| COUNSEL TO BOHANNON DEVELOPMENT COMPANY | PAHL & McCAY | ATTN: CATHERINE SCHOLMANN ROBERTSON<br>225 WEST SANTA CLARA STREET<br>SUITE 1500<br>SAN JOSE CA 95113 | crobertson@pahl-mccay.com | First Class Mail and Email |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC | PEPPER HAMILTON LLP | ATTN: DOUGLAS D. HERRMANN AND MARCY J. MCLAUGHLIN<br>HERCULES PLAZA<br>SUITE 5100<br>WILMINGTON DE 19899-1709 | herrmand@pepperlaw.com<br>mclaughlinm@pepperlaw.com | First Class Mail and Email |
| COUNSEL TO MAVERICK COUNTY | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: CARLOS ARCE<br>613 NW LOOP 410<br>SUITE 550<br>SAN ANTONIO TX 78216 | carce@pbfcm.com | First Class Mail and Email |
| COUNSEL TO ARLINGTON ISD, CROWLEY ISD, CITY OF GRAPEVINE AND GRAPEVINE-COLLEYVILLE ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB<br>500 E. BORDER STREET<br>SUITE 640<br>ARLINGTON TX 76010 | ecobb@pbfcm.com | Email |
| COUNSEL TO CITY OF MERCEDES | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: JOHN T. BANKS<br>3301 NORTHLAND DRIVE<br>SUITE 505<br>AUSTIN TX 78731 | jbanks@pbfcm.com | First Class Mail and Email |
| COUNSEL TO LUBBOCK CENTRAL APRRAISAL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LAURA J. MONROE<br>P.O. BOX 817<br>LUBBOCK TX 79408 | lmbkr@pbfcm.com | Email |
| COUNSEL TO HUMBLE INDEPENDENT SCHOOL DISTRICT AND CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: OWEN M. SONIK<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | osonik@pbfcm.com | Email |
| COUNSEL TO MANN ENTERPRISES, INC. AND T.G.F. COMPANY | PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP | ATTN: GERALD P. KENNEDY, ESQUIRE<br>525 B STREET, SUITE 2200<br>SAN DIEGO CA 92101 | GERALD.KENNEDY@PROCOPIO.COM | Email |
| COUNSEL TO JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT | RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, DAVID T. QUEROLI<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | collins@rlf.com<br>queroli@rlf.com | First Class Mail and Email |
| COUNSEL TO GORDON BROTHERS RETAIL PARTNERS, LLC AND HILCO MERCHANT RESOURCES, LLC | RIEMER & BRAUNSTEIN LLP | ATTN: STEVEN E. FOX, ESQ<br>TIMES SQUARE TOWER<br>SEVEN TIMES SQUARE, SUITE 2506<br>NEW YORK NY 10036 | sfox@riemerlaw.com | Email |
| COUNSEL TO GREATER LAKESIDE CORPORATION AND NORTH RIVERSIDE PARK ASSOCIATES LLC | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. | ATTN: FRED B. RINGEL<br>875 THIRD AVENUE, 9TH FLOOR<br>NEW YORK NY 10022 | fbr@robinsonbrog.com | First Class Mail and Email |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | SAUL EWING ARNSTEIN & LEHR LLP | ATTN: LUCIAN B. MURLEY, ESQ.<br>1201 NORTH MARKET STREET SUITE 2300<br>PO BOX 1266<br>WILMINGTON DE 19899 | luke.murley@saul.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE DIP TERM LOAN ADMINISTRATIVE AGENT AND TC LENDING, LLC | SCHULTE ROTH & ZABEL LLP | ATTN: ADAM C. HARRIS, FREDERIC L. RAGUCCI, MARC B. FRIESS, AND G. SCOTT LEONARD 919 THIRD AVENUE NEW YORK NY 10022 | Adam.Harris@srz.com Frederic.Ragucci@srz.com Marc.Friess@srz.com gregory.leonard@srz.com | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F. STREET NE WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT BROOKFIELD PLACE 200 VESEY STREET, STE 400 NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT ONE PENN CENTER 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| COUNSEL TO SIMON PROPERTY GROUP, L.P. | SIMON PROPERTY GROUP | ATTN: STEVEN E. FIVEL, GENERAL COUNSEL AND RONALD M. TUCKER 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204-3438 | sfivel@simon.com rtucker@simon.com | First Class Mail and Email |
| COUNSEL TO RED DEVELOPMENT, LLC | SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO 16200 ADDISON ROAD SUITE 140 ADDISON TX 75001 | mshriro@singerlevick.com | Email |
| COUNSEL TO THE SHOPS AT SUMMERLIN SOUTH, LLC AND RIVERWALK MARKETPLACE (NEW ORLEANS), LLC | SPECTOR & COX | ATTN: HOWARD MARC SPECTOR 1770 COIT ROAD SUITE 1100 DALLAS TX 75251 | hspector@spectorcox.com | Email |
| ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT P.O. BOX 300152 MONTGOMERY AL 36130-0152 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT P.O. BOX 110300 JUNEAU AK 99811-0300 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 2005 N CENTRAL AVE PHOENIX AZ 85004-2926 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 323 CENTER ST. SUITE 200 LITTLE ROCK AR 72201-2610 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT P.O. BOX 944255 SACRAMENTO CA 94244-2550 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT RALPH L. CARR COLORADO JUDICIAL CENTER 1300 BROADWAY, 10TH FLOOR DENVER CO 80203 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 55 ELM ST. HARTFORD CT 06106 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 40 CAPITAL SQUARE, SW ATLANTA GA 30334-1300 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA  KS 66612-1597 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT  KY 40601 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON  MA 02108-1698 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>33 CAPITOL ST.<br>CONCORD NH 03301-0000 | | First Class Mail |

In re:  Forever 21, Inc., et al.
Case No. 19-12122 (KG)

Page 9 of 11

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, P.O. BOX 080<br>TRENTON NJ 08625-0080 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>THE CAPITOL<br>ALBANY  NY 12224-0341 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1162 COURT STREET NE<br>SALEM OR 97301 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>900 EAST MAIN STREET<br>RICHMOND  VA 23219 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857<br>MADISON WI 53707-7857 | | First Class Mail |
| COUNSEL TO VORNADO REALTY TRUST AND ITS LANDLORD AFFILIATES | SULLIVAN & CROMWELL LLP | ATTN: BRIAN D. GLUECKSTEIN & DAVID R ZYLBERBERG<br>125 BROAD STREET<br>NEW YORK NY 10004 | gluecksteinb@sullcrom.com<br>zylberbergd@sullcrom.com | Email |
| COUNSEL TO SONY INTERACTIVE ENTERTAINMENT AMERICA LLC | SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ.<br>901 NORTH MARKET STREET<br>SUITE 1300<br>WILMINGTON DE 19801 | | First Class Mail |
| COUNSEL TO TAUBMAN LANDLORDS | TAUBMAN LANDLORDS | ATTN: ANDREW S. CONWAY<br>200 EAST LONG LAKE ROAD<br>SUITE 300<br>BLOOMFIELD HILLS MI 48304 | aconway@taubman.com | Email |
| COUNSEL TO COMENITY CAPITAL BANK | THE ROSNER LAW GROUP LLC | ATTN: FREDERICK B. ROSNER, SCOTT J. LEONHARDT<br>824 N. MARKET STREET<br>WILMINGTON DE 19801 | rosner@teamrosner.com<br>leonhardt@teamrosner.com | First Class Mail and Email |
| COUNSEL TO DUKE REALTY LIMITED PARTNERSHIP AND CORPUS CHRISTI RETAIL VENTURE LP | THOMPSON HINE LLP | ATTN: LOUIS F. SOLIMINE<br>312 WALNUT STREET<br>SUITE 1400<br>CINCINNATI OH 45202-4029 | Louis.Solimine@ThompsonHine.com | Email |
| COUNSEL TO DONAHUE SCHRIBER REALTY GROUP, LP | TRAINOR FAIRBROOK | ATTN: JENNIFER L. PRUSKI<br>PO BOX 255824<br>SACRAMENTO CA 95865 | jpruski@trainorfairbrook.com | Email |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO STOCKTON STREET PROPERTIES, INC. | VALINOTI, SPECTER & DITO, LLP | ATTN: JEFFREY A. DITO<br>555 MONTGOMERY STREET<br>SUITE 605<br>SAN FRANCISO CA 94111 | jdito@valinoti-dito.com | Email |
| ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | | First Class Mail |
| COUNSEL TO COMCO, LLC AND 568 BROADWAY PROPERTY, LLC | WOMBLE BOND DICKINSON (US) LLP | ATTN: KEVIN J MANGAN & S. ALEXANDER FARIS<br>1313 NORTH MARKET STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | Kevin.Mangan@wbd-us.com<br>Alexander.Faris@wbd-us.com | First Class Mail and Email |
| COUNSEL TO VORNADO REALTY TRUST AND ITS LANDLORD AFFILIATES | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: PAULINE K MORGAN & SEAN T GREECHER<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | bankfilings@ycst.com<br>pmorgan@ycst.com<br>sgreecher@ycst.com | Email |