IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (KG) |
| Debtors. | ) (Jointly Administered) |

NOTICE OF FILING OF
BLACKLINE OF STALKING HORSE PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that on January 30, 2020, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, (E) Approving the Sale of the Debtors' Assets, and (F) Granting Related Relief* [Docket No. 802] (the "Bidding Procedures Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors' filed a substantially final form of the Stalking Horse Purchase Agreement attached to the Bidding Procedures Motion as Exhibit C (the "Form of Stalking Horse Purchase Agreement").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

**PLEASE TAKE FURTHER NOTICE** that on February 2, 2020, the Debtors executed the Stalking Horse Purchase Agreement with SPARC Group F21, LLC (the "SPARC Group") a consortium of Simon Property Group, Brookfield and Authentic Brands Group, for the sale of substantially all of the Debtors' assets pursuant to section 363 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

**PLEASE TAKE FURTHER NOTICE** that on February 2, 2020, the Debtors' filed the *Notice of Filing of Stalking Horse Purchase Agreement for the Sale of Substantially All of the Debtors' Assets and Designation of Stalking Horse Bidder* [Docket No. 813] (the "Designation Notice"). The Debtors filed the executed Stalking Horse Purchase Agreement as Exhibit A to the Designation Notice (the "Executed Stalking Horse Purchase Agreement").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a blackline comparing the Executed Stalking Horse Purchase Agreement to the Form of Stalking Horse Purchase Agreement.

| | |
|---|---|
| Dated: February 2, 2020<br>Wilmington, Delaware | */s/ Laura Davis Jones* |

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:    ljones@pszjlaw.com
   joneill@pszjlaw.com
   tcairns@pszjlaw.com

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    jsussberg@kirkland.com
   aparna.yenamandra@kirkland.com

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    asathy@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*