**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | | |
|---|---|---|---|
| *In re* Forever 21, Inc., et al. | | Case No.: | **19-12122** |
| | | Reporting Period: | 12/1/2019 - 1/4/2020 |

**Monthly Operating Report**

| Required Documents | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| **Schedule of Cash Receipts and Disbursements** | MOR-1 | x | |
|    Bank Account Reconciliation/Information | MOR-1a | x | x |
|    Schedule of Professional Fees Paid | MOR-1b | x | |
|    Copies of Bank Statements | | N/A | x |
|    Cash Disbursements Journals | | N/A | x |
| **Statement of Operations** | MOR-2 | x | |
| **Balance Sheet** | MOR-3 / MOR-3a | x | |
| **Status of Post-Petition Taxes** | MOR-4 | x | |
|    Copies of IRS Form 6123 | | N/A | |
|    Copies of Tax Returns Filed During Reporting Period | | N/A | |
| **Summary of Unpaid Post-Petition Debts** | | N/A | |
|    Listing of Aged Accounts Payable | MOR-5 | x | |
| **Accounts Receivable Reconciliation and Aging** | MOR-6 | x | |
| **Debtor Questionnaire** | MOR-7 | x | |

I declare under penalty of perjury (28 U.S.C Section 1746) that the Information contained in this monthly operating report (including attached schedules), in all material respects, is true and correct to the best of my knowledge, information and belief.

*/s/ Brad Sell*                      *2/8/2020*

Signature of Authorized Individual[1]        Date

Brad Sell                             Chief Financial Officer
Printed Name of Authorized Individual       Title of Authorized Individual

(1) Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| | | |
|---|---|---|
| *In re* Forever 21, Inc., et al. | Case No.: | 19-12122 |
| | Reporting Period: | 12/1/2019 - 1/4/2020 |

**Listing of Debtor Entities and Notes to the Monthly Operating Report**

**General:**
The report includes activity from the following Debtors and related case numbers:

| Debtor | Case Number |
|---|---|
| Forever 21, Inc. | 19-12122 |
| Alameda Holdings, LLC | 19-12123 |
| Forever 21 International Holdings, Inc. | 19-12124 |
| Forever 21 Logistics, LLC | 19-12125 |
| Forever 21 Real Estate Holdings, LLC | 19-12126 |
| Forever 21 Retail, Inc. | 19-12127 |
| Innovative Brand Partners, LLC | 19-12128 |
| Riley Rose, LLC | 19-12129 |

GENERAL NOTES:
The financial statements and supplemental information contained herein are preliminary, unaudited and may not comply in all material respects with accounting principles generally accepted in the United States ("GAAP").  In addition, the financial statements and supplemental information contained herein represent consolidated consolidated information.

The unaudited consolidated financial statements have been derived from the books and records of Forever 21, Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") and include all financial activity and the financial position for the Debtors.  This information has not been subject to certain procedures that would typically be applied to financial information in accordance with GAAP, and the Debtors believe that, upon application of such procedures, the financial information could be subject to change, which could be material.  The information furnished in this report includes normal recurring adjustments but does not include all adjustments that would typically be made for financial information in accordance with GAAP.  The consolidated results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial positions of the Debtors in the future.

These financials reflect a number of adjustments related to the 2018 audit, there may be additional audit adjustments to be incorporated, and, if any, such adjustments will be reflected in future reporting periods.

In re Forever 21, Inc., et al.  
$ Figures in Thousands

Form No.: MOR-1  
Case No.: 19-12122  
Reporting Period: 12/1/2019 - 1/4/2020

### Schedule of Cash Receipts and Disbursements [1] [2]

| | Forever 21, Inc. 19-12122 | Alameda Holdings, LLC 19-12123 | Forever 21 International Holdings, Inc. 19-12124 | Forever 21 Logistics, LLC 19-12125 | Forever 21 Real Estate Holdings, LLC 19-12126 | Forever 21 Retail, Inc. 19-12127 | Innovative Brand Partners, LLC 19-12128 | Riley Rose, LLC 19-12129 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| **Total Receipts** | $ 16,553 | $ - | $ - | $ 0 | $ - | $ 291,669 | $ - | $ 1,438 | $ 309,660 |
| **Operating Disbursements** | | | | | | | | | |
| Merchandise | $ 57,268 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 57,268 |
| Payroll and Benefits | 9,923 | - | - | 3,861 | - | 38,819 | - | 425 | 53,028 |
| Rent and Occupancy | 3,929 | - | - | - | - | 23,753 | - | 203 | 27,886 |
| Freight | 285 | - | - | 6,773 | - | 6,929 | - | 0 | 13,988 |
| Sales and Other Taxes | 71 | - | - | - | - | 15,522 | - | 24 | 15,618 |
| Other Operating Disbursements | 18,833 | - | - | 920 | - | 387 | - | 2 | 20,142 |
| Interest Expense | 1,620 | - | - | - | - | - | - | - | 1,620 |
| Professional and Financing Fees | 10,591 | - | - | - | - | - | - | - | 10,591 |
| **Total Disbursements** | $ 102,521 | $ - | $ - | $ 11,554 | $ - | $ 85,410 | $ - | $ 654 | $ 200,140 |
| **Net Cash Flow Excl. Financing** | $ (85,968) | $ - | $ - | $ (11,554) | $ - | $ 206,259 | $ - | $ 783 | $ 109,520 |
| **Financing Related** | | | | | | | | | |
| Proceeds from Debt | $ 170,700 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 170,700 |
| Debt Repayment | (258,367) | - | - | - | - | - | - | - | (258,367) |
| **Total Financing Related Cash Flow** | $ (87,667) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (87,667) |
| **Total Net Cash Flow** | $ (173,636) | $ - | $ - | $ (11,554) | $ - | $ 206,259 | $ - | $ 783 | $ 21,853 |
| **Intercompany** | | | | | | | | | |
| Receipts | $ 293,107 | $ - | $ - | $ 11,518 | $ - | $ 87,010 | $ - | $ 678 | $ 392,312 |
| Disbursements | (99,205) | - | - | (0) | - | (291,669) | - | (1,438) | (392,312) |
| **Total Intercompany Related Cash Flow** | $ 193,902 | $ - | $ - | $ 11,518 | $ - | $ (204,659) | $ - | $ (760) | $ - |
| **Total Beginning Cash - Book** [3] | $ 15,933 | $ - | $ - | $ (47) | $ - | $ (2,554) | $ - | $ (38) | $ 13,293 |
| (+/-) Operating Cash Flow | (85,968) | - | - | (11,554) | - | 206,259 | - | 783 | 109,520 |
| (+/-) Financing Related | (87,667) | - | - | - | - | - | - | - | (87,667) |
| (+/-) Intercompany Activity | 193,902 | - | - | 11,518 | - | (204,659) | - | (760) | 0 |
| **Total Ending Cash - Book** | $ 36,199 | $ - | $ - | $ (84) | $ - | $ (954) | $ - | $ (15) | $ 35,146 |
| (+) Outstanding Checks | 1,402 | - | - | 84 | - | 954 | - | 15 | 2,455 |
| **Total Ending Cash - Bank** [3] | $ 37,601 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 37,601 |

***Notes:***
(1) The information contained herein is provided solely for the purpose of complying with the monthly reporting requirements applicable in the Debtors chapter 11 cases and is in a format acceptable to the United States Trustee. Further, all information contained herein is unaudited and subject to future adjustment. These statements do not include non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of Forever 21, Inc.
(2) Cash receipts and disbursement actitivity is presented on a book basis.
(3) Cash activity and balances exclude non-JPM store depository accounts that are ultimately transferred into the JPM Master Concentration Account (*8000). As such, total ending cash balances may vary from the bank account balances reflected in MOR-1a.

| | | | | |
|---|---|---|---|---|
| *In re* Forever 21, Inc., et al. | | | Form No.: | MOR-1a |
| $ Figures in Thousands | | | Case No.: | 19-12122 |
| | | | Reporting Period: | 12/1/2019 - 1/4/2020 |

| Bank Account Information ||||| 
|---|---|---|---|---|
| Legal Entity | Case Number | Bank Name | Account Number (last 4 digits) | Bank Balance |
| Forever 21, INC | 19-12122 | JP Morgan Chase | *0876 | $ - |
| Forever 21, INC | 19-12122 | JP Morgan Chase | *8000 | 21,651 |
| Forever 21, INC | 19-12122 | JP Morgan Chase | *1251 | 15,950 |
| Forever 21, INC | 19-12122 | JP Morgan Chase | *7196 | - |
| Forever 21, INC | 19-12122 | JP Morgan Chase | *7725 | - |
| Forever 21, INC | 19-12122 | JP Morgan Chase | *8079 | 19 |
| Forever 21, INC | 19-12122 | JP Morgan Chase | *8376 | - |
| Forever 21, INC | 19-12122 | JP Morgan Chase | *2039 | - |
| Forever 21, INC | 19-12122 | JP Morgan Chase | *0919 | 1,360 |
| Forever 21, INC | 19-12122 | Wells Fargo Bank | *1081 | - |
| Forever 21, INC | 19-12122 | HSBC | *3301 | - |
| Forever 21, INC | 19-12122 | Wells Fargo Bank | *1944 | - |
| Forever 21 Retail, Inc. | 19-12127 | American Savings | *1856 | 14 |
| Forever 21 Retail, Inc. | 19-12127 | American Savings | *3440 | 1 |
| Forever 21 Retail, Inc. | 19-12127 | American Savings | *6282 | 1 |
| Forever 21 Retail, Inc. | 19-12127 | American Savings | *6466 | 1 |
| Forever 21 Retail, Inc. | 19-12127 | American Savings | *3851 | 6 |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3229 | 77 |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *6930 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *6954 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *1831 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *9291 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0563 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7700 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *6935 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *4069 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *1718 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0727 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *9959 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *2625 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *8787 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3137 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *4325 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3702 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3707 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7715 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7734 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7739 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7753 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3674 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *8544 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *8549 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *8563 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *8568 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7564 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7569 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7583 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3188 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *8831 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *6408 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *6422 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *2693 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *4064 | - |

| | | | | |
|---|---|---|---|---|
| *In re* Forever 21, Inc., et al. | | | Form No.: | MOR-1a |
| $ Figures in Thousands | | | Case No.: | 19-12122 |
| | | | Reporting Period: | 12/1/2019 - 1/4/2020 |

| Bank Account Information ||||||
|---|---|---|---|---|
| **Legal Entity** | **Case Number** | **Bank Name** | **Account Number (last 4 digits)** | **Bank Balance** |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *6238 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0037 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *2124 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *2129 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *2149 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3578 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7274 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7279 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7293 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7392 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *9438 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *9452 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *8084 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3842 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3847 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3880 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *4011 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *9360 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *9240 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *9245 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *1026 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *1989 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *1421 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *1426 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *1440 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *2812 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0349 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0368 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0163 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *2469 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *2483 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3459 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *5255 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7971 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *8589 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *8602 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *8607 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0563 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0582 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *1553 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *5328 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *5342 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *5687 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *9784 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *1082 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3166 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3628 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3642 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *4293 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *5400 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *8210 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7539 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7553 | - |

| | | | | |
|---|---|---|---|---|
| *In re* Forever 21, Inc., et al. | | | Form No.: | MOR-1a |
| $ Figures in Thousands | | | Case No.: | 19-12122 |
| | | | Reporting Period: | 12/1/2019 - 1/4/2020 |

| Bank Account Information ||||
|---|---|---|---|---|
| Legal Entity | Case Number | Bank Name | Account Number (last 4 digits) | Bank Balance |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0985 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0648 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *1366 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *1380 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *9007 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0866 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0880 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0885 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *1696 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *4259 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *4358 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *4372 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *4896 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3346 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *5241 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *1308 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *1327 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *5519 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *5533 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *5538 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *6085 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *6660 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *3285 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *9966 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0691 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *6235 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *7404 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *6601 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *9224 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *9728 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *9747 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *9742 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *8960 | - |
| Forever 21 Retail, Inc. | 19-12127 | First Hawaiian Bank | *8729 | 34 |
| Forever 21 Retail, Inc. | 19-12127 | JP Morgan Chase | *1665 | - |
| Forever 21 Retail, Inc. | 19-12127 | JP Morgan Chase | *9655 | - |
| Forever 21 Retail, Inc. | 19-12127 | JP Morgan Chase | *0083 | - |
| Forever 21 Retail, Inc. | 19-12127 | JP Morgan Chase | *3158 | - |
| Forever 21 Retail, Inc. | 19-12127 | Wells Fargo Bank | *4739 | 19 |
| Forever 21 Retail, Inc. | 19-12127 | JP Morgan Chase | *3638 | - |
| Forever 21 Retail, Inc. | 19-12127 | JP Morgan Chase | *7130 | - |
| Forever 21 Retail, Inc. | 19-12127 | JP Morgan Chase | *6926 | - |
| Forever 21 Retail, Inc. | 19-12127 | JP Morgan Chase | *7502 | - |
| Forever 21 Retail, Inc. | 19-12127 | JP Morgan Chase | *7833 | - |
| Forever 21 Retail, Inc. | 19-12127 | JP Morgan Chase | *5798 | - |
| Forever 21 Retail, Inc. | 19-12127 | Banco Popular | *2371 | - |
| Forever 21 Retail, Inc. | 19-12127 | Banco Popular | *3438 | - |
| Forever 21 Retail, Inc. | 19-12127 | Banco Popular | *4051 | - |
| Forever 21 Retail, Inc. | 19-12127 | Banco Popular | *2363 | 50 |
| Forever 21 Retail, Inc. | 19-12127 | Banco Popular | *1365 | - |
| Forever 21 Retail, Inc. | 19-12127 | Banco Popular | *9073 | - |
| Forever 21 Retail, Inc. | 19-12127 | Banco Popular | *7352 | 18 |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0584 | - |

*In re* Forever 21, Inc., et al.  
$ Figures in Thousands

Form No.: MOR-1a  
Case No.: 19-12122  
Reporting Period: 12/1/2019 - 1/4/2020

| | | Bank Account Information | | |
|---|---|---|---|---|
| **Legal Entity** | **Case Number** | **Bank Name** | **Account Number (last 4 digits)** | **Bank Balance** |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0589 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0602 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0607 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0626 | - |
| Forever 21 Retail, Inc. | 19-12127 | Bank of America | *0640 | - |
| Forever 21 Logistics LLC | 19-12125 | JP Morgan Chase | *1509 | - |
| Forever 21 Logistics LLC | 19-12125 | JP Morgan Chase | *0935 | - |
| Forever 21 Logistics LLC | 19-12125 | JP Morgan Chase | *1289 | - |
| Forever 21 Logistics LLC | 19-12125 | JP Morgan Chase | *8260 | - |
| Riley Rose | 19-12129 | Bank of America | *5668 | - |
| Riley Rose | 19-12129 | Bank of America | *5682 | - |
| Riley Rose | 19-12129 | JP Morgan Chase | *0907 | - |
| Riley Rose | 19-12129 | JP Morgan Chase | *2022 | - |
| Riley Rose | 19-12129 | JP Morgan Chase | *2709 | - |
| Riley Rose | 19-12129 | JP Morgan Chase | *8773 | - |
| Riley Rose | 19-12129 | JP Morgan Chase | *8955 | - |
| Riley Rose | 19-12129 | JP Morgan Chase | *9151 | - |
| Riley Rose | 19-12129 | JP Morgan Chase | *5052 | - |
| Riley Rose | 19-12129 | JP Morgan Chase | *3259 | - |
| | | | **Total:** | **$ 39,200** |

*Notes:*

(1) JPMorgan Chase Bank Account *0919 is a reserve account for utility deposits.
(2) Bank of America accounts *0584, *0589, *0602, *0607, *0626, and *0640 opened in the December fiscal month.

| | | |
|---|---|---|
| *In re* Forever 21, Inc., et al. | Form No.: | MOR-1a |
| | Case No.: | 19-12122 |
| | Reporting Period: | 12/1/2019 - 1/4/2020 |

## Bank Reconciliations

The Debtors hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, bank reconciliations and journal entries.

The Debtors' standard practice is to ensure that bank reconciliations are completed before closing the books each reporting period.  I attest that each of the Debtors' bank accounts has been reconciled in accordance with their standard practices.

*/s/ Brad Sell*                                                                                    *2/8/2020*
Signature of Authorized Individual                                          Date


Brad Sell                                                                                            Chief Financial Officer
Printed Name of Authorized Individual                                   Title of Authorized Individual

In re Forever 21, Inc., et al.  
$ Figures in Thousands

Form No.: MOR-1b  
Case No.: 19-12122  
Reporting Period: 12/1/2019 - 1/4/2020

### Schedule of Professional Fees Paid

| Professional | Period Covered | Payor | Check Number | Check Date | Amount Paid This Period Fees | Expenses | Total | Amount Paid To-Date Fees | Expenses | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| ALIXPARTNERS HOLDINGS LLP | 9/29/19 - 10/31/19 | Forever 21, Inc. | Wire | 12/31/2019 | 335 | - | 335 | 335 | - | 335 |
| ALVAREZ & MARSAL HOLDINGS, LLC | 9/29/19 - 10/31/19 | Forever 21, Inc. | Wire | 12/6/2019 | 1,528 | - | 1,528 | 1,528 | - | 1,528 |
| FTI CONSULTING, INC. | 11/1/19 - 12/22/19 | Forever 21, Inc. | Wire | 12/13 & 12/31 | 339 | - | 339 | 339 | - | 339 |
| KIRKLAND & ELLIS LLP | 9/29/19 - 10/31/19 | Forever 21, Inc. | Wire | 12/31/2019 | 2,093 | - | 2,093 | 2,093 | - | 2,093 |
| KRAMER LEVIN NAFTALIS&FRANKEL LLP | 9/29/19 - 10/31/19 | Forever 21, Inc. | Wire | 12/31/2019 | 610 | - | 610 | 610 | - | 610 |
| MALFITANO ADVISORS, LLC | 9/29/19 - 10/31/19 | Forever 21, Inc. | Wire | 12/31/2019 | 12 | - | 12 | 12 | - | 12 |
| MORGAN, LEWIS & BOCKIUS, LLP | -- | -- | -- | -- | 0 | - | 0 | 128 | - | 128 |
| PRIME CLERK LLC | 11/1/19 - 11/30/20 | Forever 21, Inc. | Wire | Various | 491 | - | 491 | 1,613 | - | 1,613 |
| RETAIL CONSULTING SERVICES INC | Success Fee | Forever 21, Inc. | Wire | 12/13/2019 | 3,750 | - | 3,750 | 3,750 | - | 3,750 |
| SAUL EWING ARNSTEIN & LEHR LLP | 9/29/19 - 10/31/19 | Forever 21, Inc. | Wire | 12/31/2019 | 34 | - | 34 | 34 | - | 34 |
| SCHULTE | -- | -- | -- | -- | 0 | - | 0 | 131 | - | 131 |
| SIX SIGMA ACADEMY INTERNATIONAL LLC | 9/29/19 - 10/31/19 | Forever 21, Inc. | Wire | 12/13/2019 | 1,399 | - | 1,399 | 1,399 | - | 1,399 |
| **Total** | | | | | **$ 10,591** | **$ -** | **$ 10,591** | **$ 11,972** | **$ -** | **$ 11,972** |

*In re* Forever 21, Inc., et al.  
$ Figures in Thousands

Form No.: MOR-2  
Case No.: 19-12122  
Reporting Period: 12/1/2019 - 1/4/2020

### Debtor's Consolidating Income Statement 12/1/2019 - 1/4/2020 (Unaudited) [1]

| | Forever 21, Inc. | Alameda Holdings, LLC | Forever 21 International Holdings, Inc. | Forever 21 Logistics, LLC | Forever 21 Real Estate Holdings, LLC | Forever 21 Retail, Inc. | Innovative Brand Partners, LLC | Riley Rose, LLC |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| | 19-12122 | 19-12123 | 19-12124 | 19-12125 | 19-12126 | 19-12127 | 19-12128 | 19-12129 |
| Net Sales | $ 22,278 | $  - | $  - | $ 4,479 | $  - | $ 233,215 | $  - | $ 2,024 |
| Cost of Sales | 2,049 | - | - | 3,583 | - | 235,972 | - | 3,702 |
| Gross Profit | $ 20,228 | $  - | $  - | $ 896 | $  - | $ (2,757) | $  - | $ (1,678) |
| SG&A | 18,763 | - | - | 557 | - | 44,444 | - | 272 |
| Operating Income | $ 1,465 | $  - | $  - | $ 338 | $  - | $ (47,201) | $  - | $ (1,950) |
| Interest & Other Income | (581) | - | - | (37) | - | (1,965) | - | (8) |
| Income Before Provision For Tax | $ 2,046 | $  - | $  - | $ 375 | $  - | $ (45,236) | $  - | $ (1,941) |
| Provision For Income Taxes | (2,551) | - | - | - | - | 0 | - | - |
| Net Income | $ 4,597 | $  - | $  - | $ 375 | $  - | $ (45,236) | $  - | $ (1,941) |

*Notes:*

(1) The information contained herein is provided solely for the purpose of complying with the monthly reporting requirements applicable in the Debtors chapter 11 cases and is in a format acceptable to the United States Trustee. Further, all information contained herein is unaudited and subject to future adjustment. These statements do not include non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of Forever 21, Inc.

| In re Forever 21, Inc., et al. | | | | | | | Form No.: | MOR-3 |
|---|---|---|---|---|---|---|---|---|
| $ Figures in Thousands | | | | | | | Case No.: | 19-12122 |
| | | | | | | | Reporting Period: | 12/1/2019 - 1/4/2020 |

### Debtor's Consolidating Balance Sheet as of 9/29/2019 (Unaudited) [1]

| | Forever 21, Inc. 19-12122 | Alameda Holdings, LLC 19-12123 | Forever 21 International Holdings, Inc. 19-12124 | Forever 21 Logistics, LLC 19-12125 | Forever 21 Real Estate Holdings, LLC 19-12126 | Forever 21 Retail, Inc. 19-12127 | Innovative Brand Partners, LLC 19-12128 | Riley Rose, LLC 19-12129 |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| **Current Assets** | | | | | | | | |
| Cash and Equivalents [2] | $ 27,857 | $ - | $ - | $ - | $ - | $ 16,579 | $ - | $ 932 |
| Receivable from Lessors and Others | 2,012 | - | - | 2,632 | 8,191 | 632 | - | 1,061 |
| Intercompany Receivables [3] | 6,471,582 | - | 15,985 | 749,833 | 187,658 | 7,572,478 | - | (274) |
| Inventory | 91,793 | - | - | 735 | - | 185,094 | - | 15,949 |
| Other Current Assets [4] | 48,902 | 4 | (755) | 28,124 | 63 | 51,722 | - | 620 |
| **Total Current Assets** | $ 6,642,145 | $ 4 | $ 15,230 | $ 781,323 | $ 195,911 | $ 7,826,506 | $ - | $ 18,287 |
| | | | | | | | | |
| Property, Plant, & Equipment | 8,079 | - | - | 5,881 | 6,149 | 374,454 | - | 25,298 |
| Investment in Subs (Interco) [3] | 270,233 | - | 213,843 | - | - | - | - | 532 |
| Deferred Income Tax Assets | 179,643 | - | - | - | 84 | - | - | - |
| Intercompany Notes Receivable [3] | 444,950 | - | - | - | 51,578 | 5,100 | - | - |
| Other Long Term Assets | 8,462 | - | - | 122 | - | 10,698 | - | 9 |
| **Total Assets** | $ 7,553,513 | $ 4 | $ 229,073 | $ 787,326 | $ 253,722 | $ 8,216,758 | $ - | $ 44,125 |
| | | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | | |
| *Liabilities Not Subject to Compromise* | | | | | | | | |
| **Current Liabilities** | | | | | | | | |
| Accounts Payable | - | - | - | - | - | - | - | - |
| Accrued Expense | - | - | - | - | - | - | - | - |
| Intercompany Payable [3] | - | - | - | - | - | - | - | - |
| Line of Credit | - | - | - | - | - | - | - | - |
| **Total Current Liabilities** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| **Long Term Liabilities** | | | | | | | | |
| Deferred Rent and Tenant Allowance, Net | - | - | - | - | - | - | - | - |
| Other Long Term Liabilities | - | - | - | - | - | - | - | - |
| **Total Long Term Liabilities** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| *Liabilities Subject to Compromise* | | | | | | | | |
| **Current Liabilities** | | | | | | | | |
| Accounts Payable | 364,110 | - | - | 3,895 | - | 106,198 | - | 842 |
| Accrued Expense | 5,859 | - | - | 5,980 | (1) | 82,203 | - | 1,273 |
| Notes Payable | 15,081 | - | - | - | - | - | - | - |
| Intercompany Payable [3] | 6,735,243 | 2,584 | 15,109 | 613,701 | 86,243 | 7,198,209 | - | 52,392 |
| Related Party Payables | 20,000 | - | - | - | - | - | - | - |
| Income Taxes Payable | - | - | - | - | - | 863 | - | - |
| Line of Credit | 194,507 | - | - | - | - | - | - | - |
| **Total Current Liabilities** | $ 7,334,799 | $ 2,584 | $ 15,109 | $ 623,576 | $ 86,243 | $ 7,387,473 | $ - | $ 54,507 |
| | | | | | | | | |
| **Long Term Liabilities** | | | | | | | | |
| Deferred Rent and Tenant Allowance, Net | 278 | - | - | 156 | - | 261,572 | - | 9,726 |
| Other Long Term Liabilities [5] | 55,060 | - | 176 | 8,303 | 190 | 64,631 | - | - |
| **Total Long Term Liabilities** | $ 55,338 | $ - | $ 176 | $ 8,459 | $ 190 | $ 326,203 | $ - | $ 9,726 |
| | | | | | | | | |
| **Stockholders Equity** | | | | | | | | |
| Common Stock | 169 | - | - | - | - | - | - | - |
| Additional PIC | 1,105 | - | 212,866 | 1,109 | - | 29,443 | - | - |
| Retained Earnings | 162,111 | (2,580) | 922 | 154,183 | 167,289 | 473,639 | - | (20,108) |
| Accumulated Other Comprehensive Income / (Loss) | (8) | - | - | - | - | - | - | - |
| **Total Stockholders' Equity** | $ 163,376 | $ (2,580) | $ 213,788 | $ 155,291 | $ 167,289 | $ 503,082 | $ - | $ (20,108) |
| | | | | | | | | |
| **Total Liabilities & Equity** | $ 7,553,513 | $ 4 | $ 229,073 | $ 787,326 | $ 253,722 | $ 8,216,758 | $ - | $ 44,125 |

*Notes:*
(1) The information contained herein is provided solely for the purpose of complying with the monthly reporting requirements applicable in the Debtors chapter 11 cases and is in a format acceptable to the United States Trustee. Further, all information contained herein is unaudited and subject to future adjustment. These statements do not include non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of Forever 21, Inc. Reflects the same balance sheet as filed in the first monthly operating report on 12/13/19; excludes 2018 audit adjustments.
(2) Cash and cash equivalents includes credit card receivables as a majority of credit sales are received within 3 to 5 business days.
(3) Intercompany balances include all intercompany transactions recorded since inception and are presented on a gross basis. The accounts are under review by the company and are subject to change in future periods.
(4) Consists of prepaid expense, income taxes payable, and deferred income tax.
(5) Consists of deferred income tax liabilities, capital lease obligations, self insurance reserve, and unrecognized tax benefits.

| In re Forever 21, Inc., et al. | | | | | | | Form No.: | MOR-3a |
|---|---|---|---|---|---|---|---|---|
| $ Figures in Thousands | | | | | | | Case No.: | 19-12122 |
| | | | | | | | Reporting Period: | 12/1/2019 - 1/4/2020 |

| | Debtor's Consolidating Balance Sheet as of 1/4/2020 (Unaudited) [1] | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Forever 21, Inc. | Alameda Holdings, LLC | Forever 21 International Holdings, Inc. | Forever 21 Logistics, LLC | Forever 21 Real Estate Holdings, LLC | Forever 21 Retail, Inc. | Innovative Brand Partners, LLC | Riley Rose, LLC |
| | 19-12122 | 19-12123 | 19-12124 | 19-12125 | 19-12126 | 19-12127 | 19-12128 | 19-12129 |
| **ASSETS** | | | | | | | | |
| **Current Assets** | | | | | | | | |
| Cash and Equivalents [2] | $ 61,795 | $ - | $ - | $ 64 | $ - | $ 26,457 | $ - | $ - |
| Receivable from Lessors and Others | 3,831 | - | - | 2,992 | 239 | 19,390 | - | - |
| Intercompany Receivables [3] | 6,660,742 | - | 15,985 | 745,732 | 187,658 | 7,884,733 | - | - |
| Inventory | 89,894 | - | - | - | - | 47,307 | - | 13,003 |
| Other Current Assets [4] | 85,901 | 4 | - | 8,457 | 63 | 26,763 | - | 434 |
| **Total Current Assets** | $ 6,902,163 | $ 4 | $ 15,985 | $ 757,244 | $ 187,960 | $ 8,004,650 | $ - | $ 13,437 |
| | | | | | | | | |
| Property, Plant, & Equipment [6] | 11,537 | - | - | 12,160 | 72,969 | 224,689 | - | 11,052 |
| Investment in Subs (Interco) [3] | 270,233 | - | 213,843 | - | - | - | - | - |
| Deferred Income Tax Assets | 179,643 | - | - | - | 84 | - | - | - |
| Intercompany Notes Receivable [3] | 406,984 | - | - | - | 51,578 | 5,100 | - | - |
| Other Long Term Assets | 7,712 | - | - | 306 | - | 9,985 | - | 507 |
| **Total Assets** | $ 7,778,273 | $ 4 | $ 229,828 | $ 769,711 | $ 312,591 | $ 8,244,425 | $ - | $ 24,997 |
| | | | | | | | | |
| **LIABILITIES AND EQUITY** | | | | | | | | |
| *Liabilities Not Subject to Compromise* | | | | | | | | |
| **Current Liabilities** | | | | | | | | |
| Accounts Payable | 129,203 | - | - | 2,548 | - | 9,283 | - | 357 |
| Accrued Expense | 10,365 | - | - | 6,455 | - | 92,938 | - | 1,064 |
| Intercompany Payable [3] | 41,337 | - | - | 3,711 | 36 | 7,680 | - | 429 |
| Line of Credit | 75,000 | - | - | - | - | - | - | - |
| **Total Current Liabilities** | $ 255,905 | $ - | $ - | $ 12,714 | $ 36 | $ 109,900 | $ - | $ 1,850 |
| | | | | | | | | |
| **Long Term Liabilities** | | | | | | | | |
| Deferred Rent and Tenant Allowance, Net [5] | 278 | - | - | - | - | 226,964 | - | 0 |
| Other Long Term Liabilities [7] | 117,747 | - | - | - | - | - | - | - |
| **Total Long Term Liabilities** | $ 118,024 | $ - | $ - | $ - | $ - | $ 226,964 | $ - | $ 0 |
| | | | | | | | | |
| *Liabilities Subject to Compromise* | | | | | | | | |
| **Current Liabilities** | | | | | | | | |
| Accounts Payable | 319,556 | - | - | 7,027 | - | 101,388 | - | 2,005 |
| Accrued Expense [6] | 141,202 | - | - | 0 | 166,529 | 200 | - | 1 |
| Notes Payable | 20,857 | - | - | - | - | - | - | - |
| Intercompany Payable [3] | 7,032,848 | 2,584 | 15,109 | 583,020 | 86,211 | 7,310,348 | - | 50,618 |
| Related Party Payables | 20,000 | - | - | - | - | - | - | - |
| Income Taxes Payable | - | - | - | - | - | 5,078 | - | - |
| Line of Credit | - | - | - | - | - | - | - | - |
| Other Current Liabilities | 26,007 | - | 755 | - | - | - | - | - |
| **Total Current Liabilities** | $ 7,560,470 | $ 2,584 | $ 15,864 | $ 590,047 | $ 252,740 | $ 7,417,014 | $ - | $ 52,625 |
| | | | | | | | | |
| **Long Term Liabilities** | | | | | | | | |
| Other Long Term Liabilities [7] | 33,676 | - | 176 | 8,303 | 187 | 62,003 | - | - |
| Notes Payable - Related Party - Long Term | (2,010) | - | - | - | - | - | - | - |
| **Total Long Term Liabilities** | $ 31,666 | $ - | $ 176 | $ 8,303 | $ 187 | $ 62,003 | $ - | $ - |
| | | | | | | | | |
| **Stockholders Equity** | | | | | | | | |
| Common Stock | 169 | - | - | - | - | - | - | - |
| Additional PIC | 1,105 | - | - | - | - | - | - | - |
| Additional PIC (Interco) [3] | - | - | 212,866 | 1,109 | - | 29,443 | - | - |
| Retained Earnings | (189,059) | (2,580) | 922 | 157,538 | 59,628 | 399,101 | - | (29,478) |
| Accumulated Other Comprehensive Income / (Loss) | (8) | - | - | - | - | - | - | - |
| **Total Stockholders' Equity** | $ (187,794) | $ (2,580) | $ 213,788 | $ 158,647 | $ 59,628 | $ 428,544 | $ - | $ (29,478) |
| | | | | | | | | |
| **Total Liabilities & Equity** | $ 7,778,273 | $ 4 | $ 229,828 | $ 769,711 | $ 312,591 | $ 8,244,425 | $ - | $ 24,997 |

*Notes:*
(1) The information contained herein is provided solely for the purpose of complying with the monthly reporting requirements applicable in the Debtors chapter 11 cases and is in a format acceptable to the United States Trustee. Further, all information contained herein is unaudited and subject to future adjustment. These statements do not include non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of Forever 21, Inc.
(2) Cash and cash equivalents includes credit card receivables as a majority of credit sales are received within 3 to 5 business days.
(3) Intercompany balances include all intercompany transactions recorded since inception and are presented on a gross basis. The accounts are under review by the company and are subject to change in future periods.
(4) Consists of prepaid expense, income taxes payable, and deferred income tax.
(5) As a result of store closures during the month of November, approximately $51M of the deferrent rent liability was derecognized.
(6) As part of the Company's FY 2018 audit, the Company was required to defer the sale accounting of its HQ Office Building. Included in the audit adjustments, per ASC 840 sale and leaseback accounting, the Company recorded approximately $60 million of assets to Property Plant and Equipment within Forever 21 Real Estate Holdings LLC and recorded a $166 million sale leaseback liability to Accrued Expenses within Forever 21 Real Estate Holdings LLC.
(7) Consists of deferred income tax liabilities, capital lease obligations, self insurance reserve, and unrecognized tax benefits.

| | | |
|---|---|---|
| *In re* Forever 21, Inc., et al. | Form No.: | MOR-4 |
| | Case No.: | 19-12122 |
| | Reporting Period: | 12/1/2019 - 1/4/2020 |

## Status of Post-Petition Taxes of the Debtors

The Debtors have paid and are paying all undisputed post-petition taxes as they come due.

The Debtors have paid and are paying prepetition taxes in accordance with the Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 338].

Copies of tax returns filed during the Reporting Period are available upon request.

*/s/ Brad Sell*                                                                     *2/8/2020*
Signature of Authorized Individual                                   Date

Brad Sell                                                                                Chief Financial Officer
Printed Name of Authorized Individual                        Title of Authorized Individual

*In re* Forever 21, Inc., et al.  
$ Figures in Thousands

Form No: **MOR-5**  
Case No.: **19-12122**  
Reporting Period: **12/1/2019 - 1/4/2020**

**Accounts Payable (Post-Petition) Balance as of 1/4/20 (Unaudited)** [1] [2]

| A/P Aging | Current | 0 - 30 Days | 31 - 60 Days | Over 60 Days | Total A/P |
|---|---|---|---|---|---|
| Accounts Payable - Post | 81,689 | 52,442 | 5,503 | 1,757 | 141,391 |

*Notes:*
(1) The post petition accounts payable reported represents open and outstanding vendor invoices related to merchandise trade and general vendors that have been entered into the Debtors' accounts payable system. This summary does not include accruals for invoices not yet received or for invoices not yet entered into the Debtors' accounts payable system.
(2) The Debtors are currently in the process of reviewing the Accounts Payable aging buckets and the amounts reflected are subject to change in future periods.

*In re* Forever 21, Inc., et al.  
$ Figures in Thousands

Form No.: MOR-6  
Case No.: 19-12122  
Reporting Period: 12/1/2019 - 1/4/2020

**Accounts Receivable Balance as of 1/4/2020 (Unaudited) [1]**

| A/R Aging | Current | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Total A/R |
|---|---|---|---|---|---|---|
| Forever 21, Inc. | $ 1,788 | $ 215 | $ 217 | $ 216 | $ 1,395 | $ 3,832 |
| Forever 21 Logistics, LLC | - | - | - | - | 2,992 | 2,992 |
| Forever 21 Real Estate Holdings, LLC | - | - | - | - | 239 | 239 |
| Forever 21 Retail, Inc. | 4,997 | - | - | - | 14,392 | 19,389 |
| Riley Rose, LLC | - | - | - | - | - | - |
| Total Accounts Receivable | $ 6,785 | $ 215 | $ 217 | $ 216 | $ 19,018 | $ 26,452 |

*Notes:*

(1) Aged accounts receivable consists primarily of Tenant Allowance for Leasehold Improvements and Franchise Receivables.

| *In re* Forever 21, Inc., et al. | | Form No.: | MOR-7 |
| --- | --- | --- | --- |
| | | Case No.: | 19-12122 |
| | | Reporting Period: | 12/1/2019 - 1/4/2020 |

| | **Debtor Questionnaire** | | |
| --- | --- | --- | --- |
| | | **Yes** | **No** |
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. | Have all post-petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. | Are workers' compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. | Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X | |

*Notes:*
(1) Bank of America accounts *0584, *0589, *0602, *0607, *0626, and *0640 opened in the December fiscal month.