**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| FOREVER 21, INC., *et al.*,[1] | ) | Case No. 19-12122 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket Nos. 802, 854, 857** |

**NOTICE OF SUSPENDED AUCTION**

**PLEASE TAKE NOTICE** that on January 30, 2020, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, (E) Approving the Sale of the Debtors' Assets, and (F) Granting Related Relief* [Docket No. 802] (the  "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2]

**PLEASE TAKE FURTHER NOTICE** that, on February 4, 2020, the Bankruptcy Court entered the *Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Sale of the Debtors' Assets, and (E) Granting Related Relief* [Docket No. 854] (the "Order") approving Bidding

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928).  The location of the Debtors' service address is:  3880 N. Mission Road, Los Angeles, California 90031.

[2]   Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

Procedures to govern the sale of substantially all of the Debtors' assets (the "<u>Bidding Procedures</u>") and the Stalking Horse Bid (as defined herein).

**PLEASE TAKE FURTHER NOTICE** that on February 4, 2020, the Debtors filed the *Notice of Filing of Final Stalking Horse Purchase Agreement* [Docket No. 859] attaching the *Asset Purchase Agreement by and among Forever 21, Inc., the other Sellers Party Hereto, and SPARC Group F21, LLC* (the "<u>Stalking Horse Bid</u>") as <u>Exhibit A</u>.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order and the Bidding Procedures, the Auction was scheduled for February 10, 2020, at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Auction will not be proceeding on February 10, 2020 and the Debtors reserve the right to hold the Auction on an adjourned date.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have not yet received any Qualified Bids (other than the Stalking Horse Bid).

**PLEASE TAKE FURTHER NOTICE** that, subject to adjournment of the hearing, the Debtors will go forward with the hearing on February 11, 2020 to approve the Stalking Horse Bid as the Successful Bidder absent further notice (including as a result of any adjourned Auction).

**PLEASE TAKE FURTHER NOTICE** that in the event the hearing to approve the Stalking Horse Bid as the Successful Bidder is continued or the Auction is rescheduled the Debtors will file a notice on the Bankruptcy Court's docket before February 10, 2020 at 3:00 p.m. *prevailing Eastern Time.*

Dated:  February 9, 2020            */s/ Laura Davis Jones*
Wilmington, Delaware                Laura Davis Jones (DE Bar No. 2436)
                                    James E. O'Neill (DE Bar No. 4042)
                                    Timothy P. Cairns (DE Bar No. 4228)
                                    **PACHULSKI STANG ZIEHL & JONES LLP**
                                    919 North Market Street, 17th Floor
                                    P.O. Box 8705
                                    Wilmington, Delaware 19899-8705 (Courier 19801)
                                    Telephone:      (302) 652-4100
                                    Facsimile:      (302) 652-4400
                                    Email:          ljones@pszjlaw.com
                                                    joneill@pszjlaw.com
                                                    tcairns@pszjlaw.com

                                    -and-

                                    Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
                                    Aparna Yenamandra (admitted *pro hac vice*)
                                    **KIRKLAND & ELLIS LLP**
                                    **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                    601 Lexington Avenue
                                    New York, New York 10022
                                    Telephone:      (212) 446-4800
                                    Facsimile:      (212) 446-4900
                                    Email:          jsussberg@kirkland.com
                                                    aparna.yenamandra@kirkland.com

                                    -and-

                                    Anup Sathy, P.C. (admitted *pro hac vice*)
                                    **KIRKLAND & ELLIS LLP**
                                    **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                    300 North LaSalle Street
                                    Chicago, Illinois 60654
                                    Telephone:      (312) 862-2000
                                    Facsimile:      (312) 862-2200
                                    Email:          asathy@kirkland.com

                                    *Co-Counsel for the Debtors and Debtors in Possession*