## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FOREVER 21, INC., *et al.*,[1] | ) | Case No. 19-12122 (KG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Re: Docket Nos. 802, 854, 857** |
|  | ) |  |
|  | ) | **Rescheduled Hearing Time: February 11,** |
|  | ) | **2020, at 1:00 p.m. (ET)** |

## NOTICE OF RESCHEDULED SALE HEARING AND CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE** that on January 30, 2020, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving the Form and Manner of Notice Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, (E) Approving the Sale of the Debtors' Assets, and (F) Granting Related Relief* [Docket No. 802] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2]

**PLEASE TAKE FURTHER NOTICE** that, on February 4, 2020, the Bankruptcy Court entered the *Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors' Assets, (B) Approving the Form and Manner of Notice*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928).  The location of the Debtors' service address is:  3880 N. Mission Road, Los Angeles, California 90031.

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the Motion.

*Thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving the Sale of the Debtors'*
*Assets, and (E) Granting Related Relief* [Docket No. 854] (the "<u>Order</u>") approving Bidding
Procedures to govern the sale of substantially all of the Debtors' assets (the "<u>Bidding Procedures</u>").

   **PLEASE TAKE FURTHER NOTICE** that on February 9, 2020, the Debtors filed the
*Notice of Suspended Auction* [Docket No. 884] providing notice that the Auction would not be
proceeding on February 10, 2020, as previously scheduled.

   **PLEASE TAKE FURTHER NOTICE** that the Auction is cancelled.

   **PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Debtors' request to
approve the Stalking Horse Bid as the Successful Bidder absent further notice (the "<u>Sale Hearing</u>")
was scheduled for February 11, 2020, at 10:00 a.m. (prevailing Eastern Time).

   **PLEASE TAKE FURTHER NOTICE** that the Sale Hearing has been rescheduled to
**<u>February 11, 2020, at 1:00 p.m.</u>** (prevailing Eastern Time) before the Honorable Kevin Gross,
United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of
Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

Dated:  February 10, 2020
Wilmington, Delaware

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:     (302) 652-4400
Email:          ljones@pszjlaw.com
                    joneill@pszjlaw.com
                    tcairns@pszjlaw.com

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:          jsussberg@kirkland.com
                    aparna.yenamandra@kirkland.com

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:          asathy@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*