**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | ) ) ) | Case No. 19-12122 (MFW) |
| Debtors. | ) ) ) | (Jointly Administered) **Ref. Docket No. 939** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED)
REGARDING FOURTH MONTHLY FEE STATEMENT OF KIRKLAND & ELLIS LLP
AND KIRKLAND & ELLIS INTERNATIONAL LLP FOR ALLOWANCE OF AN
ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FROM JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

The undersigned hereby certifies that:

1. On February 14, 2020, Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "K&E") counsel to the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Fourth Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 1, 2020 through January 31, 2020* [Docket No. 939] (the "Fee Statement") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice of the Fee Statement, objections to the relief requested in the Fee Statement were to be filed and served no later than March 6, 2020, at 4:00 p.m. prevailing Eastern Time.

3. The undersigned certifies that the Court's docket has been reviewed in this case and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

no answer, objection, or other responsive pleading to the Fee Statement appears thereon.

4.  Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* entered by this Court on October 28, 2019 [Docket No. 339], the Debtors are authorized to pay K&E $2,055,214.00, which represents 80% of the fees ($2,569,017.50), and $10,570.84, which represents 100% of the expenses requested in the Fee Statement, for the period from January 1, 2020 through and including January 31, 2020, upon the filing of this certificate of no objection and without the need for entry of a Court order approving the Fee Statement.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: March 9, 2020<br>Wilmington, Delaware | */s/ Timothy P. Cairns* |

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400
Email:   ljones@pszjlaw.com
   joneill@pszjlaw.com
   tcairns@pszjlaw.com

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*