**Exhibit 1**

**GOB Closing Store List**

**Forever 21**
GOB Closing Store List

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address | Anticipated Sale End Date |
|---|---|---|---|---|---|---|
| 93 | Annapolis Mall | Annapolis Mall Owner LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner), Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 1115 Annapolis Mall #173<br>Annapolis, MD 21401 | April 26, 2020 unless otherwise agreed by landlord |
| 239 | Brandon Town Center | Brandon Shopping Center Partners, LTD | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner), Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 566 Brandon Town Center<br>Brandon, FL 33511 | April 26, 2020 unless otherwise agreed by landlord |
| 2165 | Broward | Broward Mall, LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner), Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 800 W Broward Blvd.<br>Space 1301<br>Plantation, FL 33388 | April 26, 2020 unless otherwise agreed by landlord |

**Forever 21**
GOB Closing Store List

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address | Anticipated Sale End Date |
|---|---|---|---|---|---|---|
| 81 | Countryside | Countryside Mall LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner), Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 27001 U.S Highway 19 N. Ste #2030<br>Clearwater, FL 33761 | April 26, 2020 unless otherwise agreed by landlord |
| 792 | Galleria @ Roseville | Roseville Shoppingtown LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>11601 Wilshire Boulevard<br>11th Floor<br>Los Angeles, CA 90025<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner), Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 1173 Galleria Blvd. P107<br>Roseville, CA 95678 | April 26, 2020 unless otherwise agreed by landlord |
| 735 | Garden State Plaza | Westland Garden State Plaza Limited Partnership | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>& | Store Lease | 1 Garden State Plaza Space #B11<br>Paramus, NJ 07652 | April 26, 2020 unless otherwise agreed by landlord |

**Forever 21**
GOB Closing Store List

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address | Anticipated Sale End Date |
|---|---|---|---|---|---|---|
| | | | c/o URW (Westfield)<br>11601 Wilshire Boulevard<br>11th Floor<br>Los Angeles, CA 90025<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner),<br>Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | | | |
| 695 | Mission Valley | Mission Valley Shoppingtown LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner),<br>Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 1640 Camino Del Rio<br>San Diego, CA 92108 | April 26, 2020 unless otherwise agreed by landlord |

**Forever 21**
GOB Closing Store List

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address | Anticipated Sale End Date |
|---|---|---|---|---|---|---|
| 61 | Montgomery Mall | Montgomery Mall LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>11601 Wilshire Boulevard<br>11th Floor<br>Los Angeles, CA 90025<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner),<br>Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 7101 Democracy Blvd<br>Space 1252<br>Bethesda, MD 20817 | April 26, 2020 unless otherwise agreed by landlord |
| 34 | North County Shopping Center | EWH Escondido Associates, L.P.<br><br>&<br><br>North County Fair LP | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner),<br>Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 200 E Via Rancho Pkwy<br>Ste 3000<br>Escondido, CA 92025 | April 26, 2020 unless otherwise agreed by landlord |

**Forever 21**
GOB Closing Store List

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address | Anticipated Sale End Date |
|---|---|---|---|---|---|---|
| 49 | Oakridge Mall | Oakridge Mall LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner),<br>Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 925 Blossom Hill Road #X-15<br>San Jose, CA 95123 | April 26, 2020 unless otherwise agreed by landlord |
| 726 | Old Orchard | Old Orchard Urban Limited Partnership | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>11601 Wilshire Boulevard<br>11th Floor<br>Los Angeles, CA 90025<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner),<br>Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 4999 Old Orchard Center #J6<br>Skokie, IL 60077 | April 26, 2020 unless otherwise agreed by landlord |
| 150 | Palm Desert | WEA Palm Desert LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>& | Store Lease | 72840 Highway 11<br>Ste. T-393<br>Palm Desert, CA, 92260 | April 26, 2020 unless otherwise agreed by landlord |

**Forever 21**
GOB Closing Store List

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address | Anticipated Sale End Date |
|---|---|---|---|---|---|---|
| | | | c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner), Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | | | |
| 753 | Plaza Bonita | Plaza Bonita LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>11601 Wilshire Boulevard<br>11th Floor<br>Los Angeles, CA 90025<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner), Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 3030 Plaza Bonita Rd. #2100<br>National City, CA 91950 | April 26, 2020 unless otherwise agreed by landlord |
| 3542 | Santa Anita Mall | Santa Anita Shoppingtown LP | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner), Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 400 South Baldwin Ave<br>Arcadia, CA 91007 | April 26, 2020 unless otherwise agreed by landlord |
| 238 | Sherman Oaks | Sherman Oaks Fashion Associates, | c/o URW (Westfield)<br>2049 Century Park East | Store Lease | 14006 Riverside Drive<br>Space #244 | April 26, 2020 unless otherwise agreed by |

**Forever 21**
GOB Closing Store List

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address | Anticipated Sale End Date |
|---|---|---|---|---|---|---|
| | Fashion Square | LP | 41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner), Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | | Sherman Oaks, CA 91423 | landlord |
| 87 | South Shore Mall | Westland South Shore Mall, L.P. | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner), Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 1701 Sunrise Hwy<br>#D10<br>Bay Shore, NY 11706 | April 26, 2020 unless otherwise agreed by landlord |
| 751 | Southcenter Mall | Southcenter Owner LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner), Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 836 Southcenter Mall<br>Tukwila, WA 98188 | April 26, 2020 unless otherwise agreed by landlord |
| 292 | Sunrise Mall | Sunrise Mall LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067 | Store Lease | 1107 Sunrise Mall<br>Massapequa, NY 11758 | April 26, 2020 unless otherwise agreed by landlord |

**Forever 21**
GOB Closing Store List

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address | Anticipated Sale End Date |
|---|---|---|---|---|---|---|
| | | | & <br><br> c/o URW (Westfield) <br> 11601 Wilshire Boulevard <br> 11th Floor <br> Los Angeles, CA 90025 <br><br> & <br><br> c/o URW (Westfield) <br> Attn: Niclas A. Ferland (Partner), <br> Barclay Damon <br> 545 Long Wharf Drive <br> New Haven, CT 06511 | | | |
| 756 | Topanga Plaza | Westfield Topanga Owner LLC | c/o URW (Westfield) <br> 2049 Century Park East <br> 41st Floor <br> Los Angeles, CA 90067 <br><br> & <br><br> c/o URW (Westfield) <br> 11601 Wilshire Boulevard <br> 11th Floor <br> Los Angeles, CA 90025 <br><br> & <br><br> c/o URW (Westfield) <br> Attn: Niclas A. Ferland (Partner), <br> Barclay Damon <br> 545 Long Wharf Drive <br> New Haven, CT 06511 | Store Lease | 6600 Topanga Canyon Blvd Space #53 <br> Canoga Park, CA 91303 | April 26, 2020 unless otherwise agreed by landlord |
| 59 | Trumbull Shopping Center | Trumbull Shopping Center #2 LLC | c/o URW (Westfield) <br> 2049 Century Park East <br> 41st Floor <br> Los Angeles, CA 90067 | Store Lease | 5065 Main Street #178 <br> Trumbull, CT 06611 | April 26, 2020 unless otherwise agreed by landlord |

**Forever 21**
GOB Closing Store List

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address | Anticipated Sale End Date |
|---|---|---|---|---|---|---|
| | | | & <br><br> c/o URW (Westfield) <br> 11601 Wilshire Boulevard <br> 11th Floor <br> Los Angeles, CA 90025 <br><br> & <br><br> c/o URW (Westfield) <br> Attn: Niclas A. Ferland (Partner), <br> Barclay Damon <br> 545 Long Wharf Drive <br> New Haven, CT 06511 | | | |

**Forever 21**
GOB Closing Store List

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address | Anticipated Sale End Date |
|---|---|---|---|---|---|---|
| 38 | University Town Center | UTC Venture LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner), Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 4545 La Jolla Village Drive Suite #H10<br>San Diego, CA 92122 | April 26, 2020 unless otherwise agreed by landlord |
| 314 | Valencia Town Center | Valencia Town Center Venture, L.P. | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner), Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 24201 W. Valencia Blvd. #139<br>Valencia, CA 91355 | April 26, 2020 unless otherwise agreed by landlord |
| 766 | Valley Fair | VF Mall LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>11601 Wilshire Boulevard<br>11th Floor<br>Los Angeles, CA 90025<br><br>& | Store Lease | 2855 Stevens Creek Blvd, Unit #2522<br>Santa Clara, 95050 | April 26, 2020 unless otherwise agreed by landlord |

**Forever 21**
GOB Closing Store List

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address | Anticipated Sale End Date |
|---|---|---|---|---|---|---|
| | | | c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner),<br>Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | | | |
| 784 | Westfield Culver City | Culver City Mall LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>11601 Wilshire Boulevard<br>11th Floor<br>Los Angeles, CA 90025<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner),<br>Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 6000 Sepulveda Blvd.<br>Space #1331<br>Culver City, CA 90230 | April 26, 2020 unless otherwise agreed by landlord |
| 60 | Westfield Meriden | Meriden Square Partnership | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner),<br>Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 470 Lewis Avenue<br>Space 50<br>Meriden, CT 06450 | April 26, 2020 unless otherwise agreed by landlord |

**Forever 21**
GOB Closing Store List

| Store # | Store Name | Counterparty Name | Counterparty Address | Contract Description | Store Address | Anticipated Sale End Date |
|---|---|---|---|---|---|---|
| 182 | Wheaton Mall | Wheaton Plaza Regional Shopping Center LLC | c/o URW (Westfield)<br>2049 Century Park East<br>41st Floor<br>Los Angeles, CA 90067<br><br>&<br><br>c/o URW (Westfield)<br>11601 Wilshire Boulevard<br>11th Floor<br>Los Angeles, CA 90025<br><br>&<br><br>c/o URW (Westfield)<br>Attn: Niclas A. Ferland (Partner), Barclay Damon<br>545 Long Wharf Drive<br>New Haven, CT 06511 | Store Lease | 11160 Veirs Mills Road<br>Silver Spring, MD 20902 | April 26, 2020 unless otherwise agreed by landlord |