IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 1004, 1088** |

**CERTIFICATION REGARDING DEBTORS' PROPOSED
AMENDED ORDER (I) SETTING A BAR DATE FOR
FILING PROOFS OF ADMINISTRATIVE CLAIMS,
(II) ESTABLISHING ADMINISTRATIVE CLAIMS PROCEDURES,
(III) APPROVING THE FORM AND MANNER OF FILING PROOFS
OF ADMINISTRATIVE CLAIMS, (IV) APPROVING NOTICE OF THE
ADMINISTRATIVE CLAIM BAR DATE, AND (V) GRANTING RELATED RELIEF**

The undersigned counsel for the above captioned debtors and debtors in possession (the "Debtors") hereby certifies that:

1. On March 4, 2020, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Setting a Bar Date for Filing Proofs of Administrative Claims, (II) Establishing Administrative Claims Procedures, (III) Approving the Form and Manner of Filing Proofs of Administrative Claims, (IV) Approving Notice of the Administrative Claims Bar Date, and (V) Granting Related Relief* (the "Motion") [Docket No. 1004] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

2. On March 24, 2020, the Court entered the *Order (I) Setting a Bar Date for Filing Proofs of Administrative Claims, (II) Establishing Administrative Claims Procedures, (III) Approving the Form and Manner of Filing Proofs of Administrative Claims, (IV) Approving Notice of the Administrative Claims Bar Date, and (V) Granting Related Relief* (the "Original Order") [Docket No. 1088]. The Original Order set the Administrative Claims Bar Date for May 1, 2020.

3. After entry of the Original Order, a number of creditors asked estate professionals for additional time to file administrative expense claims due to delays communicating with clients as a result of the global coronavirus (COVID-19) pandemic. The Debtors agree that an extension of the Administrative Claims Bar Date is appropirate.

4. Attached hereto as **Exhibit A** is an amended proposed order (the "Amended Order") that sets the Administrative Claims Bar Date for June 1, 2020 and extends the deadline for service of the bar date notice by one week.

5. Attached hereto as **Exhibit B** is a blackline comparing the Amended Order to the Orignal Order.

6. Accordingly, the Debtors respectfully request entry of the Amended Order attached hereto as **Exhibit A** at the Court's convenience.

| | |
|---|---|
| Dated: March 25, 2020<br>Wilmington, Delaware | /s/ Timothy P. Cairns<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Timothy P. Cairns (DE Bar No. 4228)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: jsussberg@kirkland.com<br>aparna.yenamandra@kirkland.com<br><br>-and-<br><br>Anup Sathy, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: asathy@kirkland.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |