# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | ) ) ) | Case No. 19-12122 (MFW) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | ) | **Docket Ref. Nos. 188, 388** |

**AMENDED ORDER AUTHORIZING THE DEBTORS TO (I) RETAIN ALVAREZ & MARSAL NORTH AMERICA, LLC TO PROVIDE THE DEBTORS A CHIEF RESTRUCTURING OFFICER AND CERTAIN ADDITIONAL PERSONNEL AND (II) DESIGNATE JONATHAN GOULDING AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

Upon the application (the "Application") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order, pursuant to sections 105(a) and 363(b) of title 11 of the United States Code (the "Bankruptcy Code"), for authorization to retain Alvarez & Marsal North America, LLC ("A&M") to provide the Debtors with a Chief Restructuring Officer and certain Additional Personnel (as described in the Application)[2] and designate Jonathan Goulding as the Debtors' CRO; and upon entry of the *Order Authorizing the Debtors, Pursuant to 11 U.S.C. §§ 105(a) and 363(b), to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

[2] Capitalized terms not defined herein shall have the meaning as provided in the Application.

1

*Personnel and (II) Designate Jonathan Goulding as Chief Restructuring Officer for the Debtors Nunc Pro Tunc to the Petition Date* (the "Original Order") [Docket No. 388] approving the retention of A&M to provide the Debtors with a Chief Restructuring Officer and certain Additional Personnel (as described in the Application) and designating Jonathan Goulding as the Debtors' CRO, *nunc pro tunc* to the Petition Date on the terms set forth in the Engagement Letter annexed to the Application, as modified by the Original Order; and the Court being satisfied, based on the representations made by the Debtors and the status of these cases, that an amendment of the Original Order is necessary and in the best interests of the Debtors and the Debtors' estates; and after due deliberation and good and sufficient cause appearing, it is HEREBY ORDERED THAT:

1. The Original Order is amended as set forth herein.

2. Effective March 1, 2020, the Debtors shall terminate payment of a flat monthly payment for the CRO services. For all services provided to the Debtors by the CRO from and after March 1, 2020, A&M will be paid at Mr. Goulding's customary hourly billing rate. The maximum amount of fees requested by the CRO shall not exceed $175,000 per month.

3. Other than the changes described herein, all terms of the Original Order, and all terms of the A&M retention as described in the Application and Engagement Letter, as modified by the Original Order, shall remain unaffected.

4. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order and the Debtors' engagement of A&M and the CRO during the pendency of these chapter 11 cases.

Dated: March 31st, 2020
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE