# CERTIFICATE OF SERVICE

I, J. Cory Falgowski, hereby certify that on April 14, 2020, I served or caused to be served the foregoing document upon the persons listed below as indicated:

**Via Electronic Mail**

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801
Email:  ljones@pszjlaw.com
           joneill@pszjlaw.com
           tcairns@pszjlaw.com
(Co-Counsel for Debtors)

Juliet M. Sarkessian
U.S. Trustee's Office
844 King Street
Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Email:  juliet.m.sarkessian@usdoj.gov
(U.S. Trustee)

Joshua A. Sussberg, P.C.
Aparna Yenamandra
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Email:  jsussberg@kirkland.com
           aparna@kirkland.com
(Counsel for Debtors)

Anup Sathy, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
Email:  asathy@kirkland.com
(Counsel for Debtors)

Brad Eric Scheler
Jennifer Rodburg
Gary Kaplan
Buyer, Fried, Frank, Harris,
Shriver & Jacobson LLP
One New York Plaza
New York, NY  10004
Email:  brad.eric.scheler@friedfrank.com
           Jennifer.rodburg@friedfrank.com
           Gary.kaplan@friedfrank.com
(Counsel for Buyer)

Robert J. Dehney
Matthew B. Harvey
Paige N. Topper
1201 N. Market Street, 16th Floor
Wilmington, DE  19801
Email:  rdehney@mnat.com
           mharvey@mnat.com
           ptopper@mnat.com
(Counsel for Buyer)

Lucian B. Murley
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, Suite 2300
Wilmington, DE  19801
Email:  luke.murley@saul.com
(Counsel for Creditors' Committee)

Adam Rogoff
Nathaniel Allard
Kramer Levin Naftalis & Frankell LLP
1117 Avenue of the Americas
New York, NY  10036
Email:  arogoff@kramerlevin.com
           nallard@kramerlevin.com
(Counsel for Creditors' Committee)

*/s/  J. Cory Falgowski*
J. Cory Falgowski (DE No. 4546)