# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (MFW) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Objection Deadline:** |
|  | ) **May 6, 2020, at 4:00 p.m. (ET)** |

## NOTICE OF FOREIGN CLAIM
## SETTLEMENT WITH FOREVER 21 JAPAN RETAIL, LLC

**PLEASE TAKE NOTICE** that on April 3, 2020, the Bankruptcy Court entered the *Order (I) Authorizing and Approving Procedures for Settling Claims Against Foreign Subsidiaries and (II) Granting Related Relief* [Docket No. 1124] (the "Foreign Claim Settlement Procedures Order")[2] in the above-captioned chapter 11 cases, (a) authorizing and approving procedures pursuant to which the Debtors may waive and/or settle intercompany receivables (the "Foreign Claims") against foreign non-Debtor subsidiaries (each subsidiary, a "Foreign Subsidiary"), and (b) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in the reasonable exercise of their business judgement, desire to waive the Foreign Claim against Forever 21 Japan Retail, LLC ("Forever 21 Japan") and enter into, execute, and consummate a written agreement of settlement to that effect (the "Japan Settlement") in accordance with the procedures set forth in the Foreign Claim Settlement Procedures Order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031. Capitalized terms used but not otherwise defined herein have the meanings given to such terms in the DIP Order.

[2] Capitalized terms not defined in this notice shall have the meanings ascribed to them in the Foreign Claim Settlement Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Foreign Claim Settlement Procedures, described below are the current proposed key terms and considerations relating to the Japan Settlement:

| Settlement Description | |
|---|---|
| Name of Foreign Subsidiary against whom Debtors have the Foreign Claim | Forever 21 Japan Retail, LLC |
| Amount of the Foreign Claim | $139,036,071 |
| Basis of Foreign Claim | The Debtors shipped merchandise to Forever 21 Japan for which they were not paid in full. |
| Amount of Proposed Foreign Claim Settlement | The Debtors propose to waive any and all claims held against Forever 21 Japan. |
| Whether the subsidiary is a Designated Foreign Subsidiary | Forever 21 Japan is not a Designated Foreign Subsidiary. |
| Rationale for entering the Foreign Claim Settlement | Forever 21 Japan does not hold enough proceeds to satisfy any portion of the Foreign Claim against Forever 21 Japan, such that waiving the Foreign Claim against Forever 21 Japan does not prejudice the interests of the Debtors, their estates, and any other party in interest. Specifically, as of the end of 2019, Forever 21 Japan (a) owes approximately JP¥ 2.5 billion in first priority claims (net of any security deposits set-offs) and approximately JP¥ 6.2 billion in second priority claims to its various landlords (collectively, the "Japan Landlord Claims") and (b) holds approximately JP¥ 360 million in cash in the aggregate available for distribution (net of anticipated close-down costs). Because Forever 21 Japan does not hold enough cash to satisfy the Japan Landlord Claims in full and because the Debtors' claim would be subordinated to the Japan Landlord Claims, the Debtors cannot expect any recovery on account of the Foreign Claim against Forever 21 Japan. Additionally, the Debtors believe that the speedy liquidation of Forever 21 Japan serves the interests of the Debtors and their estates and that the Japan Settlement is the most efficient way to achieve that goal. |

**PLEASE TAKE FURTHER NOTICE** that, under the Foreign Claim Settlement Procedures Order, the Debtors may enter into the Japan Settlement if no objections to the terms of the Japan Settlement are filed with the Bankruptcy Court within twenty-one (21) days after the date of service of this notice and, in the absence of any objection, the Debtors obtain an order approving such Japan Settlement by filing a certificate of no objection and submitting a proposed order to the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY ENTER AN ORDER APPROVING THE JAPAN SETTLEMENT WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** that copies of the Foreign Claim Settlement Procedures Order and all documents filed in these chapter 11 cases are available free of charge by visiting http://cases.primeclerk.com/Forever21 or by calling the Debtors' restructuring hotline at (877) 510-9565. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at https://ecf.deb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Signature on next page*]

| Dated: April 15, 2020 | */s/ Laura Davis Jones* |
| Wilmington, Delaware | Laura Davis Jones (DE Bar No. 2436) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | joneill@pszjlaw.com |
| | tcairns@pszjlaw.com |

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jsussberg@kirkland.com
aparna.yenamandra@kirkland.com

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: asathy@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*