# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | ) ) ) | Case No. 19-12122 (MFW) |
| Debtors. | ) ) ) | (Jointly Administered) |

### THIRD NOTICE OF REJECTION OF
### CERTAIN EXECUTORY CONTRACTS

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND THE DESCRIPTION OF THEIR CONTRACTS ON SCHEDULE 1 ATTACHED HERETO AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

**PLEASE TAKE NOTICE** that on October 28, 2019, the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court") entered the *Order (I) Authorizing (A) Entry Into and Performance Under the Asset Purchase Agreement, (B) the Sale of the Debtors' Assets to the Buyer, and (C) the Buyer to Conduct Store Closings and Going Out of Business Sales, and (II) Granting Related Relief* (the "Sale Order") [Docket No. 927].[2]

**PLEASE TAKE FURTHER NOTICE** on February 4, 2020 the Debtors, at the direction of the Buyer, filed the *Notice of First Amendment to Asset Purchase Agreement* [Docket 1123] (the "First Amendment to Asset Purchase Agreement"). The First Amendment to Asset Purchase

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Sale Order.

Agreement extended the Designation Rights Period for executory contracts to July 25, 2020, in accordance with the procedures established in the Asset Purchase Agreement and the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that by this written notice (this "Rejection Notice"), the Debtors, at the direction of Buyer, hereby notify each Contract counterparty listed in **Schedule 1** attached hereto that all Contracts by and between that Contract counterparty and the Debtors are hereby rejected effective as of June 10, 2020, unless otherwise indicated herein.[3]

**PLEASE TAKE FURTHER NOTICE** that, parties seeking to object to the proposed rejection of any of the Contracts must file and serve a written objection so that such objection is filed with the Court on the docket of the Debtors' chapter 11 cases and is served on the Debtors and the following parties no later than 14 days after the date of service of this Notice (the "Rejection Objection Deadline"): (a) counsel for the Debtors, Kirkland & Ellis LLP, 601 Lexington Ave, New York, New York 10022 Attn: Joshua A. Sussberg, P.C. (jsussberg@kirkland.com) and Aparna Yenamandra (aparna.yenamandra@kirkland.com) and Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Anup Sathy, P.C. (asathy@kirkland.com); (b) co-counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones (ljones@pszjlaw.com), James E. O'Neill (jo'neill@pszjlaw.com), and Timothy P. Cairns (tcairns@pszjlaw.com); (c) counsel to the Buyer, Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York 10004,

---

[3] As noted in *Debtors' First Omnibus Motion For Entry of an Order Approving the Assumption and Assignment of Executory Contracts to F21 OpCo, LLC* [Docket 1290] and in *Debtors' Second Omnibus Motion For Entry of an Order Approving the Assumption and Assignment of Executory Contracts to F21 OpCo, LLC* [Docket 1291], the Debtors have organized their books and records by Contract counterparty, and such books and records do not contain the titles of individual Contracts, but instead include a general contract description. Accordingly, **Schedule 1** of this Rejection Notice is also organized by Contract counterparty, and such **Schedule 1** includes a general description of all of the Contracts by and between the Debtors and the applicable Contract counterparty.

Attn: Jennifer Rodburg (jennifer.rodburg@friedfrank.com), Andrew Minear (andrew.minear@friedfrank.com), and Matthew Rowe (matthew.rowe@friedfrank.com); (d) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Juliet M. Sarkessian (Juliet.M.Sarkessian@usdoj.gov); (e) counsel to the Creditors' Committee, Kramer Levin Naftalis & Frankel LLP, 1117 Avenue of the Americas, New York, New York 10036, Attn: Adam Rogoff (arogoff@kramerlevin.com) and Nathaniel Allard (nallard@kramerlevin.com).[4]

**PLEASE TAKE FURTHER NOTICE** that, absent an objection being timely filed, the rejection of all Contracts by and between the Debtors and the Contract counterparties listed on **Schedule 1** shall become effective as of June 10, 2020, unless otherwise indicated herein, or such other date as the Buyer and the counterparty to such Contract agree.[5]

**PLEASE TAKE FURTHER NOTICE** that, if a Contract counterparty's objection is timely filed and not withdrawn or resolved, the Debtors shall file a notice for a hearing to consider the Contract counterparty's objection and serve such notice on the objecting party by overnight delivery service no later than seven (7) days prior to the hearing date. If such objection is overruled or withdrawn, all Contracts by and between the Debtors and the applicable Contract counterparty

---

[4] As noted above, the Debtors are rejecting all contracts by and between the Debtors and the applicable Contract counterparty listed in **Schedule 1** below. Any objection to the rejection of Contracts by and between the Debtors and the applicable Contract counterparty listed in this Rejection Notice shall not constitute an objection to the rejection of other Contracts by and between the Debtors and other Contract counterparties listed in this Rejection Notice. Any objection to the rejection of a Contract by and between the Debtors and the applicable Contract counterparty listed in this Rejection Notice must state with specificity the Contract counterparty to which such objection is directed. For each particular Contract counterparty whose rejection is not timely or properly objected to, the rejection of all of the Contracts by and between the Debtors and that Contract counterparty shall be effective in accordance with this Rejection Notice and the Sale Order.

[5] The Debtors and the Buyer reserve their rights to amend the attached **Schedule 1** of this Rejection Notice to remove Contract counterparties before the Rejection Objection Deadline.

shall be rejected as of the applicable rejection date set forth herein or such other date as the Buyer and the counterparty to any such Contract agree.

**PLEASE TAKE FURTHER NOTICE** that, to the extent you wish to assert a claim with respect to rejection of your Contract or Contracts, you must do so by the later of (a) the claims bar date established in these chapter 11 cases, if any, and (b) thirty (30) days after the later of (A) the Rejection Objection Deadline set forth above, if no objection is filed, (B) the date that all such filed objections have either been overruled or withdrawn, and (C) the date the Court enters the order approving rejection. IF YOU FAIL TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM BY THE DEADLINE SET FORTH HEREIN, YOU WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: June 10, 2020<br>Wilmington, Delaware | */s/ James E. O'Neill*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Timothy P. Cairns (DE Bar No. 4228)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>-and-<br><br>Anup Sathy, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |