# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (MFW) |
| Debtors. | ) (Jointly Administered) |

**Objection Deadline: August 14, 2020 at 4:00 p.m. (ET)**
**Hearing Date: To be determined.**

## NOTICE OF SECOND INTERIM AND FINAL FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF CONNOR GROUP GLOBAL SERVICES, LLC, TECHNICAL ACCOUNTING CONSULTANT AND ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH FEBRUARY 18, 2020

TO: (a) the U.S. Trustee for the District of Delaware; (b) the Debtors; (c) counsel to the Official Committee of Unsecured Creditors; (d) counsel to the administrative agent under the Debtors' prepetition revolving credit facility and the Debtors' debtor in possession ABL financing facility; (d) counsel to the administrative agent under the Debtors' debtor in possession term loan facility; (e) counsel to certain majority equity holders for Debtor Forever 21, Inc.; and (f) those parties requesting notice pursuant to rule 2002 of the Bankruptcy Rules.

**PLEASE TAKE NOTICE** that on July 24, 2020, Connor Group Global Services, LLC, technical accounting consultant and advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed and served the *Second Interim and Final Fee Application for Compensation for Services Rendered and Reimbursement of Connor Group Global Services, LLC, Technical Accounting Consultant and Advisor to the Debtors, for the Period from January 1, 2020 Through February 18, 2020* (the "Application") seeking compensation for the reasonable and necessary services rendered to the Debtors in the amount of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

$702,340.05, and reimbursement for actual and necessary expenses in the amount of $140,464.41. A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"), on or before **August 14, 2020, at 4:00 p.m. Prevailing Eastern Time.**

The Application is submitted pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* entered by this Court on October 28, 2019 [Docket No. 339] (the "Administrative Order").

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) the Debtors, 3880 N. Mission Road, Los Angeles, California 90031, Attn: Jonathan Goulding (jgoulding@alvarezandmarsal.com); (b) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C. (jsussberg@kirkland.com) and Aparna Yenamandra (aparna.yenamandra@kirkland.com) and Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Anup Sathy, P.C. (asathy@kirkland.com); (c) co-counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones (ljones@pszjlaw.com), James E. O'Neill (joneill@pszjlaw.com), and Timothy P. Cairns (tcairns@pszjlaw.com); (d) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Juliet M. Sarkessian (Juliet.M.Sarkessian@usdoj.gov); (e) counsel to the Committee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas,

New York, New York 10036, Attn: Adam Rogoff (arogoff@kramerlevin.com) and Saul Ewing Arnstein & Lehr LLP, 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Lucian B. Murley (luke.murley@saul.com); (f) counsel to the administrative agent under the Debtors' debtor in possession term loan facility, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, Attn: Adam C. Harris (Adam.Harris@srz.com), Frederic L. Ragucci (Frederic.Ragucci@srz.com), and Marc B. Friess (Marc.Friess@srz.com); and (g) counsel to certain of the majority equity holders for Debtor Forever 21, Inc., Munger, Tolles & Olson LLP, 350 South Grand Avenue, 50th Floor, Los Angeles, California 90071, Attn: Thomas B. Walper (Thomas.Walper@mto.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **A DATE TO BE DETERMINED** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, FIFTH FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: July 24, 2020<br>Wilmington, Delaware | */s/ James E. O'Neill*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Timothy P. Cairns (DE Bar No. 4228)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>-and-<br><br>Anup Sathy, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |