**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
In re:                                          :       Chapter 11
                                                :
FOREVER 21, INC., et al.,[1]                    :       Case No. 19-12122 (MFW)
                                                :
         Debtors.                             :       Jointly Administered
                                                :
                                                :       **Re: D.I. 1247**
---------------------------------------------------------x

**ORDER APPROVING ASSUMPTION AND ASSIGNMENT OF CERTAIN**
**UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES**

Upon consideration of the *Certification of Counsel Regarding Order Approving Assumption and Assignment Agreements By and Among the Debtors and Certain Landlords* (the "Certification") and the Sale Order,[2] pursuant to section 365 of the Bankruptcy Code, requesting approval of the assumption and assignment of certain Designated Leases, all as more fully set forth in the Certification and **Schedule 1** attached hereto; and the Bankruptcy Court having jurisdiction to consider the assumption and assignment and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Certification and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(B); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the relief being in the best interests of the Debtors, their estates, and their creditors:

    **IT IS FOUND THAT:**

---

[1] Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Certification or the Sale Order, as applicable.

1. Those leases listed on **Schedule 1** attached hereto shall be assumed and assigned from the Debtors to the Buyer as of the date set forth herein, pursuant to Section 365 of the Bankruptcy Code and in accordance with and effective as provided in the applicable Assumption Agreement between the Buyer and the Designation Counterparty.

2. The Debtors, the Buyer, and the Designation Counterparties listed on **Schedule 1** herein are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

3. The Court shall retain jurisdiction over all matters related to the implementation, interpretation or enforcement of this Order.

**Dated: July 31st, 2020**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**