IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) Ref. Docket No. 1604 |

**ORDER GRANTING THE DEBTORS' MOTION FOR LEAVE TO FILE
AND SERVE A LATE REPLY REGARDING THE DEBTORS' MOTION TO
RECONSIDER RULING GRANTING U.S. TRUSTEE'S MOTION TO CONVERT**

Upon the motion (the "Motion for Leave")[2] of the above-captioned debtors and debtors-in-possession for entry of an order (this "Order"), pursuant to Local Rule 9006-1(d), authorizing the Debtors to file and serve the Reply after the deadline set forth by the Local Rules; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of this proceeding and the Motion for Leave in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion for Leave were appropriate in the circumstances and that no other notice need be provided; and this Court having reviewed the Motion for Leave and the statements in support of and against the relief requested; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Motion for Leave.

1. The Motion for Leave is GRANTED.

2. The Debtors are granted leave to file and serve the Reply on or before October 12, 2020.

3. The terms and conditions of this Order shall be effective and enforceable immediately upon entry.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: October 13th, 2020
Wilmington, Delaware

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**