**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | ) ) ) | Case No. 19-12122 (MFW) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA ON MATTERS SCHEDULED FOR TELEPHONIC
HEARING ON OCTOBER 21, 2020, AT 11:30 A.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE MARY F. WALRATH**

> **This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m., one (1) business day before the hearing to sign up. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall.**
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> **Topic: Forever 21, 19-12122
> Time: Oct. 21, 2020 11:30 AM Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting
> https://debuscourts.zoomgov.com/j/1602313680**
>
> **Meeting ID: 160 231 3680
> Passcode: 286168**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

1

**I.    MATTER GOING FORWARD**

1.   **Reconsideration Motion.**  *Debtors' Motion to Reconsider Ruling Granting U.S. Trustee's Motion to Convert*  [Filed: 9/25/20] (Docket No. 1590)

    Response/Objection Deadline: October 7, 2020 at 4:00 p.m. (ET).

    Responses Received:

    i.   United States Trustee's Objection to Debtors' Motion to Reconsider Ruling Granting U.S. Trustee's Motion to Convert [Filed: 10/7/20] (Docket No. 1598)

    ii.  Joinder of Interested Parties Key Vendor Administrative Claimants WeiHai ShangShan Imp. & Exp. Co., Ltd.; Only Star (Ningbo) Co., Ltd.; Regentex Apparel Limited; V & E Accessories Inc.; Hongkong Olive Fashion Co., Limited; LIFU Enterprises Corp.; RGB Imp. & Exp. Trading (Ningbo) Co., Ltd.; Chantex International Limited; Hotkey Inco Limited; and Ebeauty Fashion Co., in United States Trustee's Objection to Debtors' Motion to Reconsider Ruling Granting U.S. Trustee's Motion to Convert [Filed: 10/8/20] (Docket No. 1599)

    Related Documents:

    i.   United States Trustee's Motion for an Order, Pursuant to 11 U.S.C. § 1112(b), Converting the Debtors' Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code [Filed: 8/19/20] (Docket No. 1511)

    Reply:

    i.   Debtors' Reply in Support of the Debtors' Motion to Reconsider Ruling Granting U.S. Trustee's Motion to Convert [Filed: 10/12/20] (Docket No. 1603)

    ii.  [Signed] Order Granting the Debtors' Motion for Leave to File and Serve a Late Reply Regarding the Debtors' Motion to Reconsider Ruling Granting U.S. Trustee's Motion to Convert [Filed: 10/13/20] (Docket No. 1606)

    Status: This matter will be going forward.

| | |
|---|---|
| Dated: October 19, 2020<br>Wilmington, Delaware | */s/ James E. O'Neill*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Timothy P. Cairns (DE Bar No. 4228)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:          ljones@pszjlaw.com<br>                    joneill@pszjlaw.com<br>                    tcairns@pszjlaw.com<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>-and-<br><br>Anup Sathy, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |