# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FOREVER 21, INC., *et al.*,[1] | ) | Case No. 19-12122 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Aaron A. Wildavsky, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 24, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via email on the Core/2002 Email Service List attached hereto as **Exhibit A**; and (2) via first class mail on the Office of the United States Trustee, Attn: Juliet M. Sarkessian, at an address that has been redacted in the interest of privacy:

- Debtor-In-Possession Monthly Operating Report for Filing Period October 4, 2020 through October 31, 2020 [Docket No. 1679]

Dated: November 27, 2020

*/s/ Aaron A. Wildavsky*
Aaron A. Wildavsky

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 27, 2020, by Aaron A. Wildavsky, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ HERBERT BAER*
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

SRF 48532

**Exhibit A**

Exhibit A
Core/2002 Email Service List
Served via email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| COUNSEL TO SONY INTERACTIVE ENTERTAINMENT AMERICA LLC | A.Y. STRAUSS LLC | ATTN: HEIKE M. VOGEL, ESQ. AND ERIC H. HORN, ESQ.<br>101 EISENHOWER PARKWAY, STE 412<br>ROSELAND NJ 07068 | hvogel@aystrauss.com<br>ehorn@aystrauss.com |
| COUNSEL TO RETAILMENOT INC | ASHBY & GEDDES PA | ATTN: GREGORY TAYLOR & STACY NEWMAN<br>500 DELAWARE AVE 8TH FL<br>PO BOX 1150<br>WILMINGTON DE 19899-1150 | GTaylor@ashbygeddes.com<br>SNewman@ashbygeddes.com |
| COUNSEL TO AMBIANCE USA., INC dba AMBIANCE APPAREL AND BLUE DOT USA INC dba WAX JEAN | AUSTRIA LEGAL, LLC | ATTN: MATTHEW P. AUSTRIA<br>1007 N. ORANGE STREET<br>4TH FLOOR<br>WILMINGTON DE 19801 | maustria@austriallc.com |
| COUNSEL TO COMENITY CAPITAL BANK | BAILEY CAVALIERI LLC | ATTN: MATTHEW T. SCHAEFFER<br>10 WEST BROAD STREET<br>SUITE 2100<br>COLUMBUS OH 43215 | mschaeffer@baileycav.com |
| COUNSEL TO COMENITY CAPITAL BANK | BAILEY CAVALIERI LLC | ATTN: ROBERT B. BERNER<br>1250 KETTERING TOWER<br>DAYTON OH 45423 | rberner@baileycav.com |
| COUNSEL TO ACADIA REALTY LIMITED PARTNERSHIP, CENTERCAL PROPERTIES, LLC, KRE BROADWAY MALL OWNER, LLC, MEMORIAL CITY MALL LP, MONTEBELLO TOWN CENTER INVESTORS LLC, STARWOOD RETAIL PARTNERS LLC, PGIM REAL ESTATE, RETAIL PROPERTIES OF AMERICA, INC., THE FORBES COMPANY, LLC, THE MACERICH COMPANY, TRADEMARK PROPERTY COMPANY, WHITE PLAINS GALLERIA LIMITED PARTNERSHIP, YTC MALL OWNER, LLC, CENTENNIAL REAL ESTATE COMPANY, LLC, CRVI, DIMOND CENTER HOLDING, LLC, AND METROPOLIS LIFESTYLE CENTER, LLC | BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH, NAHAL ZARNIGHIAN<br>2029 CENTURY PARK EAST<br>SUITE 800<br>LOS ANGELES CA 90067-2909 | branchd@ballardspahr.com<br>zarnighiann@ballardspahr.com |

Exhibit A
Core/2002 Email Service List
Served via email

| | | | |
|---|---|---|---|
| COUNSEL TO FEDERAL REALTY INVESTMENT TRUST, UBS REALTY INVESTORS LLC, URBAN EDGE PROPERTIES, ACADIA REALTY LIMITED PARTNERSHIP, CENTERCAL PROPERTIES, LLC, KRE BROADWAY MALL OWNER, LLC, MEMORIAL CITY MALL LP, MONTEBELLO TOWN CENTER INVESTORS LLC, STARWOOD RETAIL PARTNERS LLC, PGIM REAL ESTATE, RETAIL PROPERTIES OF AMERICA, INC., THE FORBES COMPANY, LLC, THE MACERICH COMPANY, TRADEMARK PROPERTY COMPANY, WHITE PLAINS GALLERIA LIMITED PARTNERSHIP, YTC MALL OWNER, LLC, AND NORTH LOOP SHOPPING CENTER, L.P., GALLERIA MALL INVESTORS LP, CENTENNIAL REAL ESTATE COMPANY, LLC, CRVI, DIMOND CENTER HOLDING, LLC, AND METROPOLIS LIFESTYLE CENTER, LLC | BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, LAUREL D. ROGLEN<br>919 N. MARKET STREET<br>11TH FLOOR<br>WILMINGTON DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com |
| COUNSEL TO PORSCHE LEASING LTD | BALLARD SPAHR LLP | ATTN: MATTHEW G. SUMMERS, ESQ & CHANTELLE D. MCCLAMB, ESQ<br>919 N. MARKET STREET<br>11TH FLOOR<br>WILMINGTON DE 19801 | summersm@ballardspahr.com<br>mcclambc@ballardspahr.com |
| COUNSEL TO BLOOMFIELD HOLDINGS, LLC AND PYRAMID MANAGEMENT GROUP, LLC | BARCLAY DAMON LLP | ATTN: KEVIN M. NEWMAN<br>BARCLAY DAMON TOWER<br>125 EAST JEFFERSON STREET<br>SYRACUSE NY 13202 | knewman@barclaydamon.com |
| COUNSEL TO WESTFIELD (URW), LLC, WESTFIELD, LLC AND BROOKS SHOPPING CENTERS, LLC | BARCLAY DAMON LLP | ATTN: NICLAS A. FERLAND, ILAN MARKUS<br>545 LONG WHARF DRIVE<br>9TH FLOOR<br>NEW HAVEN CT 06511 | NFerland@barclaydamon.com<br>imarkus@barclaydamon.com |
| COUNSEL TO CRS DENIM GARMENTS SAE | BARTON LLP | ATTN: ERIC W. SLEEPER, ESQ<br>711 THIRD AVE<br>14TH FLOOR<br>NEW YORK NY 10017 | esleeper@bartonesq.com |
| COUNSEL TO THE CITY OF PORTAGE | BAUCKHAM SPARKS THALL SEEBER & KAUFMAN | ATTN: ROBERT THALL<br>470 W CENTRE AVE<br>SUITE 1A<br>PORTAGE MI 49024 | thall@michigantownshiplaw.com |
| COUNSEL FOR DIVISIONS, INC. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: ELLIOT M. SMITH<br>200 PUBLIC SQUARE<br>SUITE 2300<br>CLEVELAND OH 44114 | esmith@beneschlaw.com |

In re: Forever 21, Inc., et al.
Case No. 19-12122 (MFW)

Page 2 of 13

Exhibit A
Core/2002 Email Service List
Served via email

| | | | |
|---|---|---|---|
| COUNSEL FOR DIVISIONS, INC. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER<br>222 DELAWARE AVENUE<br>SUITE 801<br>WILMINGTON DE 19801 | jhoover@beneschlaw.com |
| COUNSEL TO CAPREF LLOYD II LLC, CAPREF STRAND LLC, AND CAPREF BURBANK LLC, AND PREP HILLSIDE REAL ESTATE LLC, AND STOCKTON STREET PROPERTIES, INC. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER, JOHN C. GENTILE, MICHAEL J. BARRIE, KEVIN M. CAPUZZI<br>222 DELAWARE AVENUE<br>SUITE 801<br>WILMINGTON DE 19801 | jhoover@beneschlaw.com<br>jgentile@beneschlaw.com<br>mbarrie@beneschlaw.com<br>kcapuzzi@beneschlaw.com |
| FEE EXAMINER | BIELLI & KLAUDER, LLC | ATTN: DAVID KLAUDER, ESQ., THOMAS D. BIELLI, ESQ.<br>1204 N KING STREET<br>WILMINGTON DE 19801 | dklauder@bk-legal.com |
| COUNSEL TO KIN PROPERTIES, INC., MULISON LLC AND ESTHER JEFFREY LLC | BLANK ROME LLP | ATTN: JEFFREY RHODES, ESQ.<br>1825 EYE STREET NW<br>WASHINGTON DC 20006 | jrhodes@blankrome.com |
| COUNSEL TO KIN PROPERTIES, INC., MULISON LLC AND ESTHER JEFFREY LLC | BLANK ROME LLP | ATTN: VICTORIA GUILFOYLE, ESQ.<br>1201 N. MARKET STREET, SUITE 800<br>WILMINGTON DE 19801 | guilfoyle@blankrome.com |
| COUNSEL TO BROOKFIELD PROPERTY REIT INC. | BROOKFIELD PROPERTY REIT, INC. | ATTN: KRISTEN N. PATE<br>350 N. ORLEANS STREET,<br>SUITE 300<br>CHICAGO IL 60654-1607 | bk@brookfieldpropertiesretail.com |
| COUNSEL TO SAP INDUSTRIES, INC. | BROWN CONNERY, LLP | ATTN: DONALD K. LUDMAN<br>6 NORTH BROAD STREET<br>SUITE 100<br>WOODBURY NJ 08096 | dludman@brownconnery.com |
| INTERESTED PARTY | BRUTZKUS GUBNER | ATTN: JESSICA L. BAGDANOV, ESQ.<br>21650 OXNARD STREET<br>SUITE 500<br>WOODLAND HILLS CA 91367 | jbagdanov@bg.law |
| COUNSEL TO RANDSTAD GENERAL PARTNERS (US), LLC | BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: MARK I. DUEDALL<br>ONE ATLANTIC CENTER - FOURTEENTH FLOOR<br>1201 WEST PEACHTREE STREET, NW<br>ATLANTA GA 30309-3488 | MARK.DUEDALL@BCLPLAW.COM |
| COUNSEL TO LEEDS RETAIL CENTER, LLC, G&I VII RETAIL CARRIAGE LLC, AND G&I VII RENO OPERATING LLC | BURR & FORMAN LLP | ATTN: J. CORY FALGOWSKI<br>1201 N. MARKET STREET<br>SUITE 1407<br>WILMINGTON DE 19801 | jfalgowski@burr.com |
| COUNSEL TO LEEDS RETAIL CENTER, LLC, G&I VII RETAIL CARRIAGE LLC, AND G&I VII RENO OPERATING LLC | BURR & FORMAN LLP | ATTN: JOE A. JOSEPH<br>420 N. 20TH STREET, 3400<br>BIRMINGHAM AL 35203 | jjoseph@burr.com<br>jhorton@burr.com |

In re: Forever 21, Inc., et al.
Case No. 19-12122 (MFW)

Page 3 of 13

Exhibit A
Core/2002 Email Service List
Served via email

| | | | |
|---|---|---|---|
| COUNSEL TO THE MARION PLAZA, INC. DBA EASTWOOD MALL; HUNTINGTON MALL COMPANY DBA HUNTINGTON MALL AND CAFARO-PEACHCREEK JOINT VENTURE PARTNERSHIP DBA MILLCREEK MALL | CAFARO MANAGEMENT COMPANY | ATTN: RICHARD T. DAVIS<br>5577 YOUNGSTOWN-WARREN RD.<br>NILES OH 44446 | rdavis@cafarocompany.com |
| COUNSEL TO JAMESTOWN, L.P. | CAIOLA & ROSE, LLC | ATTN: ELIZABETH B. ROSE, KIMBERLY B. REEVES<br>125 CLAIREMONT AVE., SUITE 240<br>Decatur GA 30030 | elizabeth@caiolarose.com<br>kimberly@caiolarose.com |
| INTERESTED PARTY | CIT GROUP INC. | ATTN: ROBERT FRANKLIN<br>201 S. TRYON STREET<br>CHARLOTTE NC 28202 | robert.franklin@cit.com |
| COUNSEL TO MACOMB CENTER PARTNERS, LLC, VESTAR DRM-OPCO, LLC, VESTAR CPT TEMPE MARKETPLACE, LLC, AND CPT RIVERSIDE PLAZA, LLC | CLARK HILL, PLC | ATTN: DAVID M. BLAU<br>151 S. OLD WOODWARD AVE., STE. 200<br>BIRMINGHAM MI 48009 | dblau@clarkhill.com |
| COUNSEL TO MACOMB CENTER PARTNERS, LLC, VESTAR DRM-OPCO, LLC, VESTAR CPT TEMPE MARKETPLACE, LLC, AND CPT RIVERSIDE PLAZA, LLC | CLARK HILL, PLC | ATTN: KAREN M. GRIVNER<br>824 N. MARKET ST., STE. 710<br>WILMINGTON DE 19801 | kgrivner@clarkhill.com |
| COUNSEL TO OFFICE OF UNEMPLOYMENT COMPENSATION TAX SERVICES (UCTS), DEPARTMENT OF LABOR AND INDUSTRY, COMMONWEALTH OF PENNSYLVANIA | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF LABOR | ATTN: DEB SECREST<br>COLLECTIONS SUPPORT UNIT<br>651 BOAS ST, ROOM 925<br>HARRISBURG PA 17121 | RA-LI-UCTS-BANRUPT@STATE.PA.US |
| COUNSEL TO 601 PINE STREET INVESTMENT GROUP, INC. | CONNOLLY GALLAGHER LLP | ATTN: KAREN C. BIFFERATO, ESQ., KELLY M. CONLAN, ESQ.<br>1201 N. MARKET STREET, 20TH FLOOR<br>Wilmington DE 19801 | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com |
| COUNSEL TO 601 PINE STREET INVESTMENT GROUP, INC. | DAVIS WRIGHT TREMAINE LLP | ATTN: RHYS MATTHEW FARREN, ESQ.<br>929 108TH AVENUE NE, SUITE 1500<br>Bellevue WA 98004 | rhysfarren@dwt.com |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | STATETREASURER@STATE.DE.US |
| COUNSEL TO MC ASB 10 SSS, LLC | DLA PIPER LLP (US) | ATTN: R. CRAIG MARTIN<br>1201 NORTH MARKET STREET, SUITE 2100<br>WILMINGTON DE 19801 | craig.martin@us.dlapiper.com<br>Craig.Martin@dlapiper.com |
| COUNSEL TO MC ASB 10 SSS, LLC | DLA PIPER LLP (US) | ATTN: RICHARD M. KREMEN, ESQ. AND KRISTY N. GRACE, ESQ.<br>6225 SMITH AVENUE<br>BALTIMORE MD 21209 | richard.kremen@us.dlapiper.com<br>kristy.grace@us.dlapiper.com |

In re: Forever 21, Inc., et al.
Case No. 19-12122 (MFW)

Page 4 of 13

Exhibit A
Core/2002 Email Service List
Served via email

| | | | |
|---|---|---|---|
| COUNSEL TO ORACLE AMERICA, INC. | DOSHI LEGAL GROUP, P.C. | ATTN: AMISH R. DOSHI<br>1979 MARCUS AVENUE<br>SUITE 210E<br>LAKE SUCCESS NY 11042 | amish@doshilegal.com |
| COUNSEL TO NOBLAND INTERNATIONAL, INC., COUNSEL TO COUNSEL FOR UBASE INTERNATIONAL, INC. | DRINKER BIDDLE & REATH LLP | ATTN: PATRICK A. JACKSON & JOSEPH N. ARGENTINA, JR.<br>222 DELAWARE AVE., SUITE 1410<br>WILMINGTON DE 19801-1621 | patrick.jackson@dbr.com<br>joseph.argentina@dbr.com |
| COUNSEL TO NORTHWOOD PL HOLDINGS LP AND ARAMARK SERVICES, LLP | DUANE MORRIS LLP | ATTN: JARRET P. HITCHINGS<br>222 DELAWARE AVENUE, SUITE 1600<br>WILMINGTON DE 19801-1659 | jphitchings@duanemorris.com |
| COUNSEL TO MARUI CO., LTD | FINEMAN KREKSTEIN & HARRIS PC | ATTN: DEIRDRE M RICHARDS, ESQ.<br>1300 N. KING STREET<br>WILMINGTON DE 19801 | drichards@finemanlawfirm.com |
| COUNSEL TO AD HOC CHINA EXPORT COMMITTEE | FOX ROTHSCHILD LLP | ATTN: METTE H. KURTH, DANIEL B. THOMPSON<br>919 N. MARKET ST. STE. 300<br>CITIZEN BANK CENTER P.O. BOX 2323<br>WILMINGTON DE 19899-2323 | mkurth@foxrothschild.com<br>DanielThompson@foxrothschild.com |
| COUNSEL TO BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC. AND UNIVERSAL MUSIC GROUP INTERNATIONAL LIMITED | FOX ROTHSCHILD LLP | ATTN: TERENCE G. BANICH<br>321 N. CLARK ST.<br>SUITE 800<br>CHICAGO IL 60654 | tbanich@foxrothschild.com |
| COUNSEL TO CERTAIN OF THE LANDLORDS | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ATTN: BRAD ERIC SHELER, JENNIFER L. RODBURG, GARY KAPLAN<br>ONE NEW YORK PLAZA<br>NEW YORK NY 10004 | brad.scheler@friedfrank.com<br>jennifer.rodburg@friedfrank.com<br>gary.kaplan@friedfrank.com |
| COUNSEL TO WASHINGTON PRIME GROUP INC. | FROST BROWN TODD LLC | ATTN: RONALD E. GOLD, A.J. WEBB<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH STREET<br>CINCINNATI OH 45202 | rgold@fbtlaw.com<br>awebb@fbtlaw.com |
| COUNSEL FOR I. REISS & CO. | GIBBONS P.C. | ATTN: HOWARD A. COHEN, ESQ.<br>300 DELAWARE AVENUE<br>SUITE 1015<br>WILMINGTON DE 19801-1761 | hcohen@gibbonslaw.com |
| COUNSEL TO RIVERSIDE CALIFORNIA ASSOCIATES | GIBBONS P.C. | ATTN: MARK CONLAN, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310 | mconlan@gibbonslaw.com |
| COUNSEL TO 5060 MONTCLAIR PLAZA LANE OWNER, LLC | GOODKIN LAW GROUP, APC | ATTN: MICHAEL A. SHAKOURI<br>1800 CENTURY PARK EAST<br>SUITE 1860<br>LOS ANGELES CA 90067 | mshakouri@goodkinlaw.com |
| COUNSEL TO ALLSTATE ROAD (EDENS), LLC | GOULSTON & STORRS PC | ATTN: DOUGLAS B. ROSNER, ESQ. AND VANESSA P. MOODY, ESQ.<br>400 ATLANTIC AVENUE<br>BOSTON MA 02110-3333 | drosner@goulstonstorrs.com<br>vmoody@goulstonstorrs.com |

Exhibit A
Core/2002 Email Service List
Served via email

| | | | |
|---|---|---|---|
| COUNSEL TO GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP | ATTN: JEFFREY A. KRIEGER<br>1900 AVENUE OF THE STARS, STE. 2100<br>LOS ANGELES CA 90067 | JKrieger@GreenbergGlusker.com |
| INTERESTED PARTY | HAHN & HESSEN LLP | ATTN: ROSANNE T. MATZAT<br>488 MADISON AVENUE<br>NEW YORK NY 10022 | RMatzat@hahnhessen.com |
| COUNSEL TO PLAZA LAS AMERICAS, INC. AND PLAZA DEL CARIBE, S.E. | HOLLAND & KNIGHT LLP | ATTN: JOAQUIN J. ALEMANY<br>701 BRICKELL AVENUE<br>SUITE 3300<br>MIAMI FL 33131 | jjalemany@hklaw.com |
| COUNSEL TO QKC MAUI OWNER, LLC | HONIGMAN LLP | ATTN: LAWRENCE A. LICHTMAN<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT MI 48226 | llichtman@honigman.com |
| COUNSEL TO R.J. ACQUISTION CORP. D/B/A AS ART COMPANY | HOPKINS & CARLEY | ATTN: JAY M. ROSS, MONIQUE D. JEWETT-BREWSTER<br>70 S FIRST STREET<br>SAN JOSE CA 95113-2406 | jross@hopkinscarley.com<br>mjb@hopkinscarley.com |
| COUSNEL TO AFTERPAY US, INC. | HORWOOD MARCUS & BERK CHARTERED | ATTN: AARON L. HAMMER, ESQ. & NATHAN E. DELMAN, ESQ.<br>500 WEST MADISON STREET, SUITE 3700<br>CHICAGO IL 60661 | ahammer@hmblaw.com<br>ndelman@hmblaw.com |
| COUNSEL TO CBL & ASSOCIATES MANAGEMENT, INC. | HUSCH BLACKWELL LLP | ATTN: CALEB T. HOLZAEPFEL<br>736 GEORGIA AVENUE, SUITE 300<br>CHATTANOOGA TN 37402 | caleb.holzaepfel@huschblackwell.com |
| COUNSEL TO IBM CREDIT LLC | IBM CORPORATION | ATTN: CRISTINA GOULART<br>AV. PASTEUR 146 & 138<br>RIO DE JANEIRO RJ 22290-240 BRASIL | cgoulart@br.ibm.com |
| IBM CREDIT LLC | IBM CREDIT LLC | ATTN: PAUL WEARING<br>SPECIAL HANDLING GROUP<br>7100 HIGHLANDS PKWY<br>SMYRNA GA 30082 | cgoulart@br.ibm.com |
| COUNSEL TO STOCKTON STREET PROPERTIES, INC. | INVESCO REAL ESTATE | ATTN: KEVIN PIROZZOLI<br>101 CALIFORNIA STREET<br>SUITE 1800<br>SAN FRANCISCO CA 94111 | kevin.pirozzoli@invesco.com |
| COUNSEL TO R.J. ACQUISTION CORP. D/B/A AS ART COMPANY | JACK SHRUM, PA | ATTN: JACKSON SHRUM<br>919 N. MARKET ST<br>SUITE 1410<br>WILMINGTON DE 19801 | Jshrum@jshrumlaw.com |
| COUNSEL TO ALLIED DEVELOPMENT OF ALABAMA LLC AND SAROYA ANDERSON | KASHISHIAN LAW LLC | ATTN: ANN M. KASHISHIAN<br>501 SILVERSIDE ROAD<br>SUITE 85<br>WILMINGTON DE 19809 | amk@kashishianlaw.com |

In re: Forever 21, Inc., et al.
Case No. 19-12122 (MFW)

Page 6 of 13

Exhibit A
Core/2002 Email Service List
Served via email

| | | | |
|---|---|---|---|
| COUNSEL TO GREGORY GREENFIELD & ASSOCIATES, LTD., JONES LANG LASALLE AMERICAS, INC., HINES GLOBAL REIT, REGENCY CENTERS, L.P., SHOPCORE PROPERTIES, L.P., SITE CENTERS CORP. AND TURNBERRY ASSOCIATES | KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE, JENNIFER D. RAVIELE, MICHAEL W. REINING<br>101 PARK AVENUE<br>NEW YORK NY 10178 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>mreining@kelleydrye.com |
| COUNSEL TO KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN: BANKRUPTCY DIVISION<br>CO LIDNA DELGADO<br>PO BOX 579<br>BAKERSFIELD CA 93302-0579 | bankruptcy@kerncounty.com |
| COUNSEL TO DEBTOR | KIRKLAND & ELLIS LLP | ATTN: ANUP SATHY, P.C.<br>300 NORTH LASALLE STREET<br>CHICAGO IL 60654 | anup.sathy@kirkland.com |
| COUNSEL TO DEBTOR | KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, P.C., APARNA YENAMANDRA<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: ROBERT T. SCHMIDT, & NATHANIEL ALLARD<br>1177 AVE OF THE AMERICAS<br>NEW YORK NY 10036 | rschmidt@kramerlevin.com<br>nallard@kramerlevin.com |
| COUNSEL TO 17TH 7 CHESTNUT REALTY LLC AND PREIT SERVICES, LLC | KURTZMAN STEADY, LLC | ATTN: JEFFREY KURTZMAN<br>401 S. 2ND STREET<br>SUITE 200<br>PHILADELPHIA PA 19147 | kurtzman@kurtzmansteady.com |
| COUNSEL TO TC LENDING, LLC | LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, KERRI K. MUMFORD, JENNIFER L. CREE<br>919 MARKET STREET<br>SUITE 1800<br>WILMINGTON DE 19801 | landis@lrclaw.com<br>mumford@lrclaw.com<br>cree@lrclaw.com |
| COUNSEL TO PCW PROPERTIES, LLC. | LAW OFFICE OF COREY E. TAYLOR, APC | ATTN: COREY E. TAYLOR<br>629 CAMINO DE LOS MARES<br>SUITE 305<br>SAN CLEMENTE CA 92673 | corey@taylorlawoc.com |
| COUNSEL TO TAUBMAN LANDLORDS, WESTFIELD, LLC AND BROOKS SHOPPING CENTERS, LLC | LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN<br>919 N. MARKET STREET<br>SUITE 460<br>WILMINGTON DE 19801 | skaufman@skaufmanlaw.com |
| COUNSEL TO NORTHWOOD PL HOLDINGS LP | LAW OFFICES OF KEVIN S. NEIMAN, PC | ATTN: KEVIN S. NEIMAN<br>999 18TH STREET, SUITE 1230 S<br>DENVER CO 80202 | kevin@ksnpc.com |
| COUNSEL TO LOVE VINTAGE, INC. | LAW OFFICES OF STEVEN J. BARKIN | ATTN: STEVEN J. BARKIN<br>3700 WILSHIRE BOULEVARD<br>SUITE 950<br>LOS ANGELES CA 90010 | stevenbarkin@gmail.com |

In re:  Forever 21, Inc., et al.
Case No. 19-12122 (MFW)

Page 7 of 13

Exhibit A
Core/2002 Email Service List
Served via email

| | | | |
|---|---|---|---|
| COUNSEL TO COMCO, LLC AND 568 BROADWAY PROPERTY, LLC | LAZARUS & LAZARUS, P.C. | ATTN: HARLAN M. LAZARUS, ESQ<br>240 MADISON AVENUE<br>NEW YORK NY 10016 | hlazarus@lazarusandlazarus.com |
| COUNSEL TO MUNICIPALITY OF PONCE | LCDO CARLOS FERNANDEZ NADAL | ATTN: CARLOS FERNANDEZ NADAL<br>818 AVE. HOSTOS, SUITE B<br>PONCE PR 00716 | carlosfernandez@cfnlaw.com |
| COUNSEL TO KNF INTERNATIONAL CO. LTD. | LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: CHANG HO LEE, ESQ<br>633 WEST 5TH STREET<br>SUITE 4000<br>LOS ANGELES CA 90071 | scott.lee@lewisbrisbois.com |
| COUNSEL TO NANTONG D&J FASHION CO., LTD, CFH FASHION INC., C&D GARMENTS, C&C NANTONG CATHAY CLOTHING CO., LTD; KUKDONG CORPORATIONS, KISOO K TRADING INC, IN KYUNG APPAREL CO., LTD, KNF INTERNATIONAL CO., LTD, LEUKON INC, TARAE CO., LTD, INTEC LTD., U-KNITS, INC, MARJO APPAREL CO., LTD. TABITHA APPAREL CO., LTD., B-HEIM CORP, DONGSUH INTERNATIONAL | LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: CHENEISE V. WRIGHT<br>500 DELAWARE AVENUE<br>SUITE 720<br>WILMINGTON DE 19801 | Cheneise.Wright@lewisbrisbois.com |
| COUNSEL TO KNF INTERNATIONAL CO. LTD. | LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: RICHARD LAUTER, ESQ<br>550 WEST ADAMS STREET<br>SUITE 300<br>CHICAGO IL 60661 | Richard.Lauter@lewisbrisbois.com |
| COUNSEL TO NOBLAND INTERNATIONAL, INC., COUNSEL TO COUNSEL FOR UBASE INTERNATIONAL, INC. | LIMNEXUS LLP | ATTN: SUNG JIN HWANG, ESQ., JAMES TILL, ESQ., & DAVID NEALY, ESQ.<br>707 WILSHIRE BOULEVARD, 46TH FLOOR<br>LOS ANGELES CA 90017 | James.Till@limnexus.com<br>David.Nealy@limnexus.com |
| COUNSEL TO NUECES COUNTY HIDALGO COUNTY CITY OF MCALLEN MCLENNAN COUNTY SAN MARCOS CISD | LINEBARGER GOGGAN BLAIR & SAMPSON | ATTN: DIANE W. SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | austin.bankruptcy@publicans.com |
| COUNSEL TO BEXAR COUNTY AND CITY OF EL PASO | LINEBARGER GOGGAN BLAIR & SAMPSON | ATTN: DON STECKER<br>112 E. PECAN ST<br>SUITE 2200<br>SAN ANTONIO TX 78205 | sanantonio.bankruptcy@publicans.com |
| COUNSEL TO SMITH COUNTY, NORTHWEST ISD, TARRANT COUNTY, CITY OF FRISCO, DALLAS COUNTY AND ALLEN ISD | LINEBARGER GOGGAN BLAIR & SAMPSON | ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 100<br>DALLAS TX 75207 | dallas.bankruptcy@publicans.com |
| COUNSEL TO CYPRESS - FAIRBANKS ISD, HARRIS COUNTY, JEFFERSON COUNTY, MONTGOMERY COUNTY, AND FORT BEND COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | houston_bankruptcy@publicans.com |

In re: Forever 21, Inc., et al.
Case No. 19-12122 (MFW)

Page 8 of 13

Exhibit A
Core/2002 Email Service List
Served via email

| | | | |
|---|---|---|---|
| COUNSEL TO BOARDWALK PROPERTY MANAGEMENT, INC | MANATT, PHELPS & PHILLIPS, LLP | ATTN: IVAN L. KALLICK<br>2049 CENTURY PARK EAST<br>SUITE 1700<br>LOS ANGELES CA 90067 | ikallick@manatt.com |
| COUNSEL TO MARICOPA COUNTY TREASURER | MARICOPA COUNTY ATTORNEYS OFFICE CIVIL SERVICES DIVISION | ATTN: PETER MUTHIG<br>225 W MADISON ST<br>PHOENIX AZ 85004-2206 | muthigk@mcao.maricopa.gov |
| COUNSEL TO FORD MOTOR CREDIT COMPANY | MCCABE, WEISBERG & CONWAY, LLC | ATTN: JANET Z. CHARLTON, ESQUIRE & MICHAEL K. PAK, ESQUIRE<br>1407 FOULK ROAD, SUITE 204<br>FOULKSTONE PLAZA<br>WILMINGTON DE 19803 | jcharlton@mwc-law.com |
| COUNSEL TO THE COUNTY OF BRAZOS, TEXAS, THE COUNTY OF DENTON, TEXAS, THE COUNTY OF HAYS, TEXAS AND THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: TARA LEDAY<br>P.O. BOX 1269<br>ROUND ROCK TX 78680 | tleday@mvbalaw.com |
| COUNSEL TO ASHEVILLE RETAIL ASSOCIATES LLC, NED ALTOONA LLC AND PALM BEACH OUTLETS I, LLC, ASSIGNEE OF PALM BEACH MALL HOLDINGS LLC | MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | ATTN: KATE P. FOLEY<br>1800 WEST PARK DR.<br>SUITE 400<br>WESTBOROUGH MA 01581 | kfoley@mirickoconnell.com |
| COUNSEL TO ASHEVILLE RETAIL ASSOCIATES LLC, NED ALTOONA LLC AND PALM BEACH OUTLETS I, LLC, ASSIGNEE OF PALM BEACH MALL HOLDINGS LLC | MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | ATTN: PAUL W. CAREY<br>100 FRONT STREET<br>WORCESTER MA 01608 | pcarey@mirickoconnell.com |
| COUNSEL TO MISSOURI DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 | deecf@dor.mo.gov |
| COUNSEL TO CAFARO MANAGEMENT COMPANY, D/B/A MILLCREEK MALL, THE MARION PLAZA, INC., D/B/A EASTWOOD MALL, HUNTINGTON MALL COMPANY, THE SHOPS AT SUMMERLIN NORTH, RIVERWALK MARKETPLACE (NEW ORLEANS) LLC, AND KIMCO LANDLORDS | MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY AND BRIAN J. MCLAUGHLIN<br>1201 N. ORANGE STREET<br>SUITE 400<br>WILMINGTON DE 19801 | rmersky@monlaw.com<br>bmclaughlin@monlaw.com |
| COUNSEL TO THE DIP ABL ADMINISTRATIVE AGENT, AND JPMORGAN CHASE BANK, N.A., FIRST PRIORITY REPRESENTATIVE FOR AND ON BEHALF OF THE FIRST PRIORITY SECURED PARTIES | MORGAN, LEWIS & BOCKIUS LLP | ATTN: JULIA FROST-DAVIES & CHRISTOPHER L. CARTER<br>ONE FEDERAL STREET<br>BOSTON  MA 02110 | Julia.frost-davies@morganlewis.com<br>christopher.carter@morganlewis.com |
| COUNSEL TO KNF INTERNATIONAL CO. LTD. | MORRIS JAMES LLP | ATTN: JEFFREY R. WAXMAN, ESQ.<br>500 DELAWARE AVENUE<br>SUITE 1500<br>WILMINGTON DE 19801 | jwaxman@morrisjames.com |
| COUNSEL TO CERTAIN MAJORITY EQUITY HOLDERS FOR DEBTOR FOREVER 21, INC. | MUNGER, TOLLES & OLSON LLP | ATTN: THOMAS B. WALPER<br>350 SOUTH GRAND AVENUE, 50TH FLOOR<br>LOS ANGELES CA 90071 | thomas.walper@mto.com |

In re:  Forever 21, Inc., et al.
Case No. 19-12122 (MFW)

Page 9 of 13

Exhibit A
Core/2002 Email Service List
Served via email

| | | | |
|---|---|---|---|
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | kcordry@naag.org |
| COUNSEL TO BELLEVUE SQUARE, LLC | NOLD MUCHINSKY PLLC | ATTN: BRIAN M. MUCHINSKY & THOMAS W. STONE<br>10500 NE 8TH STREET, SUITE 930<br>BELLEVUE WA 98004 | bmuchinsky@noldmuchlaw.com<br>tstone@noldmuchlaw.com |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JULIET M. SARKESSIAN<br>844 KING STREET, STE 2207<br>LOCKBOX 35<br>WILMINGTON DE 19801 | juliet.m.sarkessian@usdoj.gov |
| COUNSEL TO EROGLU GIYIM SANAYI TICARET, A.S. | OFFIT KURMAN, P.A. | ATTN: CHARLES A. MCCAULEY, III ESQ.<br>1201 NORTH ORANGE STREET<br>SUITE 10 EAST<br>WILMINGTON DE 19801 | cmccauley@offitkurman.com |
| COUNSEL TO OKLAHOMA COUNTY TREASURER | OKLAHOMA COUNTY TREASURER | ATTN: GRETCHEN CRAWFORD, ASSISTANT DISTRICT ATTORNEY<br>320 ROBERT S. KERR, ROOM 505<br>OKLAHOMA CITY OK 73102 | grecra@oklahomacounty.org |
| DEBTORS CANADIAN COUNSEL | OSLER, HOSKIN & HARCOURT LLP | ATTN: TRACY SANDLER, KARIN SACHAR, DAVID ROSENBLAT<br>100 KING STREET WEST<br>1 FIRST CANADIAN PLACE, SUITE 6200, P.O. BOX 50<br>TORONTO ON M5X 1B8 CANADA | tsandler@osler.com<br>ksachar@osler.com<br>drosenblat@osler.com |
| CO-COUNSEL TO DEBTOR | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES & JAMES E. O'NEILL<br>919 NORTH MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON DE 19899-8705 | ljones@pszjlaw.com<br>joneill@pszjlaw.com |
| COUNSEL TO BOHANNON DEVELOPMENT COMPANY | PAHL & McCAY | ATTN: CATHERINE SCHOLMANN ROBERTSON<br>225 WEST SANTA CLARA STREET<br>SUITE 1500<br>SAN JOSE CA 95113 | crobertson@pahl-mccay.com |
| COUNSEL TO HILCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC | PEPPER HAMILTON LLP | ATTN: DOUGLAS D. HERRMANN AND MARCY J. MCLAUGHLIN<br>HERCULES PLAZA<br>SUITE 5100<br>WILMINGTON DE 19899-1709 | herrmannd@pepperlaw.com<br>mclaughlinm@pepperlaw.com |
| COUNSEL TO MAVERICK COUNTY | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: CARLOS ARCE<br>613 NW LOOP 410<br>SUITE 550<br>SAN ANTONIO TX 78216 | carce@pbfcm.com |
| COUNSEL TO ARLINGTON ISD, CROWLEY ISD, CITY OF GRAPEVINE AND GRAPEVINE-COLLEYVILLE ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: EBONEY COBB<br>500 E. BORDER STREET<br>SUITE 640<br>ARLINGTON TX 76010 | ecobb@pbfcm.com |

In re: Forever 21, Inc., et al.
Case No. 19-12122 (MFW)

Page 10 of 13

Exhibit A
Core/2002 Email Service List
Served via email

| | | | |
|---|---|---|---|
| COUNSEL TO CITY OF MERCEDES | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: JOHN T. BANKS<br>3301 NORTHLAND DRIVE<br>SUITE 505<br>AUSTIN TX 78731 | jbanks@pbfcm.com |
| COUNSEL TO LUBBOCK CENTRAL APRRAISAL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LAURA J. MONROE<br>P.O. BOX 817<br>LUBBOCK TX 79408 | lmbkr@pbfcm.com |
| COUNSEL TO HUMBLE INDEPENDENT SCHOOL DISTRICT AND CLEAR CREEK INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: OWEN M. SONIK<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | osonik@pbfcm.com |
| COUNSEL TO MANN ENTERPRISES, INC. AND T.G.F. COMPANY | PROCOPIO, CORY, HARGREAVES & SAVITCH, LLP | ATTN: GERALD P. KENNEDY, ESQUIRE<br>525 B STREET, SUITE 2200<br>SAN DIEGO CA 92101 | GERALD.KENNEDY@PROCOPIO.COM |
| COUNSEL TO PALMY TIMES (HK) LIMITED | REEDER LAW CORPORATION | ATTN: DAVID M. REEDER. ESQ<br>1801 CENTURY PARK EAST<br>16TH FLOOR<br>LOS ANGELES CA 90067 | david@reederlaw.com |
| COUNSEL TO JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT | RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, DAVID T. QUEROLI<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | collins@rlf.com<br>queroli@rlf.com |
| COUNSEL TO GORDON BROTHERS RETAIL PARTNERS, LLC AND HILCO MERCHANT RESOURCES, LLC | RIEMER & BRAUNSTEIN LLP | ATTN: STEVEN E. FOX, ESQ<br>TIMES SQUARE TOWER<br>SEVEN TIMES SQUARE, SUITE 2506<br>NEW YORK NY 10036 | sfox@riemerlaw.com |
| COUNSEL TO CROSSLINE U.S. APPAREL INC. | ROPERS, MAJESKI, KOHN & BENTLEY | ATTN: STEVEN G. POLARD<br>445 S. FIGUEROA STREET<br>SUITE 3000<br>LOS ANGELES CA 90071-1619 | Steven.polard@ropers.com<br>Melissa.tamura@ropers.com |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS | SAUL EWING ARNSTEIN & LEHR LLP | ATTN: LUCIAN B. MURLEY, ESQ.<br>1201 NORTH MARKET STREET SUITE 2300<br>PO BOX 1266<br>WILMINGTON DE 19899 | luke.murley@saul.com |
| COUNSEL TO THE DIP TERM LOAN ADMINISTRATIVE AGENT AND TC LENDING, LLC | SCHULTE ROTH & ZABEL LLP | ATTN: ADAM C. HARRIS, DANIEL OSHINSKY, AND G. SCOTT LEONARD<br>919 THIRD AVENUE<br>NEW YORK NY 10022 | Adam.Harris@srz.com<br>Daniel.oshinsky@srz.com<br>gregory.leonard@srz.com |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV |

In re:  Forever 21, Inc., et al.
Case No. 19-12122 (MFW)

Page 11 of 13

Exhibit A
Core/2002 Email Service List
Served via email

| | | | |
|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV |
| COUNSEL TO SIMON PROPERTY GROUP, L.P. | SIMON PROPERTY GROUP | ATTN: STEVEN E. FIVEL, GENERAL COUNSEL AND RONALD M. TUCKER<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204-3438 | sfivel@simon.com<br>rtucker@simon.com |
| COUNSEL TO RED DEVELOPMENT, LLC | SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO<br>16200 ADDISON ROAD<br>SUITE 140<br>ADDISON TX 75001 | mshriro@singerlevick.com |
| COUNSEL TO THE SHOPS AT SUMMERLIN SOUTH, LLC AND RIVERWALK MARKETPLACE (NEW ORLEANS), LLC | SPECTOR & COX | ATTN: HOWARD MARC SPECTOR<br>1770 COIT ROAD<br>SUITE 1100<br>DALLAS TX 75251 | hspector@spectorcox.com |
| COUNSEL TO VORNADO REALTY TRUST AND ITS LANDLORD AFFILIATES | SULLIVAN & CROMWELL LLP | ATTN: BRIAN D. GLUECKSTEIN & DAVID R ZYLBERBERG<br>125 BROAD STREET<br>NEW YORK NY 10004 | gluecksteinb@sullcrom.com<br>zylberbergd@sullcrom.com |
| COUNSEL TO SONY INTERACTIVE ENTERTAINMENT AMERICA LLC | SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ.<br>919 NORTH MARKET STREET<br>SUITE 420<br>WILMINGTON DE 19801 | bsullivan@sha-llc.com<br>whazeltine@sha-llc.com<br>zallinson@sha-llc.com |
| COUNSEL TO TAUBMAN LANDLORDS | TAUBMAN LANDLORDS | ATTN: ANDREW S. CONWAY<br>200 EAST LONG LAKE ROAD<br>SUITE 300<br>BLOOMFIELD HILLS MI 48304 | aconway@taubman.com |
| COUNSEL TO COMENITY CAPITAL BANK | THE ROSNER LAW GROUP LLC | ATTN: FREDERICK B. ROSNER, SCOTT J. LEONHARDT<br>824 N. MARKET STREET<br>SUITE 810<br>WILMINGTON DE 19801 | rosner@teamrosner.com<br>leonhardt@teamrosner.com |
| COUNSEL TO DUKE REALTY LIMITED PARTNERSHIP AND CORPUS CHRISTI RETAIL VENTURE LP | THOMPSON HINE LLP | ATTN: LOUIS F. SOLIMINE<br>312 WALNUT STREET<br>SUITE 1400<br>CINCINNATI OH 45202-4029 | Louis.Solimine@ThompsonHine.com |
| COUNSEL TO DONAHUE SCHRIBER REALTY GROUP, LP | TRAINOR FAIRBROOK | ATTN: JENNIFER L. PRUSKI<br>PO BOX 255824<br>SACRAMENTO CA 95865 | jpruski@trainorfairbrook.com |

Exhibit A
Core/2002 Email Service List
Served via email

| | | | |
|---|---|---|---|
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| COUNSEL TO STOCKTON STREET PROPERTIES, INC. | VALINOTI, SPECTER & DITO, LLP | ATTN: JEFFREY A. DITO<br>555 MONTGOMERY STREET<br>SUITE 605<br>SAN FRANCISCO CA 94111 | jdito@valinoti-dito.com |
| COUNSEL TO COMCO, LLC AND 568 BROADWAY PROPERTY, LLC | WOMBLE BOND DICKINSON (US) LLP | ATTN: KEVIN J MANGAN & S. ALEXANDER FARIS<br>1313 NORTH MARKET STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | Kevin.Mangan@wbd-us.com<br>Alexander.Faris@wbd-us.com |
| COUNSEL TO VORNADO REALTY TRUST AND ITS LANDLORD AFFILIATES | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: PAULINE K MORGAN & SEAN T GREECHER<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | bankfilings@ycst.com<br>pmorgan@ycst.com<br>sgreecher@ycst.com |

In re: Forever 21, Inc., et al.
Case No. 19-12122 (MFW)

Page 13 of 13