**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 1774** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED)
REGARDING TWELFTH MONTHLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES
LLP AS CO-COUNSEL AND CONFLICTS COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2020
THROUGH SEPTEMBER 30, 2020**

The undersigned hereby certifies that:

1. On February 9, 2021, Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), co-counsel and conflicts counsel to the to the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Twelfth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Co-Counsel and Conflicts Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2020 through September 30, 2020* [Docket No. 1774] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice of the Application, objections to the relief requested in the Application were to be filed and served no later than March 2, 2021, at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

3.  The undersigned certifies that the Court's docket has been reviewed in this case and no answer, objection, or other responsive pleading to the Application appears thereon.

4.  Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief entered by this Court on October 28, 2019* [Docket No. 339], the Debtors are authorized to pay PSZ&J $42,198.80, which represents 80% of the fees ($52,748.50), and $508.75, which represents 100% of the expenses requested in the Application, for the period from September 1, 2020, through and including September 30, 2020, upon the filing of this certificate of no objection and without the need for entry of a Court order approving the Application.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated:  March 9, 2021 | */s/ Laura Davis Jones* |
| Wilmington, Delaware | Laura Davis Jones (DE Bar No. 2436) |

James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:     (302) 652-4400
Email:           ljones@pszjlaw.com
                      joneill@pszjlaw.com
                      tcairns@pszjlaw.com

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*