**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Ref. Docket No. 1954** |
| | ) **Hearing Date: July 22, 2021 at 3:00 p.m.  (ET)** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION
WITH THE DEBTORS' FIFTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE
SECTION 502(B), BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1
(Substantive Duplicate Claims, No Liability Claims, Modify Classification Claims,
Modify Priority Clams, and the Modify Classification and Priority Claim)**

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

PLEASE TAKE NOTICE that on June 11, 2021, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Fifth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(B), Bankruptcy Rule 3007, and Local Rule 3007-1 (Substantive Duplicate Claims, No Liability Claims, Modify Classification Claims, Modify Priority Clams, and the Modify Classification and Priority Claim)* [Docket No. 1954] (the "Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").  A hearing on the Omnibus Objection is scheduled for July 22, 2021 at 3:00 p.m. prevailing Eastern Time.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928).  The location of the Debtors' service address is:  3880 N. Mission Road, Los Angeles, California 90031.

PLEASE TAKE FURTHER NOTICE that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers of the Honorable Mary F. Walrath (with all attachments) together with a copy of the Omnibus Objection.  Copies of any Proof of Claim can be requested from the undersigned counsel to the Debtors.

*[Signature on next page.]*

| | |
|---|---|
| Dated:  July 8, 2021<br>Wilmington, Delaware | */s/ Laura Davis Jones* |

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:        ljones@pszjlaw.com
              joneill@pszjlaw.com
              tcairns@pszjlaw.com

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*