# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| _____ : | Chapter 11 |
| In re: : | |
| : | Case No.: 19-12122 (MFW) |
| FOREVER 21, INC., et al, : | |
| : | Jointly Administered |
| Debtors. : | |
| _____: | **RE: Docket No. 1511** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the undersigned counsel will present Motion to Withdraw her appearance on behalf of the defendants, Kukdong Corporation, Kisoo K. Trading Inc., In Kyung Apparel Co., Ltd., KNF International Co., Ltd., Leukon Inc., Tarae Co., Ltd. Intec Ltd., U-Knits, Inc., Marjo Apparel Co., Ltd., Tabitha Apparel Co., Ltd., B-Heim Corp., Dongsuh International Co., Ltd., Nantong D&J Fashion Co., Ltd., CFH Fashion Inc., C&D Garments, C&C Nantong Cathay

*Intentionally left blank*

Clothing Co., Ltd, on Wednesday, August 4, 2021 beginning at 2:00 pm.

LEWIS BRISBOIS
   BISGAARD & SMITH LLP

 /s/ Cheneise V. Wright
Cheneise V. Wright (No. 6597)
500 Delaware Avenue, Suite 700
Wilmington, DE  19801
(302)  985-6000
Cheneise.Wright@lewisbrisbois.com

*Attorneys for Kukdong Corporation, Kisoo K. Trading Inc., In Kyung Apparel Co., Ltd., KNF International Co., Ltd., Leukon Inc., Tarae Co., Ltd. Intec Ltd., U-Knits, Inc., Marjo Apparel Co., Ltd., Tabitha Apparel Co., Ltd., B-Heim Corp., Dongsuh International Co., Ltd., Nantong D&J Fashion Co., Ltd., CFH Fashion Inc., C&D Garments, C&C Nantong Cathay Clothing Co., Ltd*

Dated:  July 27, 2021

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27th day of July, 2021, a copy of the foregoing document was filed with the Clerk of the Court to be served upon counsel of record via the Court's ECF system.

                                              */s/ Cheneise V. Wright*
                                              Cheneise V. Wright (No. 6597)