**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FOREVER 21, INC., *et al.*,[1] | ) Case No. 19-12122 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 585, 2009, & 2011** |

**CERTIFICATION OF COUNSEL REQUESTING ENTRY OF ORDER
DENYING DEBTORS' MOTION FOR ENTRY OF
AN ORDER (A) APPROVING THE DISCLOSURE STATEMENT,
(B) ESTABLISHING THE VOTING RECORD DATE, VOTING DEADLINE,
AND OTHER DATES, (C) APPROVING PROCEDURES FOR SOLICITING,
RECEIVING, AND TABULATING VOTES ON THE PLAN, AND (D) APPROVING
THE MANNER AND FORMS OF NOTICE AND OTHER RELATED DOCUMENTS**

The undersigned counsel for the above captioned debtors and debtors in possession (collectively, the "Debtors") hereby certifies that:

1.       On December 18, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents* [Docket No. 585] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.       On July 22, 2021, a hearing ("Hearing") was held on the Motion, at which the Court denied the Motion.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928).  The location of the Debtors' service address is:  3880 N. Mission Road, Los Angeles, California 90031.

3.      Attached hereto as **<u>Exhibit 1</u>** is a proposed order ("<u>Proposed Order</u>") that the Debtors believe is consistent with the Court's ruling.

4.      The United States Trustee has reviewed the Proposed Order and believes it conforms to this Court's ruling at the Hearing.

5.      Accordingly, the Debtors respectfully request entry of the Proposed Order at the Court's convenience.

Dated:  July 28, 2021          */s/ James E. O'Neill*
Wilmington, Delaware          Laura Davis Jones (DE Bar No. 2436)
                              James E. O'Neill (DE Bar No. 4042)
                              Timothy P. Cairns (DE Bar No. 4228)
                              **PACHULSKI STANG ZIEHL & JONES LLP**
                              919 North Market Street, 17th Floor
                              P.O. Box 8705
                              Wilmington, Delaware 19899-8705 (Courier 19801)
                              Telephone:    (302) 652-4100
                              Facsimile:    (302) 652-4400
                              Email:        ljones@pszjlaw.com
                                            joneill@pszjlaw.com
                                            tcairns@pszjlaw.com

                              -and-

                              Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
                              Aparna Yenamandra (admitted *pro hac vice*)
                              **KIRKLAND & ELLIS LLP**
                              **KIRKLAND & ELLIS INTERNATIONAL LLP**
                              601 Lexington Avenue
                              New York, New York 10022
                              Telephone:    (212) 446-4800
                              Facsimile:    (212) 446-4900

                              -and-

                              Anup Sathy, P.C. (admitted *pro hac vice*)
                              **KIRKLAND & ELLIS LLP**
                              **KIRKLAND & ELLIS INTERNATIONAL LLP**
                              300 North LaSalle Street
                              Chicago, Illinois 60654
                              Telephone:    (312) 862-2000
                              Facsimile:    (312) 862-2200

                              *Co-Counsel for the Debtors and Debtors in Possession*