# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FOREVER 21, INC., *et al.*,[1] | Case No. 19-12122 (MFW) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: September 23, 2021 at 4:00 p.m. (ET)** |
| | **Hearing Date: October 4, 2021 at 10:30 a.m. (ET)** |

## NOTICE OF DEBTORS' MOTION SEEKING ENTRY OF AN ORDER (I) APPROVING PROCEDURES FOR (A) THE DISMISSAL OF THE DEBTORS' CHAPTER 11 CASES, (B) THE RECONCILIATION, RESOLUTION, AND ALLOWANCE OR DISALLOWANCE OF CERTAIN CLAIMS AGAINST THE DEBTORS, (C) THE ABANDONMENT OF CERTAIN PROPERTY, AND (D) THE DISSOLUTION OF THE DEBTOR ENTITIES IN ACCORDANCE WITH APPLICABLE STATE LAW AND (II) GRANTING RELATED RELIEF

TO: (a) the U.S. Trustee for the District of Delaware; (b) the United States Attorney's Office for the District of Delaware; (c) the Internal Revenue Service; (d) the state attorneys general for all states in which the Debtors conduct business; (e) counsel to certain majority equity holders for Debtor Forever 21, Inc.; (f) counsel to the Creditors' Committee; (g) any holder of a Claim that (i) is either (x) listed in the Debtors' schedules of assets and liabilities as neither contingent, unliquidated, nor disputed or (y) the subject of a timely filed proof of claim, and (ii) which has not been disallowed by separate order of the Court (including, for the avoidance of doubt, any stipulation or settlement approved by the Court); and (h) any party that requests service pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on September 9, 2021, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion Seeking Entry of an Order (I) Approving Procedures for (A) the Dismissal of the Debtors' Chapter 11 Cases, (B) the Reconciliation, Resolution, and Allowance or Disallowance of Certain Claims Against the Debtors, (C) the Abandonment of Certain Property, and (D) the Dissolution*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

*of the Debtor Entities in Accordance with Applicable State Law and (II) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **September 23, 2021 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (a) the Debtors, 3880 N. Mission Road, Los Angeles, California 90031, Attn: Jonathan Goulding (jgoulding@alvarezandmarsal.com); (b) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C. (jsussberg@kirkland.com) and Aparna Yenamandra (aparna.yenamandra@kirkland.com) and Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn: Anup Sathy, P.C. (asathy@kirkland.com); (c) co-counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones (ljones@pszjlaw.com), James E. O'Neill (joneill@pszjlaw.com), and Timothy P. Cairns (tcairns@pszjlaw.com); (d) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Juliet M. Sarkessian (Juliet.M.Sarkessian@usdoj.gov); and (e) counsel to the Committee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Adam Rogoff (arogoff@kramerlevin.com) and Saul Ewing Arnstein & Lehr LLP, 1201 N. Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Lucian B. Murley (luke.murley@saul.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD VIA ZOOM VIDEOCONFERENCE ON **OCTOBER 4, 2020 AT 10:30 A.M.** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

[*Signature on Next Page*]

| Dated: September 9, 2021 | */s/ James E. O'Neill* |
| --- | --- |
| Wilmington, Delaware | Laura Davis Jones (DE Bar No. 2436) |

James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       joneill@pszjlaw.com
       tcairns@pszjlaw.com

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*

4

DOCS_DE:236012.2 28709/001