IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FOREVER 21, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12122 (MJW)<br>(Jointly Administered)<br><br>Hearing Date: October 4, 2021 at 10:30 a.m.<br><br>Ref. Dkt. No. 2083 and 2103 |

**UNITED STATES TRUSTEE'S REPLY TO DEBTORS' OBJECTION TO
THE UNITED STATES TRUSTEE'S RENEWED MOTION FOR AN ORDER,
PURSUANT TO 11 U.S.C. § 1112(b), CONVERTING THE DEBTORS' CHAPTER 11
CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

Andrew R. Vara, the United States Trustee for Region 3 ("U.S. Trustee"), by and through his undersigned attorneys, hereby files this reply to the Debtors' Objection (Dkt. No. 2103) to the United States Trustee's Renewed Motion for an Order, Pursuant to 11 U.S.C. § 1112(b), Converting the Debtors' Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code (Dkt. No. 2083) (the "Motion to Convert"), and in support of such reply and of the Motion to Convert, states as follows:

1.　　The U.S. Trustee hereby incorporates all factual information and arguments set forth in his Objection filed at Dkt. No. 2104 to the Debtors' Motion Seeking Entry of an Order (I) Approving Procedures for (A) the Dismissal of the Debtors' Chapter 11 Cases, (B) the Reconciliation, Resolution, and Allowance or Disallowance of Certain Claims Against the

---

[1]　The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:　Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928).　The location of the Debtors' service address is:　3880 N. Mission Road, Los Angeles, California 90031.

Debtors, (C) the Abandonment of Certain Property, and (D) the Dissolution of the Debtor Entities in Accordance with Applicable State Law and (II) Granting Related Relief (the "Debtors' Motion"), as if fully set forth below.

WHEREFORE, the U.S. Trustee respectfully requests that this Court enter an order converting these cases to cases under chapter 7 of the Bankruptcy Code, in the form annexed as Exhibit B to the Motion, and/or granting such other relief as this Court deems appropriate, fair and just.

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

Dated: September 29, 2021

By:  */s/ Juliet Sarkessian*
Juliet Sarkessian
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
Email: Juliet.M.Sarkessian@usdoj.gov