# Exhibit 1

**Form of Claim Schedule Notice**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Forever 21, Inc., *et al.*,[1] | ) ) ) | Case No. 19-12122 (MFW) |
| Debtors. | ) ) ) | (Jointly Administered) |

### NOTICE OF (I) PROPOSED SCHEDULE OF ALLOWED ADMINISTRATIVE CLAIMS AND SECURED CLAIMS IN CONNECTION WITH THE DISMISSAL OF THE DEBTORS' CHAPTER 11 CASES AND (II) PROCEDURES FOR DISPUTING THE PROPOSED ALLOWED AMOUNTS SET FORTH THEREIN

> **YOU SHOULD REVIEW THIS NOTICE IN ITS ENTIRETY BECAUSE YOUR RIGHTS ARE AFFECTED.**
>
> **PARTIES RECEIVING THIS NOTICE SHOULD REVIEW THE PROPOSED CLAIMS SCHEDULE ATTACHED HERETO AS SCHEDULE 1 TO DETERMINE THE PROPOSED ALLOWED AMOUNT OF THEIR ADMINISTRATIVE CLAIMS OR SECURED CLAIMS, IF ANY. UNLESS YOU OBJECT TO THE TREATMENT OF YOUR CLAIM SET FORTH IN THE PROPOSED CLAIMS SCHEDULE PRIOR TO [DATE], 2021 AT 4:00 P.M., PREVAILING EASTERN TIME, YOU WILL BE BARRED FROM DISPUTING THE ACCURACY OF THE PROPOSED CLAIMS SCHEDULE AND THE AMOUNTS AND CLASSIFICATIONS SET FORTH THEREIN SHALL BE BINDING ON YOU AND USED TO DETERMINE THE AMOUNT OF ANY DISTRIBUTION OR RECOVERY YOU ARE ENTITLED TO FROM THE DEBTORS' ESTATES.**
>
> **IF YOU HAVE QUESTIONS WITH RESPECT TO HOW YOUR RIGHTS ARE AFFECTED BY THIS NOTICE OR THE DISMISSAL PROCEDURES ORDER, YOU MAY WISH TO CONTACT A LAWYER.**

**PLEASE TAKE NOTICE THAT** on [DATE], 2021 the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. [●]] (the "Dismissal

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Forever 21, Inc. (4795); Alameda Holdings, LLC (2379); Forever 21 International Holdings, Inc. (4904); Forever 21 Logistics, LLC (1956); Forever 21 Real Estate Holdings, LLC (4224); Forever 21 Retail, Inc. (7150); Innovative Brand Partners, LLC (7248); and Riley Rose, LLC (6928). The location of the Debtors' service address is: 3880 N. Mission Road, Los Angeles, California 90031.

Procedures Order"):² (a) approving procedures for (i) the dismissal of the chapter 11 cases of the above captioned debtors and debtors in possession (collectively, the "Debtors"), (ii) the reconciliation, resolution, and allowance or disallowance of certain claims against the Debtors, (iii) the abandonment of certain property, and (iv) the dissolution of the Debtor entities in accordance with applicable state law; and (b) granting related relief.

**PLEASE TAKE FURTHER NOTICE THAT** the Dismissal Procedures Order approves certain procedures to govern the reconciliation, resolution, and allowance of claims asserted against the Debtors and the distribution to be made to holders of such claims.

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Schedule 1** is a list (the "Proposed Claims Schedule") of all (a) administrative expense claims under section 503 of the Bankruptcy Code (each such claim, an "Administrative Claim") and (b) Secured Claims, in each case that are (i) either (x) listed in the Debtors' schedules of assets and liabilities as neither contingent, unliquidated, nor disputed or (y) the subject of a timely filed proof of claim, and (ii) which have not been disallowed by separate order of the Court (including, for the avoidance of doubt, any stipulation or settlement approved by the Court).³

**PLEASE TAKE FURTHER NOTICE THAT** the Proposed Claims Schedule sets forth the proposed classification and amount of each such Administrative Claim and Secured Claim that will be allowed against the Debtors.

**PLEASE TAKE FURTHER NOTICE THAT** only allowed Administrative Claims and Secured Claims, as determined based on the Proposed Claims Schedule (once approved by the Court), will be entitled to receive any distribution or recovery from the Debtors' estates. Claims asserted, scheduled, or listed in the Proposed Claims Schedule as general unsecured claims or priority claims under section 507 of the Bankruptcy Code, other than Administrative Claims (each such claim, a "Priority Claim"), against the Debtors shall not be entitled to receive any distribution or recovery from the Debtors' estates on account of such claims.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing (the "Claims Schedule Hearing") will commence before the Honorable Mary F. Walrath, United States Bankruptcy Judge, on **[DATE], 2021** at **[TIME]**, prevailing Eastern Time, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Fifth Floor, Courtroom #4, Wilmington, Delaware 19801, to consider the approval of the Proposed Claims Schedule. Please be advised that the Claims Schedule Hearing may be continued from time to time by the Court or the Debtors without

---

² Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Dismissal Procedures Order.

³ "Secured Claim" means, when referring to a Claim, a Claim: (a) secured by a lien on property in which the Debtors' estate has an interest, which lien is valid, perfected, and enforceable pursuant to applicable law or by reason of a Court order, or that is subject to setoff pursuant to section 553 of the Bankruptcy Code, to the extent of the value of the creditor's interest in the estate's interest in such property or to the extent of the amount subject to setoff, as applicable, as determined pursuant to section 506(a) of the Bankruptcy Code or (b) otherwise allowed pursuant to an order of the Court as a secured Claim.

further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on the list of parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE THAT** if you dispute the accuracy of the Proposed Claims Schedule, including based on a disagreement as to (a) the allowed amount of your Administrative Claim or Secured Claim, (b) the classification of your claim, or (c) for any other reason whatsoever, you must file an objection (each, a "Claim Schedule Objection") with the Court, in writing and in conformity with the Bankruptcy Rules and Local Rules, and serve it upon the undersigned counsel to the Debtors on or before **[DATE], 2021** at **4:00 p.m.** prevailing Eastern Time (the "Claim Schedule Objection Deadline"). Any Claim Schedule Objection must contain, at a minimum, the following:

1. a caption setting forth the name of the Court, the name of the Debtors, the case number, and the title of the notice to which the response is directed;

2. the name of the claimant, his/her/its claim number, and a description of the basis for the amount of the claim;

3. the specific factual basis and supporting legal argument upon which the party will rely in opposing the Proposed Claims Schedule;

4. any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk of the Court or the Debtors' notice and claims agent, upon which the party will rely to support the basis for, amounts, and priority asserted in the proof of claim; and

5. the name, address, telephone number, and email address of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for the Debtors should communicate with respect to the claim or the Proposed Claims Schedule and who possesses authority to reconcile, settle, or otherwise resolve the priority and amount of the disputed claim on behalf of the claimant.

**PLEASE TAKE FURTHER NOTICE THAT** any party that does not file a Claim Schedule Objection prior to the Claim Schedule Objection Deadline shall be barred from subsequently asserting a claim against the Debtors or from challenging the proposed allowed claim amounts set forth in the Proposed Claim Schedule.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Dismissal Procedures Order or related documents free of charge, contact Prime Clerk LLC, the notice and claims agent retained by the Debtors in the chapter 11 cases by: (a) calling the Debtors' restructuring hotline at (877) 510-9565 (toll free); (b) visiting the Debtors' restructuring website at: https://cases.primeclerk.com/Forever21; (c) writing to Forever 21 Inc., c/o Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; and/or (d) emailing forever21info@primeclerk.com. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov.

| Dated: _____, 2021<br>Wilmington, Delaware | /s/ _____<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Timothy P. Cairns (DE Bar No. 4228)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:          ljones@pszjlaw.com<br>                    joneill@pszjlaw.com<br>                    tcairns@pszjlaw.com<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>-and-<br><br>Anup Sathy, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |