## EXHIBIT A

| PROFESSIONAL | APPLICATION/ PERIOD COVERED | FEES REQUESTED | EXPENSES REQUESTED | TOTAL REQUESTED | AMOUNTS RECOMMENDED FOR APPROVAL BY FEE EXAMINER |
|---|---|---|---|---|---|
| **Kirkland & Ellis LLP and Kirkland & Ellis International LLP** (Debtors Counsel) | Docket No. 2261 9/19/19-7/17/20 | $10,043,212.00 | $142,416.16 | $10,185,628.16 | Fees: $10,043,212.00 Expenses: $142,416.16 *See Fee Examiner Report Filed at Docket No. 2300* |
| **Pachulski Stang Ziehl & Jones LLP** (Debtors Co-Counsel and Conflicts Counsel) | Docket No. 2174 9/29/19-7/17/20 | $1,308,730.50 | $60,153.22 | $1,368,883.72 | Fees: $1,308,730.50 Expenses: $60,153.22 *See Fee Examiner Report Filed at Docket No. 2300* |
| **Connor Group Global Services, LLC** (Technical Accounting Consultant & Advisor to Debtors) | Docket No. 1457 10/1/19-2/18/20 | $1,502,263.44 | $288,166.34 | $1,790,429.78 | Fees: $1,487,908.52 Expenses: $288,166.34 *See Fee Examiner Report Filed at Docket No. 2300* |
| **RCS Real Estate Advisors** (Real Estate Advisor to the Debtors) | Docket No. 2212 9/29/19-1/31/20 | $4,000,000.00 | $0.00 | $4,000,000.00 | Fees: $4,000,000.00 Expenses: $0.00 *See Fee Examiner Report Filed at Docket No. 2300* |
| **KPMG LLP** (Auditor, Tax Compliance Service Provider, and Tax Consultant to the Debtors) | Docket No. 1983 9/29/19-3/31/21 | $701,223.90 | $832.83 | $702,056.73 | Fees: $701,223.90 Expenses: $832.83 *See Fee Examiner Report Filed at Docket No. 2300* |
| **Deloitte Tax LLP** (Tax Services Provider to the Debtors) | Docket Nos. 2233, 2333[3] 9/29/19-11/18/21 | $2,198,669.80 | $4,436.98 | $2,203,106.78 | Fees: $2,198,669.80 Expenses: $4,436.98 *See Fee Examiner Report Filed* |

---

[3] On February 3, 2022, Deloitte Tax LLP filed the *Supplement to Final Fee Application of Deloitte Tax LLP for Compensation for Additional Services Rendered as Tax Services Provider to the Debtors for the Period From October 5, 2021 Through January 31, 2022* [Docket No. 2333] (the "Deloitte Supplement"). The U.S. Trustee and Fee Examiner have indicated to the Debtors that they do not object to the fees requested in the Deloitte Supplement. The amounts listed in the table reflect the total fees and expenses requested by Deloitte Tax LLP and approved by the Fee Examiner.

DOCS_DE:238011.1 28709/001

| PROFESSIONAL | APPLICATION/ PERIOD COVERED | FEES REQUESTED | EXPENSES REQUESTED | TOTAL REQUESTED | AMOUNTS RECOMMENDED FOR APPROVAL BY FEE EXAMINER |
|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP (Counsel to the Official Committee of Unsecured Creditors) | Docket No. 2234 10/11/19-10/4/21 | $4,183,428.75 | $37,964.68 | $4,221,393.43 | Fees: $4,163,178.75 Expenses: $37,964.68 *See Fee Examiner Report Filed at Docket No. 2300* |
| Saul Ewing Arnstein & Lehr LLP (Co-Counsel to the Official Committee of Unsecured Creditors) | Docket No. 2228 10/16/19-10/4/21 | $312,901.75 | $24,928.14 | $337,829.89 | Fees: $312,901.75 Expenses: $24,928.14 *See Fee Examiner Report Filed at Docket No. 2300* |
| AlixPartners, LLC (Financial Advisor to the Official Committee of Unsecured Creditors) | Docket No. 2229 10/11/19-12/31/20 | $1,949,715.75 | $23,133.84 | $1,972,849.59 | Fees: $1,936,449.75 Expenses: $23,133.84 *See Fee Examiner Report Filed at Docket No. 2300* |
| Bielli & Klauder, LLC (Counsel to Fee Examiner) | Docket No. 2324 12/19/19-1/28/22 | $5,445.00 | $17.20 | $5,462.20 | Fees: $5,445.00 Expenses: $17.20 *Not subject to Fee Examiner analysis* |
| David M. Klauder (Fee Examiner) | Docket No. 2325 12/19/19-1/28/22 | $33,880.00 | $28.90 | $33,908.90 | Fees: $33,880.00 Expenses: $28.90 *Not subject to Fee Examiner analysis* |
| TOTALS: | | $26,239,470.89 | $582,078.29 | $26,821,549.18 | Fees: $26,331,568.77 Expenses: $582,078.29 Total: $26,913,647.06 |