IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------ x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 19-12122 (MFW) |
| FOREVER 21, INC., | : | |
| | : | |
| Debtor. | : | **Hearing Date: 1/11/23 at 10:30 a.m. (ET)** |
| | : | **Obj. Deadline: 1/3/23 at 4:00 p.m. (ET)** |
| | : | |
| | : | |
| ------------------------------------ x | | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on December 19, 2022, TRC Master Fund LLC filed the *Motion of TRC Master Fund LLC to Reconsider, in Limited Part, the February 7, 2022 Order Approving Distributions on Account of Allowed Administrative Claims and Secured Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed in writing with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **January 3, 2023 at 4:00 p.m.** (**ET**).

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Mary F. Walrath at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 on **January 11, 2023 at 10:30 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH**

{00034279. }

**THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: December 19, 2022
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (No. 4885)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email: leonhardt@teamrosner.com

-and-

**RUBIN LLC**
Paul A. Rubin, Esq.
345 Seventh Avenue, 21st Floor
New York, NY 10001
Tel.: (212) 390-8054
Fax: (212) 390-8064
Email: prubin@rubinlawllc.com

*Counsel for TRC Master Fund LLC*