**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| FOREVER 21, INC., | ) | Case No. 19-12122 (MFW) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**NOTICE OF AGENDA ON MATTERS SCHEDULED FOR HEARING ON**
**JANUARY 11, 2023, AT 10:30 A.M. (PREVAILING EASTERN TIME)**
**BEFORE THE HONORABLE MARY F. WALRATH**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT**
**AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**ADJOURNED MATTER:**

1. Motion of TRC Master Fund LLC to Reconsider, In Limited Part, the February 7, 2022 Order Approving Distributions on Account of Allowed Administrative Claims and Secured Claims [Filed: 12/19/22] (Docket No. 2429).

   Response/Objection Deadline: January 3, 2023 at 4:00 p.m. prevailing Eastern Time. Extended to February 8, 2023.

   Responses Received: None.

   Related Documents:

   a. [Signed] Order (I) Approving Distributions on Account of Allowed Administrative Claims and Secured Claims and (II) Granting Related Relief [Filed: 2/7/22] (Docket No. 2343).

   b. Stipulation Postponing the January 11, 2023, Hearing Regarding the Motion of TRC Master Fund LLC to Reconsider, In Limited Part, the February 7, 2022 Order Approving Distributions on Account of Allowed Administrative Claims and Secured Claims [Filed: 1/6/23] (Docket No. 2435).

1

  c. Certification of Counsel Requesting Entry of Order Approving Stipulation Postponing the January 11, 2023, Hearing Regarding the Motion of TR Master Fund LLC to Reconsider, In Limited Part, the February 7, 2022 Order Approving Distributions on Account of Allowed Administrative Claims and Secured Claims [Filed: 1/6/23] (Docket No. 2436).

Status:  This matter has been adjourned to the hearing scheduled on February 21, 2023 at 2:00 p.m. prevailing Eastern Time.

| | |
|---|---|
| Dated:  January 9, 2023<br>Wilmington, Delaware | */s/ James E. O'Neill*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Timothy P. Cairns (DE Bar No. 4228)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>   joneill@pszjlaw.com<br>   tcairns@pszjlaw.com<br><br>-and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Aparna Yenamandra (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br><br>-and-<br><br>Anup Sathy, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br><br>*Co-Counsel for the Debtor and Debtor in Possession* |

2